CLOSED

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:03-cv-03953-DRH-MLO
# Internal Use Only

Hitech Security Corporation v. U.S. Department of Housing and Urban Development et al
Assigned to: Judge Denis R. Hurley
Referred to: Magistrate-Judge Michael L. Orenstein
Cause: 28:1441 Petition for Removal- Breach of Contract

Date Filed: 08/11/2003
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**
-----------------------

**Hitech Security Corporation** represented by **Kenneth Kirschenbaum**
Kirschenbaum & Kirschenbaum
200 Garden City Plaza
Suite 500
Garden City, NY 11530
516 747 6700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Ackerman**
Kirschenbaum & Kirschenbaum, P.C.
200 Garden City Plaza
Garden City, NY 11530
516 747 6700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**U.S. Department of Housing and Urban Development** represented by **Paul Kaufman**
United States Attorney Office
610 Federal Plaza
Central Islip, NY 11722-4454
631-715-7863
Email: Paul.Kaufman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arco Management Corp.** represented by **James J. Becker**

Amsterdam & Lewinter, LLP
9 East 40th Street
New York, NY 10016
(212) 725-6100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Lemle Amsterdam**
Amsterdam & Lewinter, LLP
9 East 40th Street
New York, NY 10016
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Kaufman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph J. Driscoll** represented by **James J. Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Kaufman**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2003 | 1 | NOTICE OF REMOVAL by U.S. Department of Housing and Urban Development from Supreme Court, Nassau County, case number n/a. () (Attachments: # 1 Civil Cover Sheet)(Romano, Daniel) (Entered: 08/13/2003) |
| 08/12/2003 | 2 | LETTER MOTION dtd 8/12/03 from Counsel for Defendants to Judge Hurley Regarding Request that HUD's time to respond to plaintiff's complaint be extended until 9/12/03. This is HUD's first such request for an extension of time.. (Mierzejewski, Elizabeth) (Entered: 09/05/2003) |
| 08/13/2003 | | ORDER granting the [2] Letter motion by HUD for an extension of time to answer the complaint to 9/12/03. . Signed by Judge Denis R. Hurley on 8/13/03. cm(Mierzejewski, Elizabeth) Modified on 9/5/2003 (Mierzejewski, Elizabeth). (Entered: 09/05/2003) |
| 08/13/2003 | 3 | LETTER MOTION dtd 8/13/03 from Counsel for Arco to Judge Hurley Regarding Request that ARCO's time to respond to plaintiff's complaint be extended to 9/12/03.. (Mierzejewski, Elizabeth) |

| | | |
|---|---|---|
| | | (Entered: 09/05/2003) |
| 08/14/2003 | | ORDER granting the [3] Letter motion for an extension of time for ARCO to respond to the complaint to 9/12/03.. Signed by Judge Denis R. Hurley on 8/14/03. (Mierzejewski, Elizabeth) (Entered: 09/05/2003) |
| 08/29/2003 | 4 | AMENDED COMPLAINT against Arco Management Corp., Joseph J. Driscoll, U.S. Department of Housing and Urban Development, filed by Hitech Security Corporation.(Mierzejewski, Elizabeth) (Entered: 09/16/2003) |
| 09/02/2003 | | ***Party Joseph J. Driscoll added. (Mierzejewski, Elizabeth) (Entered: 09/16/2003) |
| 09/09/2003 | 5 | ORDER Status Conference set for 10/2/2003 9:30 AM before Magistrate-Judge Michael L. Orenstein.. Signed by Judge Michael L. Orenstein on 9/9/03. cm(Mierzejewski, Elizabeth) (Entered: 10/07/2003)cm (Entered: 10/07/2003) |
| 09/15/2003 | 6 | Letter from Counsel for defendants to Judge Hurley Regarding Request that a pre-motion conference be scheduled for a pre-motion conference for dismissal of this action.. (Mierzejewski, Elizabeth) (Entered: 10/08/2003) |
| 09/15/2003 | 7 | LETTER MOTION dtd 9/12/03 from Counsel for defendant to Judge Hurley Regarding Request that the Court schedule a pre-motion conference. (Mierzejewski, Elizabeth) (Entered: 10/08/2003) |
| 09/23/2003 | 9 | Letter APPLICATION dtd. 9/22/03 from Michael Ackerman attorney for plf Hitech Security Corp. requesting an extension of time for plf to serve their response, to 10/6/03. (Barhome, Sydelle) (Entered: 10/14/2003) |
| 09/23/2003 | | ENDORSED ORDER re [9] Letter: Application granted. So Ordered. Signed by Judge Denis R. Hurley on 9/23/03. (Barhome, Sydelle) (Entered: 10/14/2003) |
| 09/24/2003 | 8 | SUMMONS Returned Executed by Hitech Security Corporation. Arco Management Corp. served on 9/3/2003, answer due 9/23/2003; Joseph J. Driscoll served on 9/3/2003, answer due 9/23/2003, of Supplemental Amended Complaint. (Barhome, Sydelle) (Entered: 10/14/2003) |
| 09/29/2003 | 12 | Letter APPLICATION dtd. 9/29/03from Paul Kaufman, AUSA to Mag. J. Orenstein requesting the initial conference for 10/3/03 be adjourned until the motion to dismiss by HUD is decided. (Barhome, |

Case 1:04-cv-01610-EJD Document 1-2 Filed 10/29/2004 Page 4 of 9

| | | |
|---|---|---|
| | | Sydelle) (Entered: 10/22/2003) |
| 09/30/2003 | | ENDORSED ORDER re [12] Letter: Initial Conference adjourned to 11/3/2003 04:00 PM before Magistrate-Judge Michael L. Orenstein. Signed by Judge Michael L. Orenstein on 9/30/03. (Barhome, Sydelle) (Entered: 10/22/2003) |
| 10/06/2003 | 10 | Letter dtd. 10/2/03 from Kenneth Kirschenbaum, P.,C. to Hon. J. Hurley noting plf submits its opposition to the pre-motion request of dfts Arco Management Corp and Joseph J. Driscoll dtd. 9/12/03 to dismiss the action against them.. (Barhome, Sydelle) (Entered: 10/21/2003) |
| 10/06/2003 | 11 | Letter dtd. 10/3/03 from Kenneth Kirschenbaum, PC to Hon. J. Hurley noting plf's opposition to the pre-motion request of dft Dept. of Housing & Urban Development's motion to dismiss. (Barhome, Sydelle) (Entered: 10/21/2003) |
| 10/20/2003 | 13 | ORDER that the Court waives the requirement of a pre-motion conference and sets the following briefing schedule with respect to Defendants' motions to dismiss or transfer: Defendants shall serve its moving papers on or before 11/10/03; Plaintiff shall serve its opposition papers on or before 1/20/03; Defendant shall serve its reply papers if any, and file all papers with the Court on or before 11/26/03. . Signed by Judge Denis R. Hurley on 10/20/03. cm (Mierzejewski, Elizabeth) (Entered: 10/30/2003) |
| 10/30/2003 | 14 | Letter application dated 10/29/03 from A.U.S.A. Paul Kaufman to Mag. Judge Orenstein re: With consent of all the parties in the above-referenced action, the undersigned writes to respectfully request that the initial conference - originally scheduled for 10/2/03 and adjourned until 11/3/03 at 4:00 p.m. - be adjourned until the essentially unopposed motion to dismiss by "HUD" is decided. (Dachille, Patti) (Entered: 11/18/2003) |
| 10/30/2003 | | Endorsed ORDER re [14] Letter application: Conference cancelled. Counsel are directed to contact me in the event the court retains jurisdiction of the action. So Ordered. Signed by Judge Michael L. Orenstein on 10/30/03. EOD#14. c/m.(Dachille, Patti) (Entered: 11/18/2003) |
| 11/06/2003 | 16 | ORDER The following determinations were made on 11/6/03 at the pre-motion conference: (1) the Court vacates its prior scheduling order dtd 10/20/03; (2) the parties contemplate filing the following motions: Plaintiff-motion to amend the complaint. Defendants Arco and Driscoll-motion to dismiss, and Defendant HUD motion transfer. The parties shall adhere to the following briefing schedule: each party shall serve its moving paper son the other two parties on or before |

| | | |
|---|---|---|
| | | 12/8/03; all parties shall serve their opposition papers on or before 1/7/04; the party who initiated a motion shall serve its reply papers if any, and file all papers, including courtesy copies, with the Court on or before 1/23/04. . Signed by Judge Denis R. Hurley on 11/6/03. cm (Mierzejewski, Elizabeth) (Entered: 12/05/2003) |
| 11/21/2003 | 36 | MOTION to Dismiss *this action purs. to Rules 12(b)(1) of the F.R.C.P., or, in the alternative, transferring the case to the Court of Federal Claims purs. to 28 U.S.C. 1631. File date: 1/23/04; Service date: 11/21/03; Filed* by U.S. Department of Housing and Urban Development. (Fagan, Linda) (Entered: 02/05/2004) |
| 11/21/2003 | 37 | MEMORANDUM OF LAW in Support re [36] MOTION to Dismiss *this action purs. to Rules 12(b)(1) of the F.R.C.P., or, in the alternative, transferring the case to the Court of Federal Claims purs. to 28 U.S.C. 1631. File date: 1/23/04; Service date: 11/21/03. Filed* by U.S. Department of Housing and Urban Development. (Fagan, Linda) (Entered: 02/05/2004) |
| 11/24/2003 | 15 | Letter dtd. 11/21/03 from AUSA Paul Kaufman to Kirschenbaum & Kirschenbaum, P.C. and Amsterdam & Lewinter, LLP cc/Judges Hurley and Orenstein noting enclosure of HUD's notice of motion to dismiss plf's complaint and mem in support of its motion. (Barhome, Sydelle) (Entered: 12/02/2003) |
| 12/04/2003 | 22 | MOTION to Dismiss *this action as against defts Arco Management Corp. and Joseph J. Driscoll purs. to F.R.C.P. 12(b)(6). File date: 1/23/04; Service date: 12/4/03; Filed* by Arco Management Corp., Joseph J. Driscoll. (Fagan, Linda) (Entered: 01/23/2004) |
| 12/04/2003 | 23 | AFFIDAVIT of Scott Langan in Support re [22] MOTION to Dismiss *this action as against defts Arco Management Corp. and Joseph J. Driscoll purs. to F.R.C.P. 12(b)(6). File date: 1/23/04; Service date: 12/4/03; Filed* by Arco Management Corp., Joseph J. Driscoll. (Fagan, Linda) (Entered: 01/23/2004) |
| 12/04/2003 | 24 | MEMORANDUM OF LAW in Support re [22] MOTION to Dismiss *this action as against defts Arco Management Corp. and Joseph J. Driscoll purs. to F.R.C.P. 12(b)(6). File date: 1/23/04; Service date: 12/4/03; Filed* by Arco Management Corp., Joseph J. Driscoll. (Fagan, Linda) Modified on 1/23/2004 (Fagan, Linda). (Entered: 01/23/2004) |
| 12/04/2003 | 25 | MEMORANDUM OF LAW in Opposition re [22] MOTION to Dismiss *this action as against defts Arco Management Corp. and Joseph J. Driscoll purs. to F.R.C.P. 12(b)(6). File date: 1/23/04; Service date: 12/4/03; Filed* by U.S. Department of Housing and Urban Development. (Fagan, Linda) Modified on 1/23/2004 (Fagan, |

| | | |
|---|---|---|
| | | Linda). (Entered: 01/23/2004) |
| 12/04/2003 | 26 | REPLY MEMORANDUM in support re [22] MOTION to Dismiss *this action as against defts Arco Management Corp. and Joseph J. Driscoll purs. to F.R.C.P. 12(b)(6). File date: 1/23/04; Service date: 12/4/03; Filed* by Arco Management Corp., Joseph J. Driscoll. (Fagan, Linda) (Entered: 01/23/2004) |
| 12/04/2003 | 38 | Letter from Kenneth Kirschenbaum to Honorable Denis Hurley, dated 2/3/04 re: To submit deft Arco and Driscoll's opposition papers for filing with the Clerk; and courtesy copies for the court's review as well. File date: 2/4/04; Service date: 12/4/03; Filed by Arco Management, Joseph J. Driscoll (Fagan, Linda) (Entered: 02/13/2004) (Fagan, Linda) Modified on 2/13/2004 (Fagan, Linda). (Entered: 02/13/2004) |
| 12/04/2003 | 39 | MEMORANDUM OF LAW in Support re [22] MOTION to Dismiss *this action as against defts Arco Management Corp. and Joseph J. Driscoll purs. to F.R.C.P. 12(b)(6). File date: 2/4/04; Service date: 12/4/03; Filed* by Arco Management Corp., Joseph J. Driscoll. (Fagan, Linda) (Entered: 02/13/2004) |
| 12/05/2003 | 27 | Letter from Kenneth Kirschenbaum to Honorable Denis Hurley, dated 1/19/04 re: To submit, in connection with HiTech's opposition to HUD's motion to dismiss this action, with prejudice, or in the alternative, transfer this matter to the Federal Court of Claims, 1) Pltff's opposition; 2)Pltff's memorandum of law in support of its opposition to HUD's motion. File date: 1/20/04; Service date: 12/5/03; Filed by Hitech Security Corporation. (Fagan, Linda) Modified on 1/30/2004 (Fagan, Linda). (Entered: 01/30/2004) |
| 12/05/2003 | 28 | NOTICE OF MOTION for Leave to *serve a Second Amended Complaint in the form annexed hereto upon defts, purs. to Rule 15(a) of the F.R.C.P. File date: 1/20/04; Service date: 12/5/03; Filed* by Hitech Security Corporation. (Fagan, Linda) Modified on 1/30/2004 (Fagan, Linda). (Entered: 01/30/2004) |
| 12/05/2003 | 29 | AFFIDAVIT of Dan Orza in Support re [28] MOTION for Leave to File *serve a Second Amended Complaint in the form annexed hereto upon defts, purs. to Rule 15(a) of the F.R.C.P. File date: 1/20/04; Service date: 12/5/03; Filed* by Hitech Security Corporation. (Fagan, Linda) (Entered: 01/30/2004) |
| 12/05/2003 | 30 | AFFIRMATION of Kenneth Krischenbaum in Opposition re [22] MOTION to Dismiss *this action as against defts Arco Management Corp. and Joseph J. Driscoll purs. to F.R.C.P. 12(b)(6); and in Support re [28] MOTION for Leave to File serve a Second Amended Complaint in the form annexed hereto upon defts, purs. to Rule 15(a)* |

| | | |
|---|---|---|
| | | *of the F.R.C.P. File date: 1/20/04; Service date: 12/5/03; Filed by Hitech Security Corporation. (Fagan, Linda) (Entered: 01/30/2004)* |
| 12/05/2003 | 31 | AFFIRMATION of Kenneth Kirschenbaum in Opposition re: that part of HUD's motion seeking to dismiss the action but supporting that part of HUD's motion seeking transfer of this matter to the Federal Court of Claims, filed by Hitech Security Corporation. (Fagan, Linda) (Entered: 01/30/2004) |
| 12/05/2003 | 32 | MEMORANDUM OF LAW in Support re [30] Affidavit in Opposition to Motion, File date: 1/20/04; Service date: 12/5/03, filed by Hitech Security Corporation. (Fagan, Linda) (Entered: 01/30/2004) |
| 12/05/2003 | 33 | MEMORANDUM OF LAW in Opposition re U.S. Department of Housing and Urban Development's Motion, File date: 1/20/04; Service date: 12/20/03; Filed by Hitech Security Corporation. (Fagan, Linda) (Entered: 01/30/2004) |
| 12/08/2003 | 17 | LETTER MOTION dtd/12/5/03 from Counsel for Plaintiff to Counsel Regarding: Enclosed motion seeking leave of Court to serve a second amended complaint. (Mierzejewski, Elizabeth) (Entered: 12/12/2003) |
| 01/08/2004 | 20 | Letter from Paul Kaufman to Michael Ackerman, Esq.; Mark Amsterdam, Esq., dated 1/7/04 re: To forward the enclosed HUD's opposition to the motion to dismiss submittted by Arco Managemen Corporation and Joseph J. Driscoll. (Fagan, Linda) (Entered: 01/21/2004) |
| 01/08/2004 | 21 | Letter from Kenneth Kirschenbaum to Paul Kaufman; James J. Becker, dated 1/7/04 re: To forward the enclosed, in connection with HiTech's opposition to Arco's and Dricoll's motion to dismiss the complaint, 1) Pltff's Opposition; 2) Pltf's Memorandum of Law in Support of its Opposition to Arco's and Driscoll's motion. (Fagan, Linda) (Entered: 01/21/2004) |
| 01/20/2004 | 18 | MEMORANDUM OF LAW in Support re: its Motion seeking leave of the Court to serve an Amended Complaint, filed by Hitech Security Corporation. (Fagan, Linda) (Entered: 01/21/2004) |
| 01/20/2004 | 19 | MEMORANDUM OF LAW in Support re: its Opposition to Arco's and Driscoll's Motion, filed by Hitech Security Corporation. (Fagan, Linda) (Entered: 01/21/2004) |
| 01/22/2004 | 35 | Letter from James J. Becker to Honorable Denis Hurley, dated 1/21/04 re: To submit the enclosed documents regarding the motion to dismiss filed on behalf of ARCO and Driscoll: 1. Deft's notice of |

| | | |
|---|---|---|
| | | motion, dated 12/4/03, with supporting affidavit and exhibits; 2. Defts' memorandum of law in support of their motion, dated 12/4/03; 3. Pltff's affirmation in opposition, dated 1/5/04, with exhibits; 4. Pltff's memorandum of law in opposition, dated 1/6/04; and 6. Defts' reply memorandum of law, dated 1/21/04. Modified on 2/5/2004 (Fagan, Linda). (Entered: 02/05/2004) |
| 02/05/2004 | 34 | Letter from Paul Kaufman to Honorable Denis Hurley, dated 1/23/04 re: To submit the encllosed courtesy copies of: (1) HUD's notice of motion to dismiss this case, or in the alternative, to transfer this case to the Courat of Federal Claims; and (2) HUD's memorandum of law in support of that motion. (Fagan, Linda) (Entered: 02/05/2004) |
| 08/12/2004 | | Documents Mailed; Mailed original documents from the case file, a certified copy of the Order of transfer, and certified copy of the docket sheet in this case, along with a cover letter re transfer, via Cert. Mail, Ret. Rec. Req., Article # 7000 1670 0008 3901 1566 to the Courtof Federal Claims, on 8/12/04. (Fagan, Linda) (Entered: 08/12/2004) |
| 08/23/2004 | 41 | Mail Receipt for Certified Mail, Return Receipt Requested; Article #7000-1670-0008-3901-1566, containing: a certified copy of the transfer order, the complete file, and updated copy of the docket sheet, sent to: U.S. Court of Federal Claims, received by: V. Woo, on 8/16/04. (Fagan, Linda) (Entered: 08/24/2004) |
| 08/23/2004 | 42 | Letter from Debbie Samler, Senior Docketing Specialist, U.S. Court of Federal Claims to Robert C. Heinemann, dated 8/20/04 re: To advise the Clerk of the return of the case file, for premature forwarding to their Court. (Fagan, Linda) (Entered: 08/24/2004) |
| 10/12/2004 | 40 | MEMORANDUM OF DECISION AND ORDER; granting [36] Motion to Dismiss, denying [22] Motion to Dismiss, denying [28] Motion for Leave to File. For the reasons set forth herein, Deft HUD's motion to transfer the case to the Court of Federal Claims is GRANTED. Defts ARCO and Driscoll's motion to dismiss the complaint is DENIED. Pltff's motion to amend the complaint is DENIED as moot. The Clerk of the Court is directed to transfer the case to the Court of Federal Claims and close this case.( Signed by JudgeDenis R. Hurley on 8/12/04.) c/m (Fagan, Linda) (Entered: 08/12/2004) |
| 10/12/2004 | | Documents Mailed; Mailed original documents from the case file, a certified copy of the Order of transfer, and certified copy of the docket sheet in this case, along with a cover letter re transfer, via Cert. Mail, Ret. Rec.Req., Article #7000-1670-0008-3901-1573 to the Court of Federal Claims, on 10/12/04. (Fagan, Linda) (Entered: 10/12/2004) |

| | | |
|---|---|---|
| 10/22/2004 | 43 | Mail Receipt for Certified Mail, Return Receipt Requested, Article # 7000-1670-0008-3901-1573, addressed to United States Court of Federal Claims 717 Madison Place, N.W., Washington, D.C. 20005, date of delivery 10/15/04. (Fagan, Linda) (Entered: 10/22/2004) |

A TRUE COPY
ATTEST
DATED 10/22 20 04
ROBERT C. HEINEMANN
CLERK
BY
DEPUTY CLERK