ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
NOV 30 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

_______________

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Kenneth Kirschenbaum

Firm Name: Kirschenbaum + Kirschenbaum P.C.

Post Office Box:

Street Address: 200 Garden City Plaza

City-State-Zip: Garden City, NY 11530

Telephone & Facsimile Numbers: 516-747-6700, 516-747-6781

E-mail address: Kenesq050@AOL.Com

Is the attorney of record admitted to the Court of Federal Claims Bar? ~~No~~ Pending
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: H 4 0

**See attached Sheet for three digit code.**

Amount Claimed: $ 107,065.00 Plus interest

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003