IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HITECH SECURITY CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1610 (Judge Damich) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of CRISTINA C. ASHWORTH as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

CRISTINA C. ASHWORTH
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

S/ CRISTINA C. ASHWORTH
CRISTINA C. ASHWORTH
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0361
Fax: (202) 514-7965

December 3, 2004

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 2nd day of December, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Kenneth Kirschenbaum
Kirschenbaum & Kirschenbaum
200 Garden City Plaza, Suite 500
Garden City, NY 11530

s/Cristina C. Ashworth