IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HITECH CORP., | ) | |
| | ) | |
| | ) | No. 04-1610 |
| Plaintiff, | ) | (Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests an eleven (11) day enlargement of time, to and including February 11, 2005, to file a response to the complaint. Our response is currently due on January 31, 2005. This is defendant's first request for an enlargement for this purpose. Kenneth Kirschenbaum, counsel for plaintiff, indicated he does not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the agency. Despite diligent efforts, the agency has advised us that it will be unable to provide counsel with the statutorily required litigation report in sufficient time for counsel to prepare a response to the complaint by the current due date. This enlargement is necessary to ensure adequate time for the agency to prepare a litigation report. The additional time requested is also necessary for undersigned counsel to confer with the agency, to prepare a thorough response, and to obtain

the necessary supervisory review of the Government's response.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of eleven (11) days, to and including, February 11, 2005, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark E. Melnick
MARK E. MELNICK
Assistant Director

OF COUNSEL:
Christopher Trovato
Department of Housing &
Urban Development
New York, NY

s/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202)307-1011
Attorneys for Defendant

January 21, 2005

CERTIFICATE OF FILING

I hereby certify that on this 21st day of January, 2005 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan