# In the United States Court of Federal Claims

**NOTICE**

**HITECH CORP.**

**No. 04-1610 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., January 27, 2005**

To Attorney of Record, Assistant Attorney General, and Chief Judge Damich:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed January 21, 2005, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk