# KIRSCHENBAUM & KIRSCHENBAUM, P.C.

KENNETH KIRSCHENBAUM*
SAMUEL KIRSCHENBAUM
STEVEN B. SHEINWALD
FRANK N. NAPOLI**
VICKI VLANTIS
DAFNA BIBAS***
LISA M. HENRY **
VICTOR ROTHBERG
PATRICIA ANNE MICHITSCH
MICHAEL S. ACKERMAN
MARVIN ROMERO****

ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

(516) 747-6700

www.KirschenbaumEsq.com

BERNARD M. RIFKIN
OF COUNSEL

*ADMITTED NY & FL
**ADMITTED NY & CT
***ADMITTED NY & ISRAEL
****ADMITTED IN NJ

Writer's Direct Ext: 203

TOTAL NUMBER OF PAGES
(INCLUDING THIS COVER): 8

TO: Ambrosio Melendez/Project Manager

COMPANY: U.S. Dept. of Housing & Urban Development

FAX NO.: (212) 264-1277

RE: Beekman Houses

COMMENTS

As per our conversation, included herewith are the 2 contracts at issue in addition to correspondences and an Electronic Fund Payment Statement.

Please note that the backs of the contracts may not transmit well.

Any questions or comments please do not hesitate to call.

FROM: Michael Ackerman

DATE: 6/10/03