# KIRSCHENBAUM & KIRSCHENBAUM, P.C.

KENNETH KIRSCHENBAUM*
SAMUEL KIRSCHENBAUM
STEVEN B. SHEINWALD
FRANK N. NAPOLI**
VICKI VLANTIS
LISA M. HENRY**
VICTOR ROTHBERG
PATRICIA ANNE MICHITSCH
MICHAEL S. ACKERMAN
MARVIN ROMERO ***
RANDOLPH W. SEIFERT
JOSEPH RANALDO
JARED R. GASS ***

ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

(516) 747-6700

www.KirschenbaumEsq.com

BERNARD M. RIFKIN
OF COUNSEL

*ADMITTED NY & FL
**ADMITTED NY & CT
***ADMITTED NY &NJ

Writer's Direct Ext: 203
MAckerman@KirschenbaumEsq.com

October 31, 2003

VIA FASCIMILE

| | |
|---|---|
| United States Attorney's Office | Amsterdam & Lewinter, L.L.P. |
| Attorney for defendant HUD | Attorneys for defs. Arco Management & Joseph Driscoll |
| 610 Federal Plaza | 9 East 40th Street |
| Central Islip, N.Y. 11722 | New York, N.Y. 10016 |
| **Attn: Paul Kaufman** | **Attn: James J. Becker** |
| Fax: 631.715.7920 | 212.725.4799 |

Re: Hitech Security Corp. v. U.S. Department of Housing and Urban Development, et al., CV-03-3953

Dear Gentlemen:

As litigation can be costly and time consuming, in an effort to resolve this matter plaintiff is willing to accept forty-five thousand dollars ($45,000.00) in settlement of any and all claims arising from this matter.

Notwithstanding same plaintiff reserves all of its rights and claims in the event we cannot reach a settlement in this matter within 20 days from the date hereof.

Yours truly,

KIRSCHENBAUM & KIRSCHENBAUM, P.C.

MICHAEL ACKERMAN