SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)

6. Subcontracting (Continued)

receive the deliverables.

6.5. Purchases shall only be made in accordance with the HUD authorized project budget and the HUD approved Management Plan. Inclusion of an item on either of these plans does not, however, relieve the contractor from the requirement to submit the procurement for review as required above.

6.6. The Contractor shall perform periodic outreach to, and utilize the services of, small and small disadvantaged businesses in accordance with FAR 52.219-8. A status report of such outreach shall be provided with the monthly report required herein.

6.7. HUD shall pay for these subcontracts directly pursuant to the PMS Procedures Manual.

6.8. The Contractor is prohibited from certain actions as set forth in the paragraph entitled Prohibited Activities in Section G of this contract.

6.9. If, because of a situation requiring immediate attention, it becomes necessary for the Contractor to purchase goods or services exceeding the review level stated above and neither the Contracting Officer nor GTR/GTM can be contacted to provide such review and approval, the Contractor may procure the necessary goods or services, but must notify the Contracting Officer or GTR/GTM the next business day or the earliest time possible, providing sufficient written documentation to justify the expenditure. Maximum competition must be obtained for all emergency purchases.

6.10. HUD will not pay for Contractor purchases when such expenditures are not needed for the operation of the project, or the Contracting Officer determines the cost of goods or services purchased are not allowable, allocable, or reasonable.

6.11. Purchases that are below the micro-purchasing level (currently $2,500) set forth by the Federal Acquisition Regulation do not have to be competed as long as the price received is considered reasonable. Such purchases are to be equally rotated among all interested contractors or suppliers.

6.12. The contractor shall ensure that all personnel responsible for purchasing over $100,000 shall meet the following minimum training requirements:

Contract Acquisition-----80 clock hours
Contract Administration--80 clock hours
Cost & Price Analysis----40 clock hours

Any exceptions or waivers must be approved by the Contracting Officer prior to performance by the individual under this contract. The contractor shall identify the individual(s) authorized to sign subcontracts; these individuals will be identified as key personnel under the contract clause titled Key Personnel.

6.13. The Contractor shall establish and maintain such written

SECTION I - CONTRACT CLAUSES (CONTINUED)

52.249-8 Default (Fixed Price Supply and Service) APR 1984

52.251-1 Government Supply Sources APR 1984

2452.209-72 Organizational Conflicts of Interest APR 1984

(a) The Contractor warrants that to the best of its knowledge and belief and except as otherwise disclosed, he or she does not have any organizational conflict of interest which is defined as a situation in which the nature of work under a Government contract and a Contractor's organizational, financial, contractual or other interests are such that:

(1) Award of the contract may result in an unfair competitive advantage; or

(2) The Contractor's objectivity in performing the contract work may be impaired.

(b) The Contractor agrees that if after award he or she discovers an organizational conflict of interest with respect to this contract, he or she shall make an immediate and full disclosure in writing to the Contracting Officer which shall include a description of the action which the Contractor has taken or intends to take to eliminate or neutralize the conflict. The Government may, however, terminate the contract for the convenience of the Government if it would be in the best interest of the Government.

(c) In the event the Contractor was aware of an organizational conflict of interest before the award of this contract and intentionally did not disclose the conflict to the Contracting Officer, the Government may terminate the contract for default.

(d) The provisions of this clause shall be included in all subcontracts and consulting agreements wherein the work to be performed is similar to the service provided by the prime Contractor. The Contractor shall include in such subcontracts and consulting agreements any necessary provisions to eliminate or neutralize conflicts of interest.

2452.222-70 Accessibility of Meetings, Conferences, and Seminars to persons with disabilities JUL 1988

2452.237-70 Key Personnel APR 1984

The personnel specified below are considered to be essential to the work being performed under this contract. Prior to diverting any of the specified individuals to other projects, the Contractor shall notify the Contracting Officer reasonably in advance and shall submit justification (including proposed substitutions) in sufficient detail to permit evaluation of the impact on the program. No diversion shall be made by the Contractor without the written consent of the Contracting Officer; provided, that the Contracting Officer may ratify in writing such diversion and such ratification shall constitute the consent of the Contracting Officer required by this clause. The Schedule may be amended from time to time during the course of the contract to either add or delete personnel, as appropriate.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 4

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 018 | 07/24/01 | R-2001-4AH-00469 | |

RECEIVED
ATLANTA CONTRACTING
2001 AUG -7 P 2:46

**6. ISSUED BY** CODE

U.S. Department of Housing & Urban Development
Atlanta Contracting Operations
40 Marietta Street, NW, 15th Floor
Atlanta, GA 30303-2806

**7. ADMINISTERED BY** (If other than Item 6)

Same as Item #6

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, county, State and ZIP Code)*

ARCO Management Corporation
2 Executive Blvd., Suite 301
Suffern, N.Y. 10901

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
C-HOU-00021

10B. DATED *(SEE ITEM 13)*
07/03/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
FHA Funds

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ________ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Pursuant to Section G, Contract Administration Data, this modification hereby incorporates the HUDAR 2452.237-70 clause, Key Personnel, which was inadvertently omitted from Section G. It also adds the attached listing of ARCO's Key Personnel, who are authorized to perform work under this contract.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF SIGNER (Type or print) | |
|---|---|---|---|
| [signature] Goldstein - Pres | | Margaret R. Stephens, Team Leader<br>Atlanta Operations Branch<br>Atlanta Contracting Operations | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature]<br>(Signature of person authorized to sign) | 8/1/2001 | BY [signature]<br>(Signature of Contracting Officer) | 7/24/01 |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# Arco Key Personnel Listing

**Revised As of July 6, 2001**



***ADDENDUM A***

| Name | Title | Region / Tier |
|---|---|---|
| Jeffrey Goldstein | President | Corporate |
| Tony Savarese | Vice President | Corporate |
| Scott Langan | Vice President | Corporate |
| Joanne Van Bemmel | Vice President | Corporate |
| Trashaun Banks | Assistant Vice President | Corporate |
| Alan Newman | Contracting Officer | Corporate |
| Marie Zelaya | Regional Manager | Corporate - Northern |
| Susan Kinnard | Regional Manager | Corporate - Southern |
| Annick Njoya | Regional Manager | Corporate - Mid-Atlantic |
| Jane Kral | Payroll Manager | Corporate |
| Alicia Lunceford | Contracting Assistant | Corporate |
| | | |
| | | |

# Arco Key Personnel Listing

**Revised As of July 6, 2001**

*Page 2 of 3*

***ADDENDUM A***

| Name | Title | Region / Tier |
|---|---|---|
| Barbara Andrews | Area Management Rep. | Southern |
| Vernon Byrd | Area Management Rep. | Southern |
| Michael Harris | Area Management Rep. | Southern |
| Elaine Wade | Area Management Rep. | Southern |
| John Kulhmann | Area Management Rep. | Southern |
| Mark Ward Lloyd | Area Management Rep. | Southern |
| Steve Golinveaux | Area Management Rep. | Southern |
| Matt Battle | AMR / Relocation | Southern |
| Cheryl Hoggett | AMR / Relocation | Southern |
| Mary McFaddin | AMR / Relocation | Southern |
| Georgia Henderson | AMR / Relocation | Southern |
| Carlos Pizarro | Area Management Rep. | Southern |
| Oscar Lopez Rivera | Area Management Rep. | Southern |
| Freda Tucker | Area Management Rep. | Southern |
| Robin Roberson | Area Management Rep. | Southern |
| J. Watts Roberson | Area Management Rep. | Southern |
| Moses Richardson | Area Management Rep. | Southern |
| William Michael Davis | Area Management Rep. | Southern |
| Steve Nix | Area Management Rep. | Southern |
| Sue Sievers | Area Management Rep. | Southern |
| Judi Dunn | Area Management Rep. | Southern |
| | | |
| | | |

# Arco Key Personnel Listing

**Revised As of July 6, 2001**



***ADDENDUM A***

| Name | Title | Region / Tier |
|---|---|---|
| Denise Healey | Area Management Rep. | Northern |
| Dawn Watkins | Area Management Rep. | Northern |
| Mona Schenck | Area Management Rep. | Northern |
| Kenneth Watson | Area Management Rep. | Northern |
| Lily Fiqueroa | AMR / Relocation | Northern |
| Kate Moses | AMR / Relocation | Northern |
| Frank Laflemme | Area Management Rep. | Northern |
| Paul Lingenfelter | Area Management Rep. | Northern |
| Scott Burns | Area Management Rep. | Northern |
| | | |
| | | |

| Name | Title | Region / Tier |
|---|---|---|
| Ronald Davis | Area Management Rep. | Mid-Atlantic |
| E. L. Cato | Area Management Rep. | Mid-Atlantic |
| James Jordan | Area Management Rep. | Mid-Atlantic |
| | | |
| | | |