# In the United States Court of Federal Claims

No. 04-1610C
(Filed: May 25, 2005)

************************************
*
**HITECH SECURITY CORPORATION**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

Pending before the Court is Defendant's Motion to Dismiss the Complaint under RCFC 12(b)(1) for lack of subject matter jurisdiction. In its response to Defendant's motion, Plaintiff indicated that it had not been permitted to review the HUD-Arco contract in its entirety, and could not adequately respond to the government's motion without doing so. The Court agrees that Plaintiff should be allowed to review the contract so that it may adequately respond to the arguments presented in Defendant's motion.

Therefore, the Court hereby ORDERS that Defendant shall provide a copy of the HUD-Arco contract to Plaintiff and the Court on or before **May 31, 2005**. The Court further ORDERS that Plaintiff shall file a sur-reply on or before **June 8, 2005**, addressing those issues raised in the motion to which it could not properly respond without first reviewing the HUD-Arco contract.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge