IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HITECH SECURITY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1610C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE CONTRACT

Defendant, the United States, respectfully requests leave to file the attached copy of the contract between the United States and the Arco Corporation. We are filing this copy of the contract in response to the Court's order, dated May 25, 2005.

Respectfully submitted,

PETER M. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Mark E.Melnick
MARK E. MELNICK
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
CHRISTOPHER TROVATO
Office of Assistant Regional Counsel
Department of Housing & Urban
Development
New York, NY

May 27, 2005

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 27th day of May, 2005 a copy of the foregoing "MOTION FOR LEAVE TO FILE CONTRACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan