IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HITECH SECURITY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1610C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

HUD-ARCO CONTRACT

PETER M. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK E. MELNICK
Assistant Director

OF COUNSEL:
CHRISTOPHER TROVATO
Office of Assistant Regional Counsel
Department of Housing & Urban Development
New York, NY

TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

May 25, 2005

Attorneys for Defendant

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 24 | 12/20/2002 | | |

6. ISSUED BY CODE
U. S. Dept. of HUD
Atlanta Contracting Operations
40 Marietta Street, 15th Floor
Atlanta, GA 30303

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State, and ZIP Code)
ARCO Management Corporation
2 Executive Boulevard, Suite 301
Suffern, NY 10901

CODE | FACILITY CODE

(√) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
C-HOU-00021

10B. DATED (SEE ITEM 13)
July 7, 1997

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is extended ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or, (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
No change

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (√) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) AS SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103.(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR Clause 52.237-3, "Continuity of Services" |

**IMPORTANT:** Contractor ☐ is not ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The contractor will provide transition services as required by FAR clause 52.237-3, "Continuity of Services," and in accordance with HUD's draft transition plan, a copy of which is attached. This plan is subject to revision based on the results of the negotiations between your firm and any successor contractors.

This contract modification will become null and void for any geographic location for which the contractor is selected as the follow-on contractor for these services.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Jeffrey P. Goldstein
Arco Management Corp- President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Michael L. Swan, Chief, Atlanta Operations Branch

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED
12/26/2002

16B. UNITED STATES OF AMERICA
BY (Signature of Contracting Officer)

16C. DATE SIGNED
12/26/02

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# Property Management Transition Plan

| | Description of Action | Performed by HUD | Performed by Old PM | Performed by New PM | Total time needed |
|---|---|---|---|---|---|
| | **FUNDING** | | | | |
| 1 | Provide PMS/CSMS access to new corporate staff | ACTION 2: 7 c/d from info received from new PM | | ACTION 1: 7 c/d to provide staffing info to HUD | 14 c/d |
| 2 | Provide PMS/CSMS access to new PM for Service Center staff once all hired (45 days estimated for that total hiring process) | ACTION 2: 7 c/d from info received from new PM | | ACTION 1: 1 c/d to provide staffing info to HUD after Service Center staff hired | 53 c/d |
| 3 | Process outstanding management fees & reimburseables | | 30 c/d | | *** |
| 4 | Reconcile payrolls and final pay | | 15 c/d | | *** |
| 5 | Process payment of vacation time or transferring vacation/sick time for employees (30-45 days estimated depending on type) | | 7 c/d | 7 c/d after personnel hired | 60 c/d |
| 6 | Reconcile current and closed purchase orders | | 30 c/d | | *** |
| 7 | Create new management fees and reimbursement invoices | ACTION 2: 7 c/d from info received from new PM | | ACTION 1: 30 c/d | *** |
| 8 | Establishment of new project bank accounts | | | 15 c/d | 15 c/d |
| 9 | Close existing project accounts | | 30 c/d | | *** |
| 10 | Transfer reconciled security deposit accounts to new PM and open new security accounts | | ACTION 1: 15 c/d | ACTION 2: 10 c/d | 25 c/d |
| 11 | Assign Comprehensive General insurance and initiate Workers Comp as necessary | | 15 c/d | | 15 c/d |
| 12 | Establish Comprehensive General insurance, once policy in effect expires and Workers Comp (according to state law) | | | 15 c/d | 15 c/d |
| 13 | Provide PMS access training (5 days in length) for corporate personnel | 15 days after receiving list from new PM | | | 20 c/d |
| 14 | Provide PMS access training (5 days in length) for Service Center Personnel once all hired (45 days estimated for that total hiring process) | ACTION 2: 10 days after receiving list from new PM | | ACTION 1: Notify HUD of names within 2 c/d after all Service Center personnel hired | 60 c/d |
| 15 | Provide hands-on training for Service Center staff in PMS/CSMS | as needed | as needed | as needed | *** |
| 16 | Furnish employee rosters by project to new PM | | 7 c/d | | 7 c/d |

c/d - calendar days
*** - Denotes item that does not affect transition timeline

# Property Management Transition Plan

| | Description of Action | Performed by HUD | Performed by Old PM | Performed by New PM | Total time needed |
|---|---|---|---|---|---|
| 17 | Reconcile checking account for relocations and transfer all date to new PM | | 45 c/d | | 45 c/d |
| 18 | Open new relocation checking account for each project | | | 10 c/d | 10 c/d |
| 19 | Establish plan for new PM to transfer funds to HUD lock box | | | 7 c/d | 7 c/d |
| | | | | | |
| | | | | | |
| | **CONTRACTS (Subcontracts and union agreements)** | | | | |
| 1 | Issue transition plan notification to incumbent contractors | NLT 12/21/02 | | | *** |
| 2 | Extend existing subcontracts through 1/31/03 | | NLT 12/31/02 | | *** |
| 3 | Provide listing of existing subcontracts to new PM. Types of subcontracts include security, attorneys, elevator maintenance, pest control, insurance, board up, heating oil & gas, landscaping, snow removal, uniforms, etc. | | 14 c/d | | 14 c/d |
| 4 | Negotiate assignments with existing subcontractors to transfer subcontracts to new contractor for a period of 90 days or negotiate temporary subcontracts for 90 days if incumbent subcontractors not willing to accept assignments | | | 45 c/d | 45 c/d |
| 5 | Reprocure existing subcontracts, including obtaining new insurance certificates | | | NLT 4/31/03 | *** |
| 6 | Send letter to unions notifying of management change, allowing for proper notification time frames per existing contracts. This letter should come jointly from HUD and old PM. New PM to send separate letter advising of contract. An attorney may need to review the contract before e anew one is signed. Additionally severance payments may have to be paid per the contract | 30 c/d simultaneous with old PM | 30 c/d simultaenous with old PM | 10 c/d after info received from old pm | 40 c/d |
| 7 | Provide transfer information on utilities and taxing entities, services to new PM and new PM to establish accounts | | 30 c/d | 30 c/d | 60 c/d |
| 8 | Terminate and reinstate/re-bid commercial leases | | 5 c/d | 15 c/d | 20 c/d |
| 9 | Provide training for Davis Bacon and SCA | within 60 c/d | | | *** |
| 10 | Provide DOL training | within 60 c/d | | | *** |
| 11 | Provide training for contracting/procurement and Contract Manager Acquisition, etc. | within 60 c/d | | | *** |
| 12 | Familiarize new PM with indefinite quantity contracts and assist in identifying HUDZone and small disadvantaged subcontractors that have been utilized in previous years in each geographic area. | | 30 c/d | 30 c/d | *** |
| | | | | | |

c/d - calendar days
*** - Denotes item that does not affect transition timeline

4

# Property Management Transition Plan

| | Description of Action | Performed by HUD | Performed by Old PM | Performed by New PM | Total time needed |
|---|---|---|---|---|---|
| | **ADMINISTRATIVE ACTIVITIES** | | | | |
| 1 | Extend employment of existing personnel for 30 days (site personnel) or 45 days (Service Center personnel) | | NLT 12/31/02 | | *** |
| 2 | Provide training/guidance for new PM on invoices, management fees, etc. | 15 c/d | 15 c/d | | 15 c/d |
| 3 | Close existing service center | | 45 c/d | | *** |
| 4 | Identify current relocation being done under the old PM contract | 7 c/d | | | 7 c/d |
| 5 | Provide training/guidance for new PM on relocation | 30 c/d | | | 30 c/d |
| 6 | Provide status of all relocations, including those on insured properties under the national relocation contracts | | 15 c/d | | 15 c/d |
| 7 | Furnish all project inventories to new PM | | 10 c/d | | 10 c/d |
| 8 | Transfer title to new PM, new PM to re-title, establish vehicle insurance, if projects have vehicles | | ACTION 1: 5c/d | ACTION 2: 10 c/d | 15 c/d |
| 9 | Provide training for review of most current monthly report on each property, including: narrative, bank reconciliation, telephone log, contractor rotation logs, security deposit reconciliation including PMS report for tenant deposits, work order logs, biweekly security and inspection reports, PMS 107 (payroll schedule and profile). | 10 c/d | 10 c/d | | 10 c/d |
| 10 | Furnish employee rosters by project to new PM | | 7 c/d | | 7 c/d |
| 11 | Establish Service Center to include computers, phones office equipment, etc. to make it functional | | | 45 c/d | 45 c/d |
| 12 | Establish Corporate offices for joint venture | | | 30 c/d | 30 c/d |
| 13 | Hireand train site staff at each property, including implementation of new forms, procedures, policies, including background checks for all employees. There are currently 293 employees at projects for the Atlanta PD Center. The Ft. Worth PD Center has 40 employees at their properties. The old PM will provide the new PM with copies of all employee personnel files. | | | 30 c/d | 30 c/d |
| 14 | Interview and hire Service Center personnel | | | 45 c/d | 45 c/d |
| 15 | Review closed project files, ship files to records center or transfer to new PM | | 45 c/d | | 45 c/d |
| 16 | Provide training on overall Property Disposition familiarization | 10 c/d | | | 10 c/d |
| 17 | Send change of address of PM to Police, Fire Department and local governmental agencies. | | As projects are transferred | | *** |
| 18 | Register new people and obtain new pass codes/entry codes for security alarm systems | | | As contractors and personnel are hired | *** |
| 19 | Prepare a summary report for each property that will detail any outstanding repair issues, tenant issues or other relevant issues. | | 15 c/d | | 15 c/d |
| 20 | Negotiate with incumbent PM contractors the cost of transistion services | by 1/31/02 | | | *** |

c/d - calendar days
*** - Denotes item that does not affect transition timeline

5

## Property Management Transition Plan

| | Description of Action | Performed by HUD | Performed by Old PM | Performed by New PM | Total time needed |
|---|---|---|---|---|---|
| | **RESIDENTS** | | | | |
| 1 | Issue letter to all tenant and tenant associations of change in management. | 7 c/d | | | 7 c/d |
| 2 | New PM to begin making personal contact with tenant associations. | | | 15 c/d | 15 c/d |
| 3 | Audit all existing leases | | 15 c/d | 15 c/d | 15 c/d |
| 4 | Change all tenant leases that now reflect old PM to reflect new PM | | | 30 c/d | 30 c/d |
| 5 | Update all recertifications | | | Up to 45 c/d depending upon size of project | 45 c/d |
| 6 | Send letter to each tenant advising of current account balance. Old PM furnishes info for new PM to create the letters | | Action 1: 15 c/d | Action 2: 15 c/d | 30 c/d |
| 7 | Provide status of current eviction proceedings | | 20 c/d | | |
| 8 | Inform tenants at properties where relocation is on-going under the old management contract that the new PM is in place. (letter or tenants meeting) | 10 c/d | | | 10 c/d |
| | **SECTION 8** | | | | |
| 1 | Provide HAP Contract copies | | 10 c/d | | 10 c/d |
| 2 | Establish vouchering procedures - TRACS and HUD Manager on system | | | 10 c/d to establish TRACS account, 30 c/d to ensure all information is entered into TRACS | 30 c/d |
| 3 | Establish PBE payments to residents | | Action 1: Provide info to new PM within 10 c/d | Action 2: enter info within 10 c/d after receipt | 20 c/d |
| 4 | Set up TRACS payment system - 1199, direct deposit form completed and approved | ACTION 2: 10 c/d | | ACTION 1: 10 c/d to submit forms | 20 c/d |

c/d - calendar days
*** - Denotes item that does not affect transition timeline

## Property Management Transition Plan

| | Description of Action | Performed by HUD | Performed by Old PM | Performed by New PM | Total time needed |
|---|---|---|---|---|---|
| | **PROJECT** | | | | |
| 1 | Close out old payrolls and establish new payrolls | 7 c/d to approve once submitted | 10 c/d after staff is dismissed | 10 c/d once staff is hired | *** |
| 2 | Determine accuracy of PBE's at each project | | | 30 c/d | 30 c/d |
| 3 | Obtain Comprehensive General Liability Insurance at each property | | | 15 c/d | 15 c/d |
| 4 | Obtain workman's comp, disability and medical insurance according to the applicable state laws for each project | | | 15 c/d | 15 c/d |
| 5 | Notify taxing authority of new PM and new address | | | 15 c/d | 15 c/d |
| 6 | Start up newly assigned project | | | 30 c/d | 30 c/d |
| 7 | Review/discuss emergency procedures with new PM. New PM must implement their own emergency procedures at each property. | | 15 c/d | 15 c/d | 15 c/d |
| | | | | | |
| | **OUTSTANDING LITIGATION** | | | | |
| 1 | Tidewater - Arco will keep files until matter resolved and then ship them to HUD | | depends on arbitration | | *** |
| 2 | Legal actions pending for non-payment of rent and lease violations. In some jurisdictions, cases cannot be transferred from one company to another. The company filing the case has to complete or dismiss the case. HUD will incur court costs and filing fees for dismissals. Each project will have to be reviewed to determine the governing laws | Indefinite | Indefinite | | *** |
| 3 | There are open insurance claims and unsettled claims that require administration | Indefinite | Indefinite | | *** |

c/d - calendar days
*** - Denotes item that does not affect transition timeline

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 023 | 07/03/02 | R-2002-4AH-00476 | |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| U.S. Dept. of Housing and Urban Development<br>Atlanta Contracting Operations<br>40 Marietta St., N.W., 15th floor<br>Atlanta, GA 30303-2806 | Same as Block #6 |

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

ARCO Management Corporation
2 Executive Boulevard, Suite 301
Suffern, NY 10901

CODE | FACILITY CODE

| (X) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED *(SEE ITEM 11)* |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. C-HOU-00021 |
| | 10B. DATED *(SEE ITEM 13)* 07/03/97 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
FHA Funds

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* FAR 52.217-8, Option to Extend Services (NOV 1999) |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The performance period of this contract is hereby extended through December 31, 2002.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF SIGNER (Type or print) | |
|---|---|---|---|
| | | Michael L. Swan, Atlanta Operations Branch<br>Atlanta Contracting Operations | |
| 15B. CONTRACTOR/OFFEROR<br><br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>6-20-02 |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES

2. AMENDMENT/MODIFICATION NO.
022

3. EFFECTIVE DATE
05/16/02

4. REQUISITION/PURCHASE REQ. NO.
R-2002-4AH-00420

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

U.S. Dept. of HUD
Atlanta Contracting Operations
40 Marietta Street, NW, 15th Floor
Atlanta, GA 30303-2806

7. ADMINISTERED BY (If other than Item 6) CODE

Same as Item #6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

ARCO Management Corporation
2 Executive Blvd., Suite 301
Suffern, N.Y. 10901

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
C-HOU-00021

10B. DATED *(SEE ITEM 13)*
07/03/97

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
FHA Funds

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

This modification hereby incorporates Wage Decision Notices A022502A, A022502B, and A022502C to the contract.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF SIGNER (Type or print)
Margaret R. Stephens, Team Leader
Atlanta Operations Branch, Atlanta Contracting Operations

15B. CONTRACTOR/OFFEROR
_______________
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED
5/16/02

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

STANDARD FORM 98
Rev. Feb. 1973
U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION

**NOTICE OF INTENTION TO MAKE A SERVICE CONTRACT AND RESPONSE TO NOTICE**
*(See Instructions on Reverse)*

RECEIVED
RELANTA CONTRACTING
2002 MAY 16 P 6:45

A. NOTICE NO. A022502A
A ~~ATL-022502-A~~

MAIL TO:

Administrator
Wage and Hour Division
U.S. Department of Labor
Washington, D.C. 20210

2. Estimated soliciation date *(use numerals)*

| Month | Day | Year |
|---|---|---|
| | | |

3. Estimated date bids or proposals to be opened or negotiations begun *(use numerals)*

| Month | Day | Year |
|---|---|---|
| | | |

4. Date contract performance to begin *(use numerals)*

| Month | Day | Year |
|---|---|---|
| 7 | 2 | 1999 |

2002 MAR 11 P 3:32

5. PLACE(S) OF PERFORMANCE

See attached list

Nationwide NA

6. SERVICES TO BE PERFORMED *(describe)*

Property Management Services

Maint

7. INFORMATION ABOUT PERFORMANCE

A. [X] Services now performed by a contractor
B. [ ] Services now performed by Federal employees
C. [ ] Services not presently being performed

8. IF BOX A IN ITEM 7 IS MARKED, COMPLETE ITEM 8 AS APPLICABLE

| a. Name and address of incumbent contractor | b. Number(s) of any wage determination(s) in incumbent's contract |
|---|---|
| ARCO Management Corp., 2 Executive Blvd. | 94-2103, Rev. 10(2/3/97); 94-2133, Rev. 5 |
| Ste. 301, Suffern, NY 10901 | (9/30/96); 94-2375, Rev. 3, (5/9/96) |

c. Name(s) of union(s) if services are being performed under collective bargining agreement(s). *Important*: Attach copies of current applicable collective bargaining agreements

N/A

9. OFFICIAL SUBMITTING NOTICE

SIGNED: [signature] DATE: 2-4-02

TYPE OR PRINT NAME: for
Margaret R. Stephens, Team Leader
Atlanta Operations Branch

TELEPHONE NO.: (404) 331-5001, X2595

10. TYPE OR PRINT NAME AND TITLE OF PERSON TO WHOM RESPONSE IS TO BE SENT AND NAME AND ADDRESS OF DEPARTMENT OR AGENCY, BUREAU, DIVISION, ETC.

Terre Mingus, Contract Specialist
U.S. Dept. of HUD
Atlanta Contracting Operations
40 Marietta St., N.W., 15th Flr.
Atlanta, GA 30303-2806

**RESPONSE TO NOTICE**
*(by Department of Labor)*

A. [X] The attached wage determination(s) listed below apply to procurement.
See attachment

B. [ ] As of this date, no wage determination applicable to the specified locality and classes of employees is in effect.

C. [ ] From information supplied, the Service Contract Act does not apply *(see attached explanation)*.

D. [ ] Notice returned for additional information *(see attached explanation)*.

Signed: [signature]
*(U.S. Department of Labor)*

APR 30 2002
*(Date)*

# GENERAL EXPLANATION

The amended Servic Contract Act requires the Secretary of Labor to issue wage determinations applicable to employees engaged in the performance of service contracts in excess of $2,500. Standard Form 98, Notice of Intention to Make a Service Contract, with Attachment A, provides an orderly procedure for a contracting agency to request such a wage determination and for the Department of Labor to respond. Any questions as to whether a notice is required in a particular procurement situation should be resolved by reference to Title 29, Part 4, Code of Federal Regulations, or by submission of the question to the Department of Labor.

Under normal circumstances the Department of Labor will respond to a notice within 30 days of receipt. If there is urgent need for more expeditious handling, this should be explained when the notice is submitted. In the event the necessary response is not received by the contracting agency on a timely basis, the Department of Labor should be contacted.

In any case where section 4(c) of the Act requires adherence to compensation provisions of a collective bargaining agreement applicable under a predecessor contract and the agency desires to request a hearing on the issue of substantial variance between the wages and fringe benefits provided under such agreement and those prevailing in the locality, the request should be submitted with the notice of intent, in accordance with the provisions of 29 CFR 4.10, and sufficiently far in advance of the need for the wage determination to allow time for appropriate action as provided in that section of the regulations.

The notice is divided along functional lines: (1) that part which must be completed by the contracting agency, Items 2 through 10 of the basic form and Items 11 through 14 of the attachment; and (2) the Response to Notice to be completed by the Department of Labor. The basic form and its attachment are provided in quadruplicate sets with carbon inserts. The original and two copies of the basic form and of each set of attachments used (with snap-out carbons removed and the forms fastened together) are to be sent to the address preprinted on the basic form. One copy of the basic form and one copy of the attachment are to be retained by the agency.

## INSTRUCTIONS- AGENCY PORTION OF NOTICE

*Entries on Basic Form*

**Item 1**--This number is preprinted on the basic form for identification and control purposes. Refer to this number when contacting the Department of Labor about the notice.

**Item 2**--Enter the estimated solicitation date.

**Item 3**--Enter the date the bids or proposals are expected to be opened or the negotiations started.

**Item 4**--Enter the date contract performance is expected to begin.

**Item 5**--The entry as to place of performance depends on a variety of factors. If the place of performance is fixed, as with a contract for janitorial services at a particular installation, enter the appropriate city, county and State. If performance is to be at several known places, attach a list. If the contract is for transportation services between points, enter the city, county and State of origin and of destination. If the place of performance may be anywhere, depending on who is awarded the contract (as, for example, certain laundry contracts), enter "unknown." If necessary for clarity, attach a brief explanation of the entry in Item 5.

**Item 6**--Describe the services to be performed in such a manner that it will be clear what type or types of services are called for by the contract. In many instances simple entries will suffice: "Janitorial serivces at Headquarters Building, Fort Sill," "Food service and kitchen police service at Enlisted Mess, Camp A.P. Hill," "Laundry and drycleaning services for Base Hospital, Eglin AFB," "Garbage collection at Ft. Hood." Unusual types of services must be described in more detail.

**Item 7**--Mark the appropriate box.

**Item 8**--It is very important under the amended Service Contract Act that appropriate entries be made in Item 8 if Box A of Item 7 has been marked.

*a.* Enter the name and address of the incumbent contractor.

*b.* Enter the number(s) of any wage determination(s) made part of the incumbent's contract. For example: 71-69 (Rev. 3) and 69-43 (Rev. 4).

*c.* Enter the name(s) of union(s) if any of the services are being performed by the incumbent contractor under collective bargaining agreement(s). If an entry is required in c., a copy of all current applicable collective bargining agreements must be furnished with the notice. The notice will be returned without action by the Department of Labor if this is not done.

**Item 9**--It is often necessary for the Department of Labor to get in touch with the contracting official who submitted the notice in order to clarify particular points and expedite a response. The name of this official should be printed or typed in the space provided and he should sign his name above. The telephone number, including area code, should be entered. Enter the date the notice is submitted.

**Item 10**--Print or type this entry in the space provided within the brackets. This is used by the Department of Labor to identify the contracting agency and for mailing purposes.

## ENTRIES ON ATTACHMENTA

**Item 11**--Enter the notice number found in Item 1 of the basic form.

**Item 12**--Enter the classes of service employees to be employed in performing the contract. A simple entry may suffice: "Janitor," "Window cleaner," "Automotive mechanic," "Guard," "Stenographer," "Typist," "Warehouseman," "File clerk." Where more complex jobs are involved, it will expedite handling to use a few lines below the entry for a class to describe briefly what the employee will do--a sort of capsule job description. The entries in Item 12 are crucial as they enable the Department of Labor to "match" the job to be performed against existing wage determinations or available wage payment data.

**Item 13**--Enter the number of employees to be employed in each class listed in Item 12. Do not omit this figure even though it may be necessary to use a rough estimate.

**Item 14**--The amended Service Contract Act (section 2(a)(5)) requires the contracting agency to include in the contract; "A statement of the rates that would be paid by the Federal agency to the various clauses of service employees if section 5341 of Title 5, United States Code, were applicable to them." The Secretary of Labor is required to give "due consideration" to such rates in making wage and fringe benefit determinations.

For purposes of the entries in Item 14, assume that each class of employees listed in Item 12 is to be Federally employed: that is, to be employed directly as "wage board" or "blue collar" employees by the contracting agency and who, if so employed, would receive wages as provided in 5 United States Code 5341. Enter the hourly wage rate that each such listed class would be paid. The agency's personnel office may be of help in determining the appropriate hourly rate entries.

While the "statement" made part of the contract must include both the hourly wage rates *and* fringe benefits that would be paid to the various classes, it is not necessary to furnish fringe benefit information as part of the notice. In giving "due consideration" to the fringe benefits that would be paid, the Department of Labor will consult the formula previously made available to all contracting agencies for use in preparing the "statement" required to be made part of the contract.

## INSTRUCTIONS- RESPONSE PORTION OF NOTICE

*(Completed by Department of Labor)*

The original copy of the basic form and the original copy of the attachment will be returned to the contracting agency with appropriate entries *by the Department of Labor* in that portion of the basic form reserved for Response to Notice.

**A.** If this box is marked, the wage determination(s) applicable will be listed by number and attached. The wage rates and fringe benefits reflected in the attached wage determination(s) are applicable to the procurement and must be made part of the contract. (If wage rates and fringe benefits are not provided in the wage determination(s) for particular classes of service employees to be employed on the contract, conforming action must be taken as provided in Title 29, Part 4, section 4.6(b)(2), Code of Federal Regulations.)

**B.** If this box is marked, no wage determination applicable to the specified locality and classes of employees is in effect. However, successor contractors may not pay less than the collectively bargained wage rates and fringe benefits, including any prospective increases, applicable to employees of the predecessor contractor except where, upon a hearing, it is found that such wage rates and fringe benefits are substantially at variance with those that prevail in the locality. In no case may an employee be paid less than the minimum wage under section 6(a)(1) of the Fair Labor Standards Act.

**C.** From time to time the Department of Labor receives a notice with respect to a proposed contract which, on the basis of the information supplied by the contracting agency, is not subject to the Service Contract Act. If box C is marked, an explanation will be attached.

**D.** This box will be marked if the notice must be returned for additional information. An explanation will be attached so that the contracting agency will know what action to take.

## ADDITIONAL WAGE DATA

The Department of Labor welcomes any wage rate and fringe benefits data the contracting agency may submit in connection with a notice, as well as any explanatory information that will assist in understanding the proposed procurement.

| STANDARD FORM 98a<br>Feburary 1973<br>U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION | NOTICE OF INTENTION TO MAKE<br>A SERVICE CONTRACT AND RESPONSE TO NOTICE<br>(Attachment A) | 11. NOTICE NO. |
|---|---|---|

| 12. CLASSES OF SERVICE EMPLOYEES TO BE EMPLOYED ON CONTRACT | 13. NUMBER OF EMPLOYEES IN EACH CLASS | 14. HOURLY WAGE RATE THAT WOULD BE PAID IF FEDERALLY EMPLOYED |
|---|---|---|
| Rental Clerk | 20 | N/A |
| Assistant Manager | 10 | N/A |
| Maintenance Supervisor | 10 | N/A |
| General Maintenance Worker | 40 | N/A |
| Carpenters | 10 | N/A |
| Carpenter's Helpers | 10 | N/A |
| Plumbers | 10 | N/A |
| Plumbers Helpers | 10 | N/A |
| Electricians | 10 | N/A |
| Laborers | 10 | N/A |
| Porter | 10 | N/A |
| Maid | 30 | N/A |
| Protective Service | 40 | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Item 5. PLACE(S) OF PERFORMANCE

This solicitation is to provide Property Management services for HUD Multifamily properties. This solicitation requires the contractor to maintain an office somewhere within the same time zone as the Atlanta area (Eastern Time Zone). We will require wage determinations for the offerors home office area as they request these in accordance with FAR clause 52.222-49, Service Contract Act - Place of Performance Unknown. However, the area of required service covered under the terms of the subsequent contract will require the contractor to be prepared to hire on-site employees to operate multifamily projects in the following states: Area I: Maine, New Hampshire, Vermont, Massachusetts, Connecticut, Rhode Island, New York, Pennsylvania, Maryland, Delaware, West Virginia, Virginia, Washington D.C.; Area IIa: Kentucky, Tennessee, North Carolina, South Carolina, Georgia, Florida, Alabama, Mississippi; Area IIb: Puerto Rico and U.S. Virgin Islands.

This contract is unusual in its scope, in that HUD is continually obtaining and selling properties. Each time HUD obtains a property the contractor must place a team of Project Employees at the site. These employees are paid by the contractor and then HUD reimburses the contractor directly for these costs. HUD normally does not know more than about a week, and sometimes a day in advance that a property is to be foreclosed on, or in some cases, because of abandonment by the owner, taken into HUD custody. Hence, we need to have the SCA wage determinations at our immediate disposal. However, we are not staffed to maintain all wage determinations for the entire 21 state area when we would likely use less than 10% of them.

We would like to be able to request the wage determinations as HUD acquired property locations become known. However, we are concerned about the time that would be required to obtain the wage determinations. We would appreciate any assistance and/or suggestions that would help expedite our obtaining required wage determinations. We would like to avoid having to issue a delivery order for a specific property with estimated wage rates and then having to adjust the pay for each employee when the actual wage determinations are received.

Places of Performance for this contract are as follows:

GEOGRAPHIC AREA I: Maine, New Hampshire, Vermont, Massachusetts, Connecticut, Rhode Island, New Jersey, New York, Pennsylvania, Maryland, Delaware, West Virginia, Virginia, Washington, D.C.

GEOGRAPHIC AREA IIa: Kentucky, Tennessee, North Carolina, Georgia, Florida, Alabama, Mississippi.

GEOGRAPHIC AREA IIb: Puerto Rico and U.S. Virgin Islands.

The following is a list of HUD Multifamily Projects, their addresses, and the counties in which they are located:

| **Projects** | **County** |
| --- | --- |
| Stonegate Village Apts.<br>1238 2nd St., S.W.<br>Decatur, AL 35061 | Morgan County -94-2007(22) |
| Willow Street<br>40A Willow St.<br>New Britain, CT 06051 | Hartford County |
| Southland Suites<br>314 Mill St.<br>Rt. 2, Box 1785<br>Mayo, FL 32066 | Lafayette County } 94-2121 (19) |
| Holiday Lakes Apts.<br>973 N. Powerline Rd.<br>Pompano Beach, FL 33069 | Broward County |
| Palm Terrace<br>5121 Serena Dr.<br>Tampa, FL 33617 | Hillsborough County |
| Haverford Place<br>Colony Blvd.<br>Georgetown, KY 40324 | Harlan County { 94-2121(19) |
| Town Branch Apts.<br>221-A S. Hurd St.<br>Grayson, KY 41143 | Carter County 94-2573(18) |
| Freedom Apts.<br>4665 Freedom Way West<br>Baltimore, MD 21213 | Baltimore County { 94-2247(19) |
| Kennsett House<br>1700 Eutaw Pl., Unit 2F<br>Baltimore, MD 21217 | Baltimore County |
| School 181<br>1645 N. Calhoun<br>Baltimore, MD 21217 | Baltimore County |
| Uplands A & B<br>4625 Edmondson Ave.<br>Baltimore, MD 21229 | Baltimore County |
| Brick Towers<br>685 Dr. Martin Luther King Blvd.<br>Unit #1E<br>Newark, NJ 07102 | Essex County (94-2353 |
| Alfred Sr. Housing<br>34 Glen St.<br>Alfred, NY 14802 | Allegheny County |

| | | |
|---|---|---|
| HUD/Beekman Houses<br>694 E. 141st St.<br>Bronx, NY 10454 | Bronx County | 94-2371 (14) |
| Pueblo De Mayaguez<br>960 Avenue St. John, #1B<br>Bronx, NY 10455 | Bronx County | |
| Bronx Independent Living Center<br>1310 Morris Ave.<br>Bronx, NY 10456 | Bronx County | |
| Evening Star<br>277 Gates Ave.<br>Brooklyn, NY 11221 | Kings County | |
| HUD/Gates Avenue Apts.<br>690 Gates Ave.<br>Brooklyn, NY 11221 | Kings County | |
| HUD/Medgar Evers Apts.<br>745 Gates Ave., Ste. 1E<br>Brooklyn, NY 11221 | Kings County | |
| Pleasant East Apts.<br>428 E. 117th St.<br>New York, NY 10035 | New York County | |
| Four Seasons Apts.<br>220 Weaver Dr.<br>Lexington, NC 27293 | Davidson County | 94-2397 (16) |
| West End Plaza Apts.<br>607 Duke St.<br>Reidsville, NC 27320 | Rockingham County | |
| Maclay Street I & II<br>2018 N. 5th Ave.<br>Harrisburg, PA 17102 | Dauphin County | 94-2447 (19) |
| North Queens St. Apts.<br>424-426 N. Queens St.<br>Lancaster, PA 17608 | Lancaster County | |
| Mt. Olivet Village<br>642 N. 41st St.<br>Philadelphia, PA 19104 | Bucks County | |
| Sterrett-Collier<br>7369 Hamilton Ave.<br>Pittsburgh, PA 15208-1502 | Allegheny County | |
| Renaissance Apts.<br>308 N. Taylor Ave.<br>Pittsburgh, PA 15212 | Allegheny County | |
| Westgate I & II<br>W. 1-287 Village Rd.<br>Pittsburgh, PA | Allegheny County | |

| | | |
|---|---|---|
| Rose Cottage<br>151 Hunt St.<br>Central Falls, RI 02863 | Providence County | |
| Melrose Apts.<br>50-60 Prairie Ave.<br>Providence, RI 02905 | Providence County | |
| Edmund Place Health Center<br>350 Taunton Ave.<br>E. Providence, RI 02914 | Providence County | |
| Riverside at Belfair<br>60 Oak Forest Rd.<br>Bluffton, SC 29910 | Bufford County | 94-2391 (15) |
| Seven Oaks<br>119 Chesterfield Hwy.<br>Cheraw, SC 29520 | Chesterville County | |
| Colony House<br>1036 Maxwell Mill Rd.<br>Fort Mill, SC 29715-7852 | York County | 94-2391 (15) |
| Veranda at Hamilton Pl.<br>7429 Shallowford Rd.<br>Chattanooga, TN 37421 | Hamilton County | |
| Crestview Assisted Living<br>1775 Mt. Vernon Dr.<br>Cleveland, TN 37312 | Bradley County | 94-2491 (18)<br>94-2495 (19) |
| Watkins Manor<br>2643 N. Watkins St., #13<br>Memphis, TN 38127 | Shelby County | |
| Carrington Gardens<br>1135 Dove St.<br>Richmond, VA 23222 | Richmond County | 94-2545 (17) |
| Capitol View Plaza Apts.<br>5929 E. Capitol St.<br>Washington, D.C. 20019 | District of Columbia | 94-2103 (24) |

STANDARD FORM 98
Rev. Feb. 1973
U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION

**NOTICE OF INTENTION TO MAKE A SERVICE CONTRACT AND RESPONSE TO NOTICE**
*(See Instructions on Reverse)*

A. NOTICE NO. A022502B ~~ATL-022502-B~~

MAIL TO:

Administrator
Wage and Hour Division
U.S. Department of Labor
Washington, D.C. 20210

2. Estimated solicitation date *(use numerals)*

| Month | Day | Year |
|---|---|---|
| | | |

3. Estimated date bids or proposals to be opened or negotiations begun *(use numerals)*

| Month | Day | Year |
|---|---|---|
| | | |

4. Date contract performance to begin *(use numerals)*

| Month | Day | Year |
|---|---|---|
| 7 | 2 | 2000 |

5. PLACE(S) OF PERFORMANCE

See attached list
Nationwide NA

6. SERVICES TO BE PERFORMED *(describe)*

Property Management Services
Maint

7. INFORMATION ABOUT PERFORMANCE

A. [x] Services now performed by a contractor
B. [ ] Services now performed by Federal employees
C. [ ] Services not presently being performed

8. IF BOX A IN ITEM 7 IS MARKED, COMPLETE ITEM 8 AS APPLICABLE

a. Name and address of incumbent contractor

ARCO Management Corp., 2 Executive Blvd.
Ste. 301, Suffern, NY 10901

b. Number(s) of any wage determination(s) in incumbent's contract

94-2103, Rev. 10 (2/3/97); 94-2133, Rev. 5 (9/30/96); 94-2375, Rev. 3, (5/9/96)

c. Name(s) of union(s) if services are being performed under collective bargining agreement(s). *Important*: Attach copies of current applicable collective bargaining agreements

N/A

9. OFFICIAL SUBMITTING NOTICE

SIGNED: Margaret R. Stephens

DATE: 2/26/02

TYPE OR PRINT NAME
MARGARET R. STEPHENS, Team Leader
Atlanta Operations Branch

TELEPHONE NO.
(404) 331-5001, X2595

10. TYPE OR PRINT NAME AND TITLE OF PERSON TO WHOM RESPONSE IS TO BE SENT AND NAME AND ADDRESS OF DEPARTMENT OR AGENCY, BUREAU, DIVISION, ETC.

Terre Mingus, Contract Specialist
U.S. Dept. of HUD
Atlanta Contracting Operations
40 Marietta St., N.W., 15th Flr.
Atlanta, GA 30303-2806

**RESPONSE TO NOTICE**
*(by Department of Labor)*

A. [x] The attached wage determination(s) listed below apply to procurement.
see attachment

B. [ ] As of this date, no wage determination applicable to the specified locality and classes of employees is in effect.

C. [ ] From information supplied, the Service Contract Act does not apply *(see attached explanation)*.

D. [ ] Notice returned for additional information *(see attached explanation)*.

Signed: [signature]
*(U.S. Department of Labor)*

APR 30 2002
*(Date)*

# GENERAL EXPLANATION

The amended Service Contract Act requires the Secretary of Labor to issue wage determinations applicable to employees engaged in the performance of service contracts in excess of $2,500. Standard Form 98, Notice of Intention to Make a Service Contract, with Attachment A, provides an orderly procedure for a contracting agency to request such a wage determination and for the Department of Labor to respond. Any questions as to whether a notice is required in a particular procurement situation should be resolved by reference to Title 29, Part 4, Code of Federal Regulations, or by submission of the question to the Department of Labor.

Under normal circumstances the Department of Labor will respond to a notice within 30 days of receipt. If there is urgent need for more expeditious handling, this should be explained when the notice is submitted. In the event the necessary response is not received by the contracting agency on a timely basis, the Department of Labor should be contacted.

In any case where section 4(c) of the Act requires adherence to compensation provisions of a collective bargaining agreement applicable under a predecessor contract and the agency desires to request a hearing on the issue of substantial variance between the wages and fringe benefits provided under such agreement and those prevailing in the locality, the request should be submitted with the notice of intent, in accordance with the provisions of 29 CFR 4.10, and sufficiently far in advance of the need for the wage determination to allow time for appropriate action as provided in that section of the regulations.

The notice is divided along functional lines: (1) that part which must be completed by the contracting agency, Items 2 through 10 of the basic form and Items 11 through 14 of the attachment; and (2) the Response to Notice to be completed by the Department of Labor. The basic form and its attachment are provided in quadruplicate sets with carbon inserts. The original and two copies of the basic form and of each set of attachments used (with snap-out carbons removed and the forms fastened together) are to be sent to the address preprinted on the basic form. One copy of the basic form and one copy of the attachment are to be retained by the agency.

## INSTRUCTIONS- AGENCY PORTION OF NOTICE

*Entries on Basic Form*

**Item 1**--This number is preprinted on the basic form for identification and control purposes. Refer to this number when contacting the Department of Labor about the notice.

**Item 2**--Enter the estimated solicitation date.

**Item 3**--Enter the date the bids or proposals are expected to be opened or the negotiations started.

**Item 4**--Enter the date contract performance is expected to begin.

**Item 5**--The entry as to place of performance depends on a variety of factors. If the place of performance is fixed, as with a contract for janitorial services at a particular installation, enter the appropriate city, county and State. If performance is to be at several known places, attach a list. If the contract is for transportation services between points, enter the city, county and State of origin and of destination. If the place of performance may be anywhere, depending on who is awarded the contract (as, for example, certain laundry contracts), enter "unknown." If necessary for clarity, attach a brief explanation of the entry in Item 5.

**Item 6**--Describe the services to be performed in such a manner that it will be clear what type or types of services are called for by the contract. In many instances simple entries will suffice: "Janitorial serivces at Headquarters Building, Fort Sill," "Food service and kitchen police service at Enlisted Mess, Camp A.P. Hill," "Laundry and drycleaning services for Base Hospital, Eglin AFB," "Garbage collection at Ft. Hood." Unusual types of services must be described in more detail.

**Item 7**--Mark the appropriate box.

**Item 8**--It is very important under the amended Service Contract Act that appropriate entries be made in Item 8 if Box A of Item 7 has been marked.

*a.* Enter the name and address of the incumbent contractor.

*b.* Enter the number(s) of any wage determination(s) made part of the incumbent's contract. For example: 71-69 (Rev. 3) and 69-43 (Rev. 4).

*c.* Enter the name(s) of union(s) if any of the services are being performed by the incumbent contractor under collective bargaining agreement(s). If an entry is required in c., a copy of all current applicable collective bargining agreements must be furnished with the notice. The notice will be returned without action by the Department of Labor if this is not done.

**Item 9**--It is often necessary for the Department of Labor to get in touch with the contracting official who submitted the notice in order to clarify particular points and expedite a response. The name of this official should be printed or typed in the space provided and he should sign his name above. The telephone number, including area code, should be entered. Enter the date the notice is submitted.

**Item 10**--Print or type this entry in the space provided within the brackets. This is used by the Department of Labor to identify the contracting agency and for mailing purposes.

## ENTRIES ON ATTACHMENT A

**Item 11**--Enter the notice number found in Item 1 of the basic form.

**Item 12**--Enter the classes of service employees to be employed in performing the contract. A simple entry may suffice: "Janitor," "Window cleaner," "Automotive mechanic," "Guard," "Stenographer," "Typist," "Warehouseman," "File clerk." Where more complex jobs are involved, it will expedite handling to use a few lines below the entry for a class to describe briefly what the employee will do--a sort of capsule job description. The entries in Item 12 are crucial as they enable the Department of Labor to "match" the job to be performed against existing wage determinations or available wage payment data.

**Item 13**--Enter the number of employees to be employed in each class listed in Item 12. Do not omit this figure even though it may be necessary to use a rough estimate.

**Item 14**--The amended Service Contract Act (section 2(a)(5)) requires the contracting agency to include in the contract; "A statement of the rates that would be paid by the Federal agency to the various classes of service employees if section 5341 of Title 5, United States Code, were applicable to them." The Secretary of Labor is required to give "due consideration" to such rates in making wage and fringe benefit determinations.

For purposes of the entries in Item 14, assume that each class of employees listed in Item 12 is to be Federally employed: that is, to be employed directly as "wage board" or "blue collar" employees by the contracting agency and who, if so employed, would receive wages as provided in 5 United States Code 5341. Enter the hourly wage rate that each such listed class would be paid. The agency's personnel office may be of help in determining the appropriate hourly rate entries.

While the "statement" made part of the contract must include both the hourly wage rates *and* fringe benefits that would be paid to the various classes, it is not necessary to furnish fringe benefit information as part of the notice. In giving "due consideration" to the fringe benefits that would be paid, the Department of Labor will consult the formula previously made available to all contracting agencies for use in preparing the "statement" required to be made part of the contract.

## INSTRUCTIONS- RESPONSE PORTION OF NOTICE

*(Completed by Department of Labor)*

The original copy of the basic form and the original copy of the attachment will be returned to the contracting agency with appropriate entries *by the Department of Labor* in that portion of the basic form reserved for Response to Notice.

**A.** If this box is marked, the wage determination(s) applicable will be listed by number and attached. The wage rates and fringe benefits reflected in the attached wage determination(s) are applicable to the procurement and must be made part of the contract. (If wage rates and fringe benefits are not provided in the wage determination(s) for particular classes of service employees to be employed on the contract, conforming action must be taken as provided in Title 29, Part 4, section 4.6(b)(2), Code of Federal Regulations.)

**B.** If this box is marked, no wage determination applicable to the specified locality and classes of employees is in effect. However, successor contractors may not pay less than the collectively bargained wage rates and fringe benefits, including any prospective increases, applicable to employees of the predecessor contractor except where, upon a hearing, it is found that such wage rates and fringe benefits are substantially at variance with those that prevail in the locality. In no case may an employee be paid less than the minimum wage under section 6(a)(1) of the Fair Labor Standards Act.

**C.** From time to time the Department of Labor receives a notice with respect to a proposed contract which, on the basis of the information supplied by the contracting agency, is not subject to the Service Contract Act. If box C is marked, an explanation will be attached.

**D.** This box will be marked if the notice must be returned for additional information. An explanation will be attached so that the contracting agency will know what action to take.

## ADDITIONAL WAGE DATA

The Department of Labor welcomes any wage rate and fringe benefits data the contracting agency may submit in connection with a notice, as well as any explanatory information that will assist in understanding the proposed procurement.

| STANDARD FORM 98a<br>Feburary 1973<br>**U.S. DEPARTMENT OF LABOR**<br>EMPLOYMENT STANDARDS ADMINISTRATION | **NOTICE OF INTENTION TO MAKE A SERVICE CONTRACT AND RESPONSE TO NOTICE**<br>(Attachment A) | 11. NOTICE NO. |
|---|---|---|

| 12. CLASSES OF SERVICE EMPLOYEES TO BE EMPLOYED ON CONTRACT | 13. NUMBER OF EMPLOYEES IN EACH CLASS | 14. HOURLY WAGE RATE THAT WOULD BE PAID IF FEDERALLY EMPLOYED |
|---|---|---|
| Rental Clerk | 20 | N/A |
| Assistant Manager | 10 | N/A |
| Maintenance Supervisor | 10 | N/A |
| General Maintenance Worker | 40 | N/A |
| Carpenters | 10 | N/A |
| Carpenter's Helpers | 10 | N/A |
| Plumbers | 10 | N/A |
| Plumbers Helpers | 10 | N/A |
| Electricians | 10 | N/A |
| Laborers | 10 | N/A |
| Porter | 10 | N/A |
| Maid | 30 | N/A |
| Protective Service | 40 | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Item 5. PLACE(S) OF PERFORMANCE

This solicitation is to provide Property Management services for HUD Multifamily properties. This solicitation requires the contractor to maintain an office somewhere within the same time zone as the Atlanta area (Eastern Time Zone). We will require wage determinations for the offerors home office area as they request these in accordance with FAR clause 52.222-49, Service Contract Act - Place of Performance Unknown. However, the area of required service covered under the terms of the subsequent contract will require the contractor to be prepared to hire on-site employees to operate multifamily projects in the following states: Area I: Maine, New Hampshire, Vermont, Massachusetts, Connecticut, Rhode Island, New York, Pennsylvania, Maryland, Delaware, West Virginia, Virginia, Washington D.C.; Area IIa: Kentucky, Tennessee, North Carolina, South Carolina, Georgia, Florida, Alabama, Mississippi; Area IIb: Puerto Rico and U.S. Virgin Islands.

This contract is unusual in its scope, in that HUD is continually obtaining and selling properties. Each time HUD obtains a property the contractor must place a team of Project Employees at the site. These employees are paid by the contractor and then HUD reimburses the contractor directly for these costs. HUD normally does not know more than about a week, and sometimes a day in advance that a property is to be foreclosed on, or in some cases, because of abandonment by the owner, taken into HUD custody. Hence, we need to have the SCA wage determinations at our immediate disposal. However, we are not staffed to maintain all wage determinations for the entire 21 state area when we would likely use less than 10% of them.

We would like to be able to request the wage determinations as HUD acquired property locations become known. However, we are concerned about the time that would be required to obtain the wage determinations. We would appreciate any assistance and/or suggestions that would help expedite our obtaining required wage determinations. We would like to avoid having to issue a delivery order for a specific property with estimated wage rates and then having to adjust the pay for each employee when the actual wage determinations are received.

Places of Performance for this contract are as follows:

GEOGRAPHIC AREA I: Maine, New Hampshire, Vermont, Massachusetts, Connecticut, Rhode Island, New Jersey, New York, Pennsylvania, Maryland, Delaware, West Virginia, Virginia, Washington, D.C.

GEOGRAPHIC AREA IIa: Kentucky, Tennessee, North Carolina, Georgia, Florida, Alabama, Mississippi.

GEOGRAPHIC AREA IIb: Puerto Rico and U.S. Virgin Islands.

The following is a list of HUD Multifamily Projects, their addresses, and the counties in which they are located:

| Projects | County | |
|---|---|---|
| Stonegate Village Apts.<br>1238 2nd St., S.W.<br>Decatur, AL 35061 | Morgan County | |
| Willow Street<br>40A Willow St.<br>New Britain, CT 06051 | Hartford County | 94-2007(22) |
| Southland Suites<br>314 Mill St.<br>Rt. 2, Box 1785<br>Mayo, FL 32066 | Lafayette County | 94-2121 (19)<br>94-2573(18) |
| Holiday Lakes Apts.<br>973 N. Powerline Rd.<br>Pompano Beach, FL 33069 | Broward County | 94-2247 (19)<br>(94-2353) |
| Palm Terrace<br>5121 Serena Dr.<br>Tampa, FL 33617 | Hillsborough County | 94-2371(6) |
| Haverford Place<br>Colony Blvd.<br>Georgetown, KY 40324 | Harlan County | 94-2397 (6) |
| Town Branch Apts.<br>221-A S. Hurd St.<br>Grayson, KY 41143 | Carter County | 94-2391 (15) |
| Freedom Apts.<br>4665 Freedom Way West<br>Baltimore, MD 21213 | Baltimore County | 94-2491 (18)<br>94-2495 (19) |
| Kennsett House<br>1700 Eutaw Pl., Unit 2F<br>Baltimore, MD 21217 | Baltimore County | 94-2545 (17) |
| School 181<br>1645 N. Calhoun<br>Baltimore, MD 21217 | Baltimore County | 94-2102 (24) |
| Uplands A & B<br>4625 Edmondson Ave.<br>Baltimore, MD 21229 | Baltimore County | |
| Brick Towers<br>685 Dr. Martin Luther King Blvd.<br>Unit #1E<br>Newark, NJ 07102 | Essex County | |
| Alfred Sr. Housing<br>34 Glen St.<br>Alfred, NY 14802 | Allegheny County | |

| | |
|---|---|
| HUD/Beekman Houses<br>694 E. 141st St.<br>Bronx, NY 10454 | Bronx County |
| Pueblo De Mayaguez<br>960 Avenue St. John, #1B<br>Bronx, NY 10455 | Bronx County |
| Bronx Independent Living Center<br>1310 Morris Ave.<br>Bronx, NY 10456 | Bronx County |
| Evening Star<br>277 Gates Ave.<br>Brooklyn, NY 11221 | Kings County |
| HUD/Gates Avenue Apts.<br>690 Gates Ave.<br>Brooklyn, NY 11221 | Kings County |
| HUD/Medgar Evers Apts.<br>745 Gates Ave., Ste. 1E<br>Brooklyn, NY 11221 | Kings County |
| Pleasant East Apts.<br>428 E. 117th St.<br>New York, NY 10035 | New York County |
| Four Seasons Apts.<br>220 Weaver Dr.<br>Lexington, NC 27293 | Davidson County |
| West End Plaza Apts.<br>607 Duke St.<br>Reidsville, NC 27320 | Rockingham County |
| Maclay Street I & II<br>2018 N. 5th Ave.<br>Harrisburg, PA 17102 | Dauphin County |
| North Queens St. Apts.<br>424-426 N. Queens St.<br>Lancaster, PA 17608 | Lancaster County |
| Mt. Olivet Village<br>642 N. 41st St.<br>Philadelphia, PA 19104 | Bucks County |
| Sterrett-Collier<br>7369 Hamilton Ave.<br>Pittsburgh, PA 15208-1502 | Allegheny County |
| Renaissance Apts.<br>308 N. Taylor Ave.<br>Pittsburgh, PA 15212 | Allegheny County |
| Westgate I & II<br>W. 1-287 Village Rd.<br>Pittsburgh, PA | Allegheny County |

| | |
|---|---|
| Rose Cottage<br>151 Hunt St.<br>Central Falls, RI 02863 | Providence County |
| Melrose Apts.<br>50-60 Prairie Ave.<br>Providence, RI 02905 | Providence County |
| Edmund Place Health Center<br>350 Taunton Ave.<br>E. Providence, RI 02914 | Providence County |
| Riverside at Belfair<br>60 Oak Forest Rd.<br>Bluffton, SC 29910 | Bufford County |
| Seven Oaks<br>119 Chesterfield Hwy.<br>Cheraw, SC 29520 | Chesterville County |
| Colony House<br>1036 Maxwell Mill Rd.<br>Fort Mill, SC 29715-7852 | York County |
| Veranda at Hamilton Pl.<br>7429 Shallowford Rd.<br>Chattanooga, TN 37421 | Hamilton County |
| Crestview Assisted Living<br>1775 Mt. Vernon Dr.<br>Cleveland, TN 37312 | Bradley County |
| Watkins Manor<br>2643 N. Watkins St., #13<br>Memphis, TN 38127 | Shelby County |
| Carrington Gardens<br>1135 Dove St.<br>Richmond, VA 23222 | Richmond County |
| Capitol View Plaza Apts.<br>5929 E. Capitol St.<br>Washington, D.C. 20019 | District of Columbia |

STANDARD FORM 98
Rev. Feb. 1973
**U.S. DEPARTMENT OF LABOR**
EMPLOYMENT STANDARDS ADMINISTRATION

# NOTICE OF INTENTION TO MAKE A SERVICE CONTRACT AND RESPONSE TO NOTICE

*(See Instructions on Reverse)*

A. NOTICE NO.
A022502C
A ~~ATL-022502-C~~

**MAIL TO:**

Administrator
Wage and Hour Division
U.S. Department of Labor
Washington, D.C. 20210

2. Estimated soliciation date *(use numerals)*

| Month | Day | Year |
|---|---|---|
| | | |

3. Estimated date bids or proposals to be opened or negotiations begun *(use numerals)*

| Month | Day | Year |
|---|---|---|
| | | |

4. Date contract performance to begin *(use numerals)*

| Month | Day | Year |
|---|---|---|
| 7 | 2 | 2001 |

5. PLACE(S) OF PERFORMANCE

See attached list

Nationwide. NA

6. SERVICES TO BE PERFORMED *(describe)*

Property Management Services

Maint

7. INFORMATION ABOUT PERFORMANCE

A. [XX] Services now performed by a contractor
B. [ ] Services now performed by Federal employees
C. [ ] Services not presently being performed

8. IF BOX A IN ITEM 7 IS MARKED, COMPLETE ITEM 8 AS APPLICABLE

| a. Name and address of incumbent contractor | b. Number(s) of any wage determination(s) in incumbent's contract |
|---|---|
| ARCO Management Corp., 2 Executive Blvd. | 94-2103, Rev. 10 (2/3/97); 94-2133, Rev. 5 |
| Ste. 301, Suffern, NY 10901 | (9/30/96); 94-2375, Rev. 3 (5/9/96) |

c. Name(s) of union(s) if services are being performed under collective bargining agreement(s). *Important*: Attach copies of current applicable collective bargaining agreements

N/A

9. OFFICIAL SUBMITTING NOTICE

SIGNED: Margaret R. Stephens

DATE: 2/26/02

TYPE OR PRINT NAME
MARGARET R. STEPHENS, Team Leader
Atlanta Operations Branch

TELEPHONE NO.
(404) 331-5001, X2595

10. TYPE OR PRINT NAME AND TITLE OF PERSON TO WHOM RESPONSE IS TO BE SENT AND NAME AND ADDRESS OF DEPARTMENT OR AGENCY, BUREAU, DIVISION, ETC.

Terre Mingus, Contract Specialist
U.S. Dept. of HUD
Atlanta Contracting Operations
40 Marietta St., N.W., 15th Flr.
Atlanta, GA 30303-2806

## RESPONSE TO NOTICE

*(by Department of Labor)*

A. [X] The attached wage determination(s) listed below apply to procurement [redacted]

B. [ ] As of this date, no wage determination applicable to the specified locality and classes of employees is in effect.

C. [ ] From information supplied, the Service Contract Act does not apply *(see attached explanation)*.

D. [ ] Notice returned for additional information *(see attached explanation)*.

Signed: [signature]
*(U.S. Department of Labor)*

APR 30 2002
*(Date)*

# GENERAL EXPLANATION

The amended Service Contract Act requires the Secretary of Labor to issue wage determinations applicable to employees engaged in the performance of service contracts in excess of $2,500. Standard Form 98, Notice of Intention to Make a Service Contract, with Attachment A, provides an orderly procedure for a contracting agency to request such a wage determination and for the Department of Labor to respond. Any questions as to whether a notice is required in a particular procurement situation should be resolved by reference to Title 29, Part 4, Code of Federal Regulations, or by submission of the question to the Department of Labor.

Under normal circumstances the Department of Labor will respond to a notice within 30 days of receipt. If there is urgent need for more expeditious handling, this should be explained when the notice is submitted. In the event the necessary response is not received by the contracting agency on a timely basis, the Department of Labor should be contacted.

In any case where section 4(c) of the Act requires adherence to compensation provisions of a collective bargaining agreement applicable under a predecessor contract and the agency desires to request a hearing on the issue of substantial variance between the wages and fringe benefits provided under such agreement and those prevailing in the locality, the request should be submitted with the notice of intent, in accordance with the provisions of 29 CFR 4.10, and sufficiently far in advance of the need for the wage determination to allow time for appropriate action as provided in that section of the regulations.

The notice is divided along functional lines: (1) that part which must be completed by the contracting agency, Items 2 through 10 of the basic form and Items 11 through 14 of the attachment; and (2) the Response to Notice to be completed by the Department of Labor. The basic form and its attachment are provided in quadruplicate sets with carbon inserts. The original and two copies of the basic form and of each set of attachments used (with snap-out carbons removed and the forms fastened together) are to be sent to the address preprinted on the basic form. One copy of the basic form and one copy of the attachment are to be retained by the agency.

## INSTRUCTIONS- AGENCY PORTION OF NOTICE

*Entries on Basic Form*

**Item 1**--This number is preprinted on the basic form for identification and control purposes. Refer to this number when contacting the Department of Labor about the notice.

**Item 2**--Enter the estimated solicitation date.

**Item 3**--Enter the date the bids or proposals are expected to be opened or the negotiations started.

**Item 4**--Enter the date contract performance is expected to begin.

**Item 5**--The entry as to place of performance depends on a variety of factors. If the place of performance is fixed, as with a contract for janitorial services at a particular installation, enter the appropriate city, county and State. If performance is to be at several known places, attach a list. If the contract is for transportation services between points, enter the city, county and State of origin and of destination. If the place of performance may be anywhere, depending on who is awarded the contract (as, for example, certain laundry contracts), enter "unknown." If necessary for clarity, attach a brief explanation of the entry in Item 5.

**Item 6**--Describe the services to be performed in such a manner that it will be clear what type or types of services are called for by the contract. In many instances simple entries will suffice: "Janitorial serivces at Headquarters Building, Fort Sill," "Food service and kitchen police service at Enlisted Mess, Camp A.P. Hill," "Laundry and drycleaning services for Base Hospital, Eglin AFB," "Garbage collection at Ft. Hood." Unusual types of services must be described in more detail.

**Item 7**--Mark the appropriate box.

**Item 8**--It is very important under the amended Service Contract Act that appropriate entries be made in Item 8 if Box A of Item 7 has been marked.

*a.* Enter the name and address of the incumbent contractor.

*b.* Enter the number(s) of any wage determination(s) made part of the incumbent's contract. For example: 71-69 (Rev. 3) and 69-43 (Rev. 4).

*c.* Enter the name(s) of union(s) if any of the services are being performed by the incumbent contractor under collective bargaining agreement(s). If an entry is required in c., a copy of all current applicable collective bargining agreements must be furnished with the notice. The notice will be returned without action by the Department of Labor if this is not done.

**Item 9**--It is often necessary for the Department of Labor to get in touch with the contracting official who submitted the notice in order to clarify particular points and expedite a response. The name of this official should be printed or typed in the space provided and he should sign his name above. The telephone number, including area code, should be entered. Enter the date the notice is submitted.

**Item 10**--Print or type this entry in the space provided within the brackets. This is used by the Department of Labor to identify the contracting agency and for mailing purposes.

## ENTRIES ON ATTACHMENTA

**Item 11**--Enter the notice number found in Item 1 of the basic form.

**Item 12**--Enter the classes of service employees to be employed in performing the contract. A simple entry may suffice: "Janitor," "Window cleaner," "Automotive mechanic," "Guard," "Stenographer," "Typist," "Warehouseman," "File clerk." Where more complex jobs are involved, it will expedite handling to use a few lines below the entry for a class to describe briefly what the employee will do--a sort of capsule job description. The entries in Item 12 are crucial as they enable the Department of Labor to "match" the job to be performed against existing wage determinations or available wage payment data.

**Item 13**--Enter the number of employees to be employed in each class listed in Item 12. Do not omit this figure even though it may be necessary to use a rough estimate.

**Item 14**--The amended Service Contract Act (section 2(a)(5)) requires the contracting agency to include in the contract; "A statement of the rates that would be paid by the Federal agency to the various clauses of service employees if section 5341 of Title 5, United States Code, were applicable to them." The Secretary of Labor is required to give "due consideration" to such rates in making wage and fringe benefit determinations.

For purposes of the entries in Item 14, assume that each class of employees listed in Item 12 is to be Federally employed: that is, to be employed directly as "wage board" or "blue collar" employees by the contracting agency and who, if so employed, would receive wages as provided in 5 United States Code 5341. Enter the hourly wage rate that each such listed class would be paid. The agency's personnel office may be of help in determining the appropriate hourly rate entries.

While the "statement" made part of the contract must include both the hourly wage rates *and* fringe benefits that would be paid to the various classes, it is not necessary to furnish fringe benefit information as part of the notice. In giving "due consideration" to the fringe benefits that would be paid, the Department of Labor will consult the formula previously made available to all contracting agencies for use in preparing the "statement" required to be made part of the contract.

## INSTRUCTIONS- RESPONSE PORTION OF NOTICE

*(Completed by Department of Labor)*

The original copy of the basic form and the original copy of the attachment will be returned to the contracting agency with appropriate entries *by the Department of Labor* in that portion of the basic form reserved for Response to Notice.

**A.** If this box is marked, the wage determination(s) applicable will be listed by number and attached. The wage rates and fringe benefits reflected in the attached wage determination(s) are applicable to the procurement and must be made part of the contract. (If wage rates and fringe benefits are not provided in the wage determination(s) for particular classes of service employees to be employed on the contract, conforming action must be taken as provided in Title 29, Part 4, section 4.6(b)(2), Code of Federal Regulations.)

**B.** If this box is marked, no wage determination applicable to the specified locality and classes of employees is in effect. However, successor contractors may not pay less than the collectively bargained wage rates and fringe benefits, including any prospective increases, applicable to employees of the predecessor contractor except where, upon a hearing, it is found that such wage rates and fringe benefits are substantially at variance with those that prevail in the locality. In no case may an employee be paid less than the minimum wage under section 6(a)(1) of the Fair Labor Standards Act.

**C.** From time to time the Department of Labor receives a notice with respect to a proposed contract which, on the basis of the information supplied by the contracting agency, is not subject to the Service Contract Act. If box C is marked, an explanation will be attached.

**D.** This box will be marked if the notice must be returned for additional information. An explanation will be attached so that the contracting agency will know what action to take.

## ADDITIONAL WAGE DATA

The Department of Labor welcomes any wage rate and fringe benefits data the contracting agency may submit in connection with a notice, as well as any explanatory information that will assist in understanding the proposed procurement.

| STANDARD FORM 98a<br>Feburary 1973<br>U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION | NOTICE OF INTENTION TO MAKE<br>A SERVICE CONTRACT AND RESPONSE TO NOTICE<br>(Attachment A) | 11. NOTICE NO.<br>ATL 022502C A |
|---|---|---|

| 12. CLASSES OF SERVICE EMPLOYEES TO BE EMPLOYED ON CONTRACT | 13. NUMBER OF EMPLOYEES IN EACH CLASS | 14. HOURLY WAGE RATE THAT WOULD BE PAID IF FEDERALLY EMPLOYED |
|---|---|---|
| Rental Clerk | 20 | N/A |
| Assistant Manager | 10 | N/A |
| Maintenance Supervisor | 10 | N/A |
| General Maintenance Worker | 40 | N/A |
| Carpenters | 10 | N/A |
| Carpenter's Helpers | 10 | N/A |
| Plumbers | 10 | N/A |
| Plumbers Helpers | 10 | N/A |
| Electricians | 10 | N/A |
| Laborers | 10 | N/A |
| Porter | 10 | N/A |
| Maid | 30 | N/A |
| Protective Service | 40 | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Item 5. PLACE(S) OF PERFORMANCE

This solicitation is to provide Property Management services for HUD Multifamily properties. This solicitation requires the contractor to maintain an office somewhere within the same time zone as the Atlanta area (Eastern Time Zone). We will require wage determinations for the offerors home office area as they request these in accordance with FAR clause 52.222-49, Service Contract Act - Place of Performance Unknown. However, the area of required service covered under the terms of the subsequent contract will require the contractor to be prepared to hire on-site employees to operate multifamily projects in the following states: Area I: Maine, New Hampshire, Vermont, Massachusetts, Connecticut, Rhode Island, New York, Pennsylvania, Maryland, Delaware, West Virginia, Virginia, Washington D.C.; Area IIa: Kentucky, Tennessee, North Carolina, South Carolina, Georgia, Florida, Alabama, Mississippi; Area IIb: Puerto Rico and U.S. Virgin Islands.

This contract is unusual in its scope, in that HUD is continually obtaining and selling properties. Each time HUD obtains a property the contractor must place a team of Project Employees at the site. These employees are paid by the contractor and then HUD reimburses the contractor directly for these costs. HUD normally does not know more than about a week, and sometimes a day in advance that a property is to be foreclosed on, or in some cases, because of abandonment by the owner, taken into HUD custody. Hence, we need to have the SCA wage determinations at our immediate disposal. However, we are not staffed to maintain all wage determinations for the entire 21 state area when we would likely use less than 10% of them.

We would like to be able to request the wage determinations as HUD acquired property locations become known. However, we are concerned about the time that would be required to obtain the wage determinations. We would appreciate any assistance and/or suggestions that would help expedite our obtaining required wage determinations. We would like to avoid having to issue a delivery order for a specific property with estimated wage rates and then having to adjust the pay for each employee when the actual wage determinations are received.

Places of Performance for this contract are as follows:

GEOGRAPHIC AREA I: Maine, New Hampshire, Vermont, Massachusetts, Connecticut, Rhode Island, New Jersey, New York, Pennsylvania, Maryland, Delaware, West Virginia, Virginia, Washington, D.C.

GEOGRAPHIC AREA IIa: Kentucky, Tennessee, North Carolina, Georgia, Florida, Alabama, Mississippi.

GEOGRAPHIC AREA IIb: Puerto Rico and U.S. Virgin Islands.

The following is a list of HUD Multifamily Projects, their addresses, and the counties in which they are located:

| **Projects** | **County** | |
|---|---|---|
| Stonegate Village Apts.<br>1238 2nd St., S.W.<br>Decatur, AL 35061 | Morgan County | 94-2007 (22) |
| Willow Street<br>40A Willow St.<br>New Britain, CT 06051 | Hartford County | |
| Southland Suites<br>314 Mill St.<br>Rt. 2, Box 1785<br>Mayo, FL 32066 | Lafayette County | 94-2121 (19) |
| Holiday Lakes Apts.<br>973 N. Powerline Rd.<br>Pompano Beach, FL 33069 | Broward County | |
| Palm Terrace<br>5121 Serena Dr.<br>Tampa, FL 33617 | Hillsborough County | 94-2121 (19) |
| Haverford Place<br>Colony Blvd.<br>Georgetown, KY 40324 | Harlan County | |
| Town Branch Apts.<br>221-A S. Hurd St.<br>Grayson, KY 41143 | Carter County | 94-2573 (18) |
| Freedom Apts.<br>4665 Freedom Way West<br>Baltimore, MD 21213 | Baltimore County | |
| Kennsett House<br>1700 Eutaw Pl., Unit 2F<br>Baltimore, MD 21217 | Baltimore County | 94-2247 (19) |
| School 181<br>1645 N. Calhoun<br>Baltimore, MD 21217 | Baltimore County | |
| Uplands A & B<br>4625 Edmondson Ave.<br>Baltimore, MD 21229 | Baltimore County | |
| Brick Towers<br>685 Dr. Martin Luther King Blvd.<br>Unit #1E<br>Newark, NJ 07102 | Essex County | 94-2353 |
| Alfred Sr. Housing<br>34 Glen St.<br>Alfred, NY 14802 | Allegheny County | |

| | |
|---|---|
| HUD/Beekman Houses<br>694 E. 141st St.<br>Bronx, NY 10454 | Bronx County |
| Pueblo De Mayaguez<br>960 Avenue St. John, #1B<br>Bronx, NY 10455 | Bronx County |
| Bronx Independent Living Center<br>1310 Morris Ave.<br>Bronx, NY 10456 | Bronx County |
| Evening Star<br>277 Gates Ave.<br>Brooklyn, NY 11221 | Kings County |
| HUD/Gates Avenue Apts.<br>690 Gates Ave.<br>Brooklyn, NY 11221 | Kings County |
| HUD/Medgar Evers Apts.<br>745 Gates Ave., Ste. 1E<br>Brooklyn, NY 11221 | Kings County |
| Pleasant East Apts.<br>428 E. 117th St.<br>New York, NY 10035 | New York County |
| Four Seasons Apts.<br>220 Weaver Dr.<br>Lexington, NC 27293 | Davidson County |
| West End Plaza Apts.<br>607 Duke St.<br>Reidsville, NC 27320 | Rockingham County |
| Maclay Street I & II<br>2018 N. 5th Ave.<br>Harrisburg, PA 17102 | Dauphin County |
| North Queens St. Apts.<br>424-426 N. Queens St.<br>Lancaster, PA 17608 | Lancaster County |
| Mt. Olivet Village<br>642 N. 41st St.<br>Philadelphia, PA 19104 | Bucks County |
| Sterrett-Collier<br>7369 Hamilton Ave.<br>Pittsburgh, PA 15208-1502 | Allegheny County |
| Renaissance Apts.<br>308 N. Taylor Ave.<br>Pittsburgh, PA 15212 | Allegheny County |
| Westgate I & II<br>W. 1-287 Village Rd.<br>Pittsburgh, PA | Allegheny County |

94-2371(16)

94-2397(16)

94-2447(19)

| | | |
|---|---|---|
| Rose Cottage<br>151 Hunt St.<br>Central Falls, RI 02863 | Providence County | |
| Melrose Apts.<br>50-60 Prairie Ave.<br>Providence, RI 02905 | Providence County | |
| Edmund Place Health Center<br>350 Taunton Ave.<br>E. Providence, RI 02914 | Providence County | |
| Riverside at Belfair<br>60 Oak Forest Rd.<br>Bluffton, SC 29910 | Bufford County | 94-2391 (15) |
| Seven Oaks<br>119 Chesterfield Hwy.<br>Cheraw, SC 29520 | Chesterville County | |
| Colony House<br>1036 Maxwell Mill Rd.<br>Fort Mill, SC 29715-7852 | York County | 94-2391 (15) |
| Veranda at Hamilton Pl.<br>7429 Shallowford Rd.<br>Chattanooga, TN 37421 | Hamilton County | 94-2491 (18) |
| Crestview Assisted Living<br>1775 Mt. Vernon Dr.<br>Cleveland, TN 37312 | Bradley County | 94-2495 (19) |
| Watkins Manor<br>2643 N. Watkins St., #13<br>Memphis, TN 38127 | Shelby County | |
| Carrington Gardens<br>1135 Dove St.<br>Richmond, VA 23222 | Richmond County | 94-2545 (17) |
| Capitol View Plaza Apts.<br>5929 E. Capitol St.<br>Washington, D.C. 20019 | District of Columbia | 94-2103 (24) |

REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

William W. Gross
Director

Division of
Wage Determinations

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C. 20210

Wage Determination No.: 1994-2573
Revision No.: 18
Date of Last Revision: 02/25/2002

States: Kentucky, Ohio, West Virginia

Area: Kentucky Counties of Boyd, Carter, Elliott, Floyd, Greenup, Johnson, Lawrence, Lewis, Magoffin, Martin, Pike
Ohio Counties of Monroe, Morgan, Noble, Washington
West Virginia - All Counties except : Berkeley, Jefferson

Note: West Virginia include all counties except Berkeley and Jefferson counties.

** Fringe Benefits Required Follow the Occupational Listing **

| OCCUPATION TITLE | MINIMUM WAGE RATE |
|---|---|
| **Administrative Support and Clerical Occupations** | |
| Accounting Clerk I | 8.21 |
| Accounting Clerk II | 10.37 |
| Accounting Clerk III | 18.04 |
| Accounting Clerk IV | 20.19 |
| Court Reporter | 16.96 |
| Dispatcher, Motor Vehicle | 14.02 |
| Document Preparation Clerk | 11.14 |
| Duplicating Machine Operator | 11.19 |
| Film/Tape Librarian | 11.99 |
| General Clerk I | 8.54 |
| General Clerk II | 9.60 |
| General Clerk III | 12.02 |
| General Clerk IV | 13.50 |
| Housing Referral Assistant | 14.85 |
| Key Entry Operator I | 8.28 |
| Key Entry Operator II | 12.18 |
| Messenger (Courier) | 7.53 |
| Order Clerk I | 7.94 |
| Order Clerk II | 9.53 |
| Personnel Assistant (Employment) I | 10.98 |
| Personnel Assistant (Employment) II | 12.32 |
| Personnel Assistant (Employment) III | 15.43 |
| Personnel Assistant (Employment) IV | 17.34 |
| Production Control Clerk | 15.63 |
| Rental Clerk | 11.99 |
| Scheduler, Maintenance | 11.99 |
| Secretary I | 11.99 |
| Secretary II | 13.41 |

| | |
|---|---|
| Secretary III | 14.63 |
| Secretary IV | 16.51 |
| Secretary V | 18.29 |
| Service Order Dispatcher | 13.19 |
| Stenographer I | 13.51 |
| Stenographer II | 15.17 |
| Supply Technician | 16.32 |
| Survey Worker (Interviewer) | 13.41 |
| Switchboard Operator-Receptionist | 7.71 |
| Test Examiner | 13.41 |
| Test Proctor | 13.41 |
| Travel Clerk I | 9.86 |
| Travel Clerk II | 10.98 |
| Travel Clerk III | 11.72 |
| Word Processor I | 10.61 |
| Word Processor II | 11.91 |
| Word Processor III | 13.32 |

**Automatic Data Processing Occupations**

| | |
|---|---|
| Computer Data Librarian | 9.20 |
| Computer Operator I | 10.32 |
| Computer Operator II | 11.57 |
| Computer Operator III | 12.87 |
| Computer Operator IV | 14.30 |
| Computer Operator V | 15.84 |
| Computer Programmer I (1) | 14.22 |
| Computer Programmer II (1) | 17.60 |
| Computer Programmer III (1) | 21.49 |
| Computer Programmer IV (1) | 26.05 |
| Computer Systems Analyst I (1) | 20.39 |
| Computer Systems Analyst II (1) | 24.66 |
| Computer Systems Analyst III (1) | 26.66 |
| Peripheral Equipment Operator | 10.69 |

**Automotive Service Occupations**

| | |
|---|---|
| Automotive Body Repairer, Fiberglass | 15.24 |
| Automotive Glass Installer | 14.02 |
| Automotive Worker | 14.02 |
| Electrician, Automotive | 14.52 |
| Mobile Equipment Servicer | 12.99 |
| Motor Equipment Metal Mechanic | 15.03 |
| Motor Equipment Metal Worker | 14.02 |
| Motor Vehicle Mechanic | 15.03 |
| Motor Vehicle Mechanic Helper | 12.44 |
| Motor Vehicle Upholstery Worker | 13.53 |
| Motor Vehicle Wrecker | 14.02 |
| Painter, Automotive | 14.52 |
| Radiator Repair Specialist | 14.02 |
| Tire Repairer | 12.55 |

| | |
|---|---|
| Transmission Repair Specialist | 15.04 |
| **Food Preparation and Service Occupations** | |
| Baker | 9.39 |
| Cook I | 8.68 |
| Cook II | 9.39 |
| Dishwasher | 7.16 |
| Food Service Worker | 7.16 |
| Meat Cutter | 10.41 |
| Waiter/Waitress | 7.65 |
| **Furniture Maintenance and Repair Occupations** | |
| Electrostatic Spray Painter | 14.72 |
| Furniture Handler | 11.58 |
| Furniture Refinisher | 14.72 |
| Furniture Refinisher Helper | 12.62 |
| Furniture Repairer, Minor | 13.71 |
| Upholsterer | 14.72 |
| **General Services and Support Occupations** | |
| Cleaner, Vehicles | 7.38 |
| Elevator Operator | 7.99 |
| Gardener | 8.75 |
| House Keeping Aid I | 6.66 |
| House Keeping Aid II | 7.16 |
| Janitor | 8.01 |
| Laborer, Grounds Maintenance | 7.71 |
| Maid or Houseman | 6.66 |
| Pest Controller | 10.42 |
| Refuse Collector | 8.43 |
| Tractor Operator | 8.82 |
| Window Cleaner | 8.54 |
| **Health Occupations** | |
| Dental Assistant | 10.93 |
| Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver | 10.93 |
| Licensed Practical Nurse I | 10.38 |
| Licensed Practical Nurse II | 11.64 |
| Licensed Practical Nurse III | 13.02 |
| Medical Assistant | 9.77 |
| Medical Laboratory Technician | 12.23 |
| Medical Record Clerk | 10.77 |
| Medical Record Technician | 13.54 |
| Nursing Assistant I | 7.42 |
| Nursing Assistant II | 8.30 |
| Nursing Assistant III | 9.06 |
| Nursing Assistant IV | 10.17 |
| Pharmacy Technician | 12.19 |
| Phlebotomist | 11.90 |

| | |
|---|---|
| Registered Nurse I | 15.34 |
| Registered Nurse II | 18.80 |
| Registered Nurse II, Specialist | 18.80 |
| Registered Nurse III | 22.71 |
| Registered Nurse III, Anesthetist | 22.71 |
| Registered Nurse IV | 27.21 |

**Information and Arts Occupations**

| | |
|---|---|
| Audiovisual Librarian | 18.16 |
| Exhibits Specialist I | 12.91 |
| Exhibits Specialist II | 15.99 |
| Exhibits Specialist III | 19.56 |
| Illustrator I | 12.91 |
| Illustrator II | 15.99 |
| Illustrator III | 19.56 |
| Librarian | 18.29 |
| Library Technician | 13.41 |
| Photographer I | 12.30 |
| Photographer II | 13.71 |
| Photographer III | 16.98 |
| Photographer IV | 20.76 |
| Photographer V | 25.11 |

**Laundry, Dry Cleaning, Pressing and Related Occupations**

| | |
|---|---|
| Assembler | 7.06 |
| Counter Attendant | 7.06 |
| Dry Cleaner | 9.08 |
| Finisher, Flatwork, Machine | 7.06 |
| Presser, Hand | 7.06 |
| Presser, Machine, Drycleaning | 7.06 |
| Presser, Machine, Shirts | 7.06 |
| Presser, Machine, Wearing Apparel, Laundry | 7.06 |
| Sewing Machine Operator | 9.74 |
| Tailor | 10.35 |
| Washer, Machine | 7.69 |

**Machine Tool Operation and Repair Occupations**

| | |
|---|---|
| Machine-Tool Operator (Toolroom) | 14.72 |
| Tool and Die Maker | 15.27 |

**Material Handling and Packing Occupations**

| | |
|---|---|
| Forklift Operator | 12.34 |
| Fuel Distribution System Operator | 15.50 |
| Material Coordinator | 15.22 |
| Material Expediter | 15.22 |
| Material Handling Laborer | 8.18 |
| Order Filler | 10.71 |
| Production Line Worker (Food Processing) | 12.21 |
| Shipping Packer | 10.42 |

| | |
|---|---|
| Shipping/Receiving Clerk | 9.89 |
| Stock Clerk (Shelf Stocker; Store Worker II) | 12.55 |
| Store Worker I | 10.15 |
| Tools and Parts Attendant | 12.21 |
| Warehouse Specialist | 12.21 |

**Mechanics and Maintenance and Repair Occupations**

| | |
|---|---|
| Aircraft Mechanic | 17.02 |
| Aircraft Mechanic Helper | 14.01 |
| Aircraft Quality Control Inspector | 17.50 |
| Aircraft Servicer | 15.22 |
| Aircraft Worker | 15.77 |
| Appliance Mechanic | 14.72 |
| Bicycle Repairer | 12.72 |
| Cable Splicer | 19.28 |
| Carpenter, Maintenance | 14.93 |
| Carpet Layer | 14.21 |
| Electrician, Maintenance | 17.42 |
| Electronics Technician, Maintenance I | 11.37 |
| Electronics Technician, Maintenance II | 19.27 |
| Electronics Technician, Maintenance III | 20.03 |
| Fabric Worker | 13.71 |
| Fire Alarm System Mechanic | 17.53 |
| Fire Extinguisher Repairer | 15.15 |
| Fuel Distribution System Mechanic | 19.03 |
| General Maintenance Worker | 14.21 |
| Heating, Refrigeration and Air Conditioning Mechanic | 15.44 |
| Heavy Equipment Mechanic | 17.42 |
| Heavy Equipment Operator | 13.64 |
| Instrument Mechanic | 17.53 |
| Laborer | 7.26 |
| Locksmith | 14.72 |
| Machinery Maintenance Mechanic | 17.53 |
| Machinist, Maintenance | 15.24 |
| Maintenance Trades Helper | 12.62 |
| Millwright | 16.70 |
| Office Appliance Repairer | 15.64 |
| Painter, Aircraft | 14.72 |
| Painter, Maintenance | 14.72 |
| Pipefitter, Maintenance | 17.53 |
| Plumber, Maintenance | 16.93 |
| Pneudraulic Systems Mechanic | 17.53 |
| Rigger | 16.24 |
| Scale Mechanic | 16.34 |
| Sheet-Metal Worker, Maintenance | 17.95 |
| Small Engine Mechanic | 14.20 |
| Telecommunication Mechanic I | 15.24 |
| Telecommunication Mechanic II | 15.77 |
| Telephone Lineman | 16.24 |

| | |
|---|---|
| Welder, Combination, Maintenance | 15.24 |
| Well Driller | 17.53 |
| Woodcraft Worker | 16.24 |
| Woodworker | 14.72 |
| **Miscellaneous Occupations** | |
| Animal Caretaker | 7.97 |
| Carnival Equipment Operator | 8.75 |
| Carnival Equipment Repairer | 9.16 |
| Carnival Worker | 7.16 |
| Cashier | 6.80 |
| Desk Clerk | 6.58 |
| Embalmer | 17.93 |
| Lifeguard | 9.33 |
| Mortician | 18.23 |
| Park Attendant (Aide) | 9.33 |
| Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 7.30 |
| Recreation Specialist | 9.13 |
| Recycling Worker | 9.81 |
| Sales Clerk | 7.43 |
| School Crossing Guard (Crosswalk Attendant) | 7.96 |
| Sport Official | 6.46 |
| Survey Party Chief (Chief of Party) | 10.99 |
| Surveying Aide | 6.80 |
| Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 9.33 |
| Swimming Pool Operator | 10.42 |
| Vending Machine Attendant | 9.24 |
| Vending Machine Repairer | 10.41 |
| Vending Machine Repairer Helper | 9.24 |
| **Personal Needs Occupations** | |
| Child Care Attendant | 6.88 |
| Child Care Center Clerk | 8.59 |
| Chore Aid | 6.66 |
| Homemaker | 9.13 |
| **Plant and System Operation Occupations** | |
| Boiler Tender | 17.70 |
| Sewage Plant Operator | 15.32 |
| Stationary Engineer | 17.70 |
| Ventilation Equipment Tender | 12.62 |
| Water Treatment Plant Operator | 14.72 |
| **Protective Service Occupations** | |
| Alarm Monitor | 8.20 |
| Corrections Officer | 12.03 |
| Court Security Officer | 13.78 |
| Detention Officer | 12.92 |
| Firefighter | 13.49 |

| | |
|---|---|
| Guard I | 7.81 |
| Guard II | 8.74 |
| Police Officer | 16.15 |

**Stevedoring/Longshoremen Occupations**

| | |
|---|---|
| Blocker and Bracer | 14.69 |
| Hatch Tender | 14.64 |
| Line Handler | 14.64 |
| Stevedore I | 13.25 |
| Stevedore II | 14.31 |

**Technical Occupations**

| | |
|---|---|
| Air Traffic Control Specialist, Center (2) | 28.21 |
| Air Traffic Control Specialist, Station (2) | 19.46 |
| Air Traffic Control Specialist, Terminal (2) | 21.43 |
| Archeological Technician I | 16.07 |
| Archeological Technician II | 17.96 |
| Archeological Technician III | 22.26 |
| Cartographic Technician | 19.75 |
| Civil Engineering Technician | 17.60 |
| Computer Based Training (CBT) Specialist/ Instructor | 18.46 |
| Drafter I | 11.32 |
| Drafter II | 16.78 |
| Drafter III | 20.47 |
| Drafter IV | 22.26 |
| Engineering Technician I | 14.25 |
| Engineering Technician II | 15.99 |
| Engineering Technician III | 19.55 |
| Engineering Technician IV | 23.78 |
| Engineering Technician V | 29.63 |
| Engineering Technician VI | 35.53 |
| Environmental Technician | 14.30 |
| Flight Simulator/Instructor (Pilot) | 21.89 |
| Graphic Artist | 16.46 |
| Instructor | 17.56 |
| Laboratory Technician | 12.63 |
| Mathematical Technician | 21.43 |
| Paralegal/Legal Assistant I | 14.63 |
| Paralegal/Legal Assistant II | 16.51 |
| Paralegal/Legal Assistant III | 20.19 |
| Paralegal/Legal Assistant IV | 24.44 |
| Photooptics Technician | 22.92 |
| Technical Writer | 19.23 |
| Unexploded (UXO) Safety Escort | 17.93 |
| Unexploded (UXO) Sweep Personnel | 17.93 |
| Unexploded Ordnance (UXO) Technician I | 17.93 |
| Unexploded Ordnance (UXO) Technician II | 21.70 |
| Unexploded Ordnance (UXO) Technician III | 26.01 |
| Weather Observer, Combined Upper Air and Surface Programs (3) | 14.52 |

| | |
|---|---|
| Weather Observer, Senior (3) | 16.12 |
| Weather Observer, Upper Air (3) | 14.52 |
| **Transportation/ Mobile Equipment Operation Occupations** | |
| Bus Driver | 10.66 |
| Parking and Lot Attendant | 6.91 |
| Shuttle Bus Driver | 10.51 |
| Taxi Driver | 8.48 |
| Truckdriver, Heavy Truck | 13.53 |
| Truckdriver, Light Truck | 10.15 |
| Truckdriver, Medium Truck | 12.19 |
| Truckdriver, Tractor-Trailer | 13.53 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.02 an hour or $80.80 a week or $350.13 a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These

differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of

Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.