# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO. 014

3. EFFECTIVE DATE 06/14/00

4. REQUISITION/PURCHASE REQ. NO. R-2000-4AH-00691

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE
U.S. Department of Housing & Urban Development
Atlanta Contracting Operations
40 Marietta St.
Atlanta, GA 30303

7. ADMINISTERED BY (If other than Item 6) CODE
Same as Block Number 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*
ARCO Management Corporation
2 Executive Blvd., Suite 301
Suffern, N.Y. 10901

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. C-HOU-00021

10B. DATED *(SEE ITEM 13)* 07/03/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
FHA Funds

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.217-9, Option To Exend the Term of the Contract MAR 1989 |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

a. Under Section G - CONTRACT ADMINISTRATION DATA:

1- Add Cynthia Gordon-Benson as the Government Technical Representative.

2- The contract is hereby modified to reflect that every reference in the contract to the GTR having authority to take or approve a certain action or having the responsibility for a certain action is changed to read that either the GTR or the GTM has that authority or that responsibility. Further,"GTR/GTM" is hereby substituted in every place in the contract where currently only "GTR" is reflected.

b. Option Year two is hereby exercised. The term is extended from 7/03/00 through 7/02/01. All funding will be processed through the issuance of Task Orders.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER (Type or print)
Jeffrey S. Goldstein

16A. NAME AND TITLE OF SIGNER (Type or print)
Michael L. Swan, Atlanta Operations Branch, Atlanta Conracting Operations

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED 6/14/00

16B. UNITED STATES OF AMERICA
BY [signature] for
(Signature of Contracting Officer)

16C. DATE SIGNED 6/16/00

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO. 013

3. EFFECTIVE DATE 05/02/00

4. REQUISITION/PURCHASE REQ. NO. R-2000-4AH-00538

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

U.S. Department of Housing & Urban Development
Atlanta Contracting Operations
40 Marietta Street, 15th Floor
Atlanta, GA 30303-2806

7. ADMINISTERED BY (If other than Item 6) CODE

Same as Item #6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

ARCO Management Corporation
2 Executive Blvd., Suite 301
Suffern, N.Y. 10901

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. C-HOU-00021

10B. DATED *(SEE ITEM 13)* 07/03/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
FHA Funds

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

This modifies Section G - Contract Administration Data, HUDAR 2452.237-74, 1.0 GOVERNMENT TECHNICAL MONITOR (GTM), "b" and "c", to add Howard Miller and William H. Melvin as GTMs.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF SIGNER (Type or print)
Michael L. Swan, Chief
Atlanta Operations Branch
Atlanta Contracting Operations

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Michael L. Swan
*(Signature of Contracting Officer)*

16C. DATE SIGNED 5-3-00

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO.
012

3. EFFECTIVE DATE
04/06/00

4. REQUISITION/PURCHASE REQ. NO.
R-2000-4AH-00468

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

U.S. Department of Housing & Urban Development
Atlanta Contracting Operations
40 Marietta St.
Atlanta, GA 30303

7. ADMINISTERED BY (If other than Item 6) CODE

Same as Block Number 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

ARCO Management Corporation
2 Executive Blvd.,Suite 301
Suffern, N.Y. 10901

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
C-HOU-00021

10B. DATED *(SEE ITEM 13)*
07/03/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
FHA Funds

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* FAR 52.243-01, CHANGES - FIXED-PRICE (AUG 1987) |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Modification 012 incorporates the following change to the Contract under Section C. 6.1, Subcontracting, which pertains to subcontracts that require HUD's approval in excess of $50,000:

When ARCO awards a fixed-price indefinite quantity contract, HUD will approve the basic award. Then, as Task Orders are issued against that contract over the course of the contract, ARCO does not need to secure HUD's approval of those task orders provided that the task orders are for services within the scope of the contract.

The value of each basic indefinite quantity contract will be $0. The value will be added to the contract via the issuance of the Task Orders.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF SIGNER (Type or print)
for Michael L. Swan, Chief
Atlanta Operations Branch

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED
4/6/00

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 011 | 08/05/99 | R-1999-4AH-00738 | |

6. ISSUED BY CODE

U.S. Dept. of HUD, Atlanta Contracting Operations, 40 Marietta St., N.W., 15th floor Atlanta, GA 30303

7. ADMINISTERED BY (If other than Item 6) CODE

Same as Block Number 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

ARCO Management Corporation
2 Executive Blvd., Suite 301
Suffern, N.Y. 10901

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
C-HOU-00021

10B. DATED *(SEE ITEM 13)*
07/03/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
FHA Funds

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to change the option year (identified in Mod 010 dated 07/02/99) to read option year one instead of option year two.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF SIGNER (Type or print) |
|---|---|
| | Michael L. Swan, Chief, Atlanta Operations Branch, Atlanta Contracting Operations |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | BY Margaret R Stephens for *(Signature of Contracting Officer)* | 8/5/99 |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

AMENDMENT OF SOLIC[ITATION/MODIFICATION OF CONTRACT] | [CON]TRACT ID CODE | PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO. 010 | 3. EFFECTIVE DATE 07/02/99 | 4. REQUISITION/PURCHASE REQ. NO. R-1999-4AH-00580 | 5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

U.S. Dept. of HUD, Atlanta Contracting Operations, 75 Spring St., Atlanta, GA 30303

7. ADMINISTERED BY (If other than Item 6) CODE

Same as Block Number 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

ARCO Management Corporation
2 Executive Blvd., Suite 301
Suffern, N.Y. 10901

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO C-HOU-00021

10B. DATED *(SEE ITEM 13)* 07/03/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
FHA FUNDS

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* FAR 52.217-9, Option to Extend the Term of the Contract |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Option Year two of this contract is hereby exercised. The term of this contract is extended from 07/03/99 through 07/02/00. All funding on this contract will be processed through the issuance of Task Orders.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER (Type or print)
Jeffrey P. Goldstein, President

16A. NAME AND TITLE OF SIGNER (Type or print)
Michael L. Swan, Chief, Altanta Operations Branch, Atlanta Contracting Operations

15B. CONTRACTOR/OFFEROR [signature]
*(Signature of person authorized to sign)*

15C. DATE SIGNED 6/21/99

16B. UNITED STATES OF AMERICA BY [signature: Michael L. Swan]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 6-9-99

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF 2 PAGES

2. AMENDMENT/MODIFICATION NO. 009

3. EFFECTIVE DATE 06/08/99

4. REQUISITION/PURCHASE REQ. NO. R-1999-4AH-00579

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

U.S. Dept. of HUD, Atlanta Contracting Operations, 75 Spring St., Atlanta, GA 30303

7. ADMINISTERED BY (If other than Item 6) CODE

Same as Block Number 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

ARCO Management Corporation
2 Executive Blvd., Suite 301
Suffern, N.Y. 10901

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. C-HOU-00021

10B. DATED *(SEE ITEM 13)* 07/03/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
FHA FUNDS

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* FAR 52.243-3 Changes-Fixed Price |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
This modification is to incorporate a Y2K Performance Contingency Plan to ensure that Multi-family owners safeguard the health and safety of the benefactors of HUD programs from the year 2000 computer programs. To ensure compliance, ARCO will perform the following functions on all properties in the inventory:

1- Provide residents with a letter stating Y2K readiness information. This information will be hand delivered by site staff or US mail.

2- Identify critical business functions at each property.

3- Contact via mail manufacturers/vendors/suppliers of those critical Y2K business functions.

CONTINUED ON PAGE 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER (Type or print)
Jeffrey P. Goldstein, President

16A. NAME AND TITLE OF SIGNER (Type or print)
Michael L. Swan, Chief, Altanta Operations Branch, Atlanta Contracting Operations

15B. CONTRACTOR/OFFEROR
[signature]
*(Signature of person authorized to sign)*

15C. DATE SIGNED 6/21/99

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 6-9-99

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

4- Obtain from the manufacturer's vendors/supplies to the best of their ability Y2K certification or compliance letter.

5- Contact Property Service Providers to determine and fix solutions, if necessary. Project expenses will be separate from the cost to inspect properties.

6- Develop Y2K contingency plan for each property, using the sample contingency plan identified in the HUD booklet entitled, "Six Steps to Year 2000 Readiness."

7- Provide HUD with bi-monthly reports to be included in the information reports.

**DATE OF COMPLETION**:
Contractor will start work immediately upon execution of contract modification and provide a schedule of proposed accomplishments not to exceed 120 days from date of award. Contractor will be paid upon completion of all services and acceptance of the work around the contingency plan.

**COST:**
Contractor will be paid $1,000 per property (FHA#) located within a 50 mile radius of the Washington, D.C., New York and Atlanta Georgia metro areas; and $1,500 per property (FHA#) located outside of the 50 mile radius of the metropolitan areas cited above.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 4

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| M-0008 | 4/1/98 | R-1998-4AH00281 | |

6. ISSUED BY CODE

US Dept of HUD/ASC/Contracting Div.
75 Spring St. SW, Atlanta, GA 30303

7. ADMINISTERED BY (If other than Item 6) CODE

Same as 6.

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State, and ZIP Code)

ARCO Management Corp.
2 Executive Blvd, Suite 301
Suffern, NY 10901

CODE | FACILITY CODE

(√) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

x 10A. MODIFICATION OF CONTRACT/ORDER NO. C-HOU-00021

10B. DATED (SEE ITEM 13) 7/3/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is extended ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or, (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (√) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) AS SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103.(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. OTHER (Specify type of modification and authority) FAR 52.243-3 Changes - Fixed-Price |

**IMPORTANT:** Contractor ☐ is not ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

1) This modification recognizes the innovation of a Service Center as implemented by the Contractor. Modifies Section C to add Paragraph 28, page C-32 (attached)

2) Modifies Section C, Inspection of work, Paragraph 7.2 to require payment requests be forwarded to PMS within ten (10) days of receipt of a proper invoice.

3) Modifies Section J, to add Attachment 3, Work Flow of the PM Service Center. (attached)

4) Insert pages C-32, J3-1, and J3-2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Jeffrey P. Goldstein | | Michael L. Swan, Chief<br>Atlanta Operations Branch | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature]<br>(Signature of person authorized to sign) | 2/22/99 | BY [signature]<br>(Signature of Contracting Officer) | 2-22-99 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT (continued)

28. Service Center

28.1.1 The PM shall furnish all equipment, supplies, furniture, office space, etc., necessary to maintain and operate the PM Service Center. Location and hours of operation must meet the requirements of the contractor's main office established in accordance with Section C, paragraph 2.1. A work flow concept is provided in Attachment 3 to the contract.

28.1.2 All staff working in the PM Service Center shall perform only those tasks previously assigned to on-site project personnel performing PM functions at the property offices. The PM Service Center staff shall not perform tasks for which the PM receives a management fee (same limitation as on-site project personnel found in Section B, paragraph 4).

28.1.3 The PM shall be reimbursed for all payroll expenses for the staff assigned to the PM Service Center in accordance with Section C, paragraph 3.

28.1.4 Regular monthly telephone expenses, including line charges and all necessary and reasonable long distance charges for the PM Service Center shall be paid by PM. The PM shall maintain a detailed long distance control log at the PM Service Center. A copy of the control log shall be submitted to the GTR/GTM with the Data Prompt Control Center (DPSC) 106 and the original telephone bill upon receipt of each monthly telephone bill prior to processing to DPSC for payment. Telephone lines located in the PM Service Center shall only be utilized for Service Center business and shall not be utilized for any services for which the PM receives its management fee, nor shall these lines be accessible from outside of the Service Center area.

## WORK FLOW OF THE PM SERVICE CENTER

The following is a work flow concept of the PM Service Center:

Payments/Transmittals:

1. Purchase Order (PO) or Blanket Purchase Agreement (BPA) will be requested by the on-site property personnel.

2. The PM will approve.

3. Copy of PO or BPA call will be kept at the PM Service Center located in Washington, D. C. and one copy will be retained on-site.

4. On-site property personnel will order service or supplies from authorized PO or BPA, and once work is complete or supplies are received, a Form 9519 will be completed by the on-site staff.

5. A copy of the Form 9519 will be kept on-site, attached to the approved PO and filed under the appropriate vendor file. The original Form 9519 will be sent to the PM Service Center.

6. All invoices will be directed to the PM Service Center.

7. Once the invoice is received by the PM Service Center, it will be matched to the approved PO and the signed Form 9519.

8. Once a completed package contains all the necessary items authorizing the purchase, a 106 transmittal will be created by the PM Service Center.

9. Once the completed transmittal package is ready for approval, the original transmittal will be forwarded to DPSC for payment and one copy will be filed in the PM Service Center.

Tenant Collections:

All rents and payments will still be collected on-site by the PM. The On-site Property Manager will be responsible for entering the collections into the DPSC system on-site, and assure that the funds have been sent to the HUD lock-box within 24-hours.

The PM Service Center will be notified by the site on the 6th and 11th (or the following business day), that the rents from the 5th or 10th are posted. Notification from the site to the PM Service Center will be made via the PM's e-mail system or its follow-up system. The PM Service Center will then assess late fees.

Work-Outs:

1. On-site staff may sign incremental two-month (2 month) work-out agreements. Anything beyond six-months (3 incremental agreements of 2 months) must be approved by HUD.

2. An approved work-out agreement will be submitted to the PM Service Center to be correctly input into the DPSC system.

3. PM Service Center staff will pull monthly reports to assure that work-out obligations have been met.

4. Should a work-out agreement be broken, then eviction procedures will begin within five (5) calendar days.

Move-Outs:

The on-site property personnel will inspect the unit and fill out the charges on the Move-in/Move-out Condition form. The PM Service Center will then assess the appropriate chances and terminate the lease with the PM. The previous tenant will be notified of refund or debt owed by notification from the PM Service Center. Form 106 will be generated by the PM Service Center for any tenant refund due to ledger credits.

Collection Agencies:

Collection agencies will be setup locally for each property. The PM Service Center will track move-outs and forward appropriate information to the collection agency setup for each site. This information will then be entered into DPSC.

Write-Offs:

All terminated tenants will be tracked and entered into the DPSC system for write-off sixty (60) days after moveout.

Evictions:

1. Eviction requests will be completed by the on-site Property Manager, and submitted to the PM New York or D.C. office staff, as appropriate, for approval, and entered into the DPSC system by the PM Service Center.

2. Either the New York or D. C. office staff will approve and submit to HUD for approval.

3. The Property Supervisor in the PM New York or D. C. office will notify the on-site Property Manager, and send one copy to the on-site Property Manager of an eviction that has been approved so he/she can proceed with the eviction. One copy of the paperwork will then be submitted to the PM Service Center and entered into the DPSC System by the PM Service Center.

4. All daily updates as to the eviction status will be monitored by the on-site Property Manager and status changes will be e-mailed to the PM Service Center for input. The PM Service Center will pull bimonthly reports to assure eviction status has been updated.

HUD Access:

HUD will be given full access to the PM Service Center during nonnal business hours (8:30 a.m. - 5:00 p.m., Monday through Friday) to perform audits to the property transmittals and vendor files. Separate accounting for all costs will allow for complete audit trail for HUD.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT | PAGE 1 OF | PAGES 2 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| M-0007 | 2/22/99 | R-1998-4AH00280 | |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| US Dept of HUD/ASC/Contracting Div.<br>75 Spring St. SW, Atlanta, GA 30303 | Same as 6. |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State, and ZIP Code) | (√) | |
|---|---|---|
| ARCO Management Corp.<br>2 Executive Blvd, Suite 301<br>Suffern, NY 10901 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO. C-HOU-00021 |
| CODE / FACILITY CODE | | 10B. DATED (SEE ITEM 13) 7/3/97 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is extended ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or, (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (√) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) AS SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103.(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. OTHER (Specify type of modification and authority) FAR 52.243-3 Changes - Fixed-Price |

**IMPORTANT:** Contractor ☐ is not ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

See attached text

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Jeffrey P. Goldstein, President<br>Arco Management | | Michael L. Swan, Chief<br>Atlanta Operations Branch | |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>2/22/99 | 16B. UNITED STATES OF AMERICA<br>BY [signature: Michael L. Swan]<br>(Signature of Contracting Officer) | DATE SIGNED<br>2-22-99 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

1) This modifies Section C, as follows:

a. Paragraph 24.3 is modified to delete the last sentence.

b. Add paragraph 24.4 to read:

Contractor will store all closed project files for one (1) year at a storage facility located in the Suffern, NY, or Washington, DC, area. After one year, Contractor will package and label the closed property files according to HUD requirements, and ship the files to the Federal Record Center.

2) The second sentence in Paragraph 27.10 is modified to delete "showing bank clearance," and to read:

Copies of checks, and tenant receipt or invoice must be furnished with all requests for reimbursement.

3) Paragraph 27.13 is modified to read:

The Contractor shall establish files containing information on tenants, The files shall be in alphabetical order by tenants' last name.

4) The fee for transfer of closed property files to the Contractor's storage facility, storage, and preparation and packaging for shipment to the Federal Records Center will be $0.30 per property unit. (Shipment to the Federal Records Center will be reimbursable.)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| M-0006 | 12/2/98 | R-1998-4AH00376 | |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| US Dept of HUD/ASC/Contracting Div.<br>75 Spring St. SW, Atlanta, GA 30303 | Same as 6. |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State, and ZIP Code) | (√) | |
|---|---|---|
| ARCO Management Corp.<br>2 Executive Blvd, Suite 301<br>Suffern, NY 10901 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>C-HOU-00021 |
| CODE | FACILITY CODE | | 10B. DATED (SEE ITEM 13)<br>7/3/97 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is extended ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or, (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (√) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| x | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) AS SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103.(b) see block14, item 4 |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. OTHER (Specify type of modification and authority)<br>FAR 52.243-3 Changes - Fixed-Price |

**IMPORTANT:** Contractor ☒ is not ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

1) Modifies Section C.6 - Subcontracting - to add paragraph 6.14 on page C-11 (see attached text on page 2), allowing the use of site personnel to accomplish limited purchasing responsibilities.

2) Modifies Section C.9 - Inspection Report - to renumber the existing paragraph as 9.1 and to add 9.2 (see attached text on page 2), which clarifies the processing of code enforcement violations.

3) Modifies Section C.10 - Management Plan - paragraph 10.1, on page C-16 regarding time frames for submission of plans (see attached text on page 2):

4) The SF-26, Item 7, is changed to reflect an address change to "2 Executive Blvd, Suite 301, Suffern, NY 10901."

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Arco Management of Washington DC Inc<br>Jeffrey P. Goldstein President | | For Michael L. Swan, Chief<br>Atlanta Operations Branch | |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>12/15/98 | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | DATE SIGNED<br>12.17.98 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Contract C-HOU-00021
Modification #5
Date: 12/2/98



1. Section C.6 - Subcontracting - paragraph 6.14 on page C-11:

6.14 As an exception to Section B, paragraph 4 of this contract, the PM may authorize in writing the use of the Site Manger and/or Maintenance Supervisor to assist in the conduct of small purchases not to exceed $10,000 on properties assigned under this contract. This assistance may include the issuance of BPA Call Orders, contacting local vendors to respond to emergency purchase needs, assisting in the identification of purchasing needs at the property, completing forms, and other paperwork for submittal to the PM's professional procurement staff for approval, inspection of rehab and repair items as directed by the PM, GTR or GTM, and other minor administrative functions related to such purchases. These on-site personnel shall not have the authority to commit or obligate any project expenses related to the operation of the property through any means. Prohibited activities include the placing of orders of any type or issuing verbal commitments related to any purchases without prior approval from the PM's professional staff.

2. Section C.9 - Inspection Report - paragraph 9.2 on Page C-16:

9.2 The Contractor shall also inform the local code enforcement authorities that HUD has taken possession or ownership of the property, and shall solicit their cooperation in expeditiously resolving any pending enforcement actions. Should the Contractor be unable to expeditiously resolve any pending actions, the Contractor shall immediately inform the GTR and may request permission to obtain legal assistance. With the prior written approval of the GTR, the Contractor may subcontract competitively for such legal assistance on any hourly basis, in accordance with the applicable procurement provisions of this contract.

3. Section C.10 - Management Plan - paragraph 10.1, on page C-16

10.1 When using the HUD approved generic management plan format the PM shall submit the plan in 45 calendar days from the date of assignment of a project.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE | OF

2. AMENDMENT/MODIFICATION NO.: M-0005
3. EFFECTIVE DATE: 8/7/98
4. REQUISITION/PURCHASE REQUEST NO.: R-1998-4AH00426
5. PROJECT NO. *(If applicable)*

6. ISSUED BY — CODE
US Dept of HUD/ASC/Contracting Div.
75 Spring St. SW, Atlanta, GA 30303

7. ADMINISTERED BY *(If other than Item 6)* — CODE
Same as 6.

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*
ARCO Management Corp.
113 Bon Aire Circle
Suffern, NY 10901
Nashua, NH 03060

CODE | FACILITY CODE

(√) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

x 10A. MODIFICATION OF CONTRACT/ORDER NO.
C-HOU-00021

10B. DATED *(SEE ITEM 13)*
7/3/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is extended ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or, (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (√) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| x | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* AS SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103.(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* FAR 52.243-3 Changes - Fixed-Price |

**IMPORTANT:** Contractor ☒ is not ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

1) Modifies Section G - Contract Administration Data HUDAR 2452.237-73 "c" to delete Anita Timmerman as Contracting Officer, and to add Michael L. Swan.

2) Modifies Section G, 1.0 GOVERNMENT TECHNICAL MONITOR (GTM),"b" and "c" to delete Dixie L. Cooley and Carolyn J. Johnson, and to add Shirley J. Batchelor and Rhonda L. Eason as GTMs.

3) Adds Section G, 1.0 GOVERNMENT TECHNICAL MONITOR (GTM),"c" to show Robert J. Roche as GTM for Relocation assistance and guidance.

Replace page G-1 with the attached revised page.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
Michael L. Swan, Chief
Atlanta Operations Branch

15B. CONTRACTOR/OFFEROR
______________________
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Michael L Swan
*(Signature of Contracting Officer)*

DATE SIGNED
8-7-98

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# SECTION G - CONTRACT ADMINISTRATION DATA

2452.237-73 Conduct of Work APR 1984

a. The Government Technical Representative (GTR) for liaison with the Contractor as to the conduct of work is: B.J. Goode-White or a successor designated in writing by the Contracting Officer.

b. The Contractor's work hereunder shall be carried out under the supervision of Jeffrey P. Goldstein.

c. The Contracting Officer is **Michael L. Swan** of the Contracting Division, Atlanta Administrative Service Center.

2452.237-74 Technical Direction JUN 1985

a. The GTR will provide technical direction on contract performance. Technical direction includes:

(1) Direction to the Contractor as to which areas the Contractor is to emphasize or pursue.

(2) Comments on the approval of reports or other deliverables.

b. Technical direction must be within the contract Statement of Work. The GTR does not have the authority to issue technical direction that: (1) institutes additional work outside the scope of the contract; (2) constitutes a change as defined in FAR 52.243-2; (3) causes an increase or decrease in the estimated cost of the contract; (4) alters the period of performance; or (5) changes any of the other express terms or conditions of the contract.

c. Technical direction will be issued in writing by the GTR or confirmed by him or her in writing within five calendar days after oral issuance.

1.0 GOVERNMENT TECHNICAL MONITOR (GTM).

a. The GTM is responsible for day-to-day oversight of services performed under this Contract and shall coordinate instructions, problems, and direction to the Contractor with the GTR.

b. The GTMs assigned to this contract for project management assignments and questions are Delores Jefferson, **Shirley J. Batchelor, and Rhonda L. Eason.**

c. The GTMs assigned to this contract for PMS assistance and guidance are Delores Jefferson, **Shirley J. Batchelor, and Rhonda L. Eason.**

d. **The GTM assigned to this contract for Relocation assistance and guidance is Robert J. Roche.**

Technical direction will be issued in writing by the GTM or confirmed by him or her in writing within five calendar days after verbal issuance.

2.0 ORDERING PROCEDURES. The Government will assign work to the Contractor through the issuance of delivery orders, in accordance with Section I, FAR clause 52.216-8, "Ordering." Delivery orders may be issued by telephone by the GTR/GTM or the Contracting Officer. Telephone orders will be confirmed by an original written delivery order issued by the Contracting Officer within five (5) calendar days.

**This page changed through Modification 5 to the contract. Changes Contracting Officer and GTMs, adding a GTM for Relocation issues.**

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** | 1. CONTRACT ID CODE | PAGE 1 OF 2 PAGES

2. AMENDMENT/MODIFICATION NO.: M-0004
3. EFFECTIVE DATE: 12/1/97
4. REQUISITION/PURCHASE REQUEST NO.: R-1998-4AH00216
5. PROJECT NO. (If applicable)

RECEIVED

6. ISSUED BY — CODE
US Dept of HUD/ASC/Contracting Div.
75 Spring St. SW, Atlanta, GA 30303

7. ADMINISTERED BY (If other than item 6) — CODE
Same as 6.

MAY 6 1 53 PM '98

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State, and ZIP Code)
ARCO Management Corp.
113 Bon Aire Circle
Suffern, NY 10901
Nashua, NH 03060

REGIONAL CONTRACTING

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
x 10A. MODIFICATION OF CONTRACT/ORDER NO.: C-HOU-00021
10B. DATED (SEE ITEM 13): 7/3/97

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is extended ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or, (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (√) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* AS SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103.(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. OTHER *(Specify type of modification and authority)* FAR 52.243-3 Changes - Fixed-Price |

**IMPORTANT:** Contractor is not ☒ is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

1) This modifies Sections C.2, 7, 18, 22, and 25 with respect to the Jose DeDiego Beekman I-VIII properties (See D-0009, line items 10-17), as described on the attached sheet.

2) In consideration of additional responsibilities and duties with respect only to the Beekman properties, Section B.A.1 is modified as follows:

a. From 12/1/97 through 1/31/98, the management fee is increased $3 per unit per month.

b. From 2/1/98 until the properties are removed from inventory, the management fee is increased $5 per unit per month.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Jeffrey S. Goldstein Pres
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): for Michael L. Swan, Chief, Atlanta Operations Branch

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 5/4/98
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 5/8/98

# Scope of Work

The following is a list of all additional work duties that Arco Management of Washington, D.C. will perform for the Jose DeDiego Beekmans (Mott Haven I-VIII) for an additional $3.00 PU/PM for December 1997, January 1998, and $5.00 PU/PM thereafter:

1) Unlimited meetings with residents (including nights).

2) Schedule installation 7,000 windows.

3) Schedule installation of intercom system.

4) Continue work with National Housing Trust, a consultant hired by HUD to help sell the properties.

5) Continue work with New York City HDC, the proposed mortgage note sale purchaser.

6) Coordinate additional services to the residents, both social and economic, including a computer learning center, various educational and/or management-oriented workshops, outreach to community programs, and the implementation of a resident orientation program.

7) Submit the necessary documentation and proof of work for a J-51 tax abatement application. The application process involves a lot of paperwork.

8) Continue to maintain operating accounts for all eight (8) partnerships and process checks to various approved development team members as well as maintaining eight (8) investment accounts.

9) Coordinate the constant media with the New York Secretary's Representative - William DeBlasio.

10) Meet regularly with City officials, Police Security matters, Department of Sanitation on vacant lots to handle the rat infestation, as well as Social Services Agencies to aid the elderly.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID | PAGE 1 OF 1 PAGES |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| M-0003 | 1/1/98 | R-1998-4AH00141 | |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| US Dept of HUD/ASC/Contracting Div.<br>75 Spring St. SW, Atlanta, GA 30303 | Same as 6. |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State, and ZIP Code)

ARCO Management Corp.
113 Bon Aire Circle
Suffern, NY 10901
Nashua, NH 03060

CODE | FACILITY CODE

(√) | 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

x | 10A. MODIFICATION OF CONTRACT/ORDER NO. C-HOU-00021

10B. DATED (SEE ITEM 13) 7/3/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is extended ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or, (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (√) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) AS SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103.(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. OTHER (Specify type of modification and authority) FAR 52.243-3 Changes - Fixed-Price |

**IMPORTANT:** Contractor ☒ is not ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

1)This modifies Section B.5 Travel - Reimbursements to delete reference to specific types of training, and clarify that authorized travel may be for training related to the performance of the contract, as requested by the GTR.

Remove original Page B-8 and insert attached B-8 dated 2/6/98.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | Anita F. Timmerman, Team Leader<br>Atlanta Operations Branch | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY Anita F. Timmerman<br>(Signature of Contracting Officer) | DATE SIGNED<br>2/6/98 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 4

2. AMENDMENT/MODIFICATION NO. M 2

3. EFFECTIVE DATE 10/27/97

4. REQUISITION/PURCHASE REQ. NO. r-1998-4ah-00011

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

US Dept. of Housing & Urban Development
Contracting Div., Atlanta ASC
75 Spring St., SW Room 656
Atlanta, GA 30303

7. ADMINISTERED BY (If other than Item 6) CODE

same as number 6 (for MFREO HUB)

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

ARCO Management Corp.
113 Bon Aire Circle West
Suffern, NY 10901

DUNS: 09-384-0676

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. C-HOU-00021

10B. DATED *(SEE ITEM 13)* 07/03/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. FAR 52.243-1 AUG 1987 Changes - Fixed Price |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

This modifies the following sections of the contract, which are replaced by the attached pages, C-7, C-8, and G-1. The original pages should be replaced with the revised pages.

Section 6.1 is changed to raise the limit for no review required from $25,000 to $50,000.

Section 6.1.2 is changed to read, in the first line, 10 working days instead of 20 calendar days.

Section G, 1.0 is changed to add Delores Jefferson as a Government Technical Monitor.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER (Type or print)
Jeffrey P. Goldstein President

16A. NAME AND TITLE OF SIGNER (Type or print)
Michael L. Swan, Chief, Atlanta Operations Branch, Contracting Division, Atlanta ASC

15B. CONTRACTOR/OFFEROR [signature]
*(Signature of person authorized to sign)*

15C. DATE SIGNED 10/27/97

16B. UNITED STATES OF AMERICA BY [signature: Michael L Swan]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 10-30-97

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION G - CONTRACT ADMINISTRATION DATA

2452.237-73 Conduct of Work APR 1984

a. The Government Technical Representative (GTR) for liaison with the Contractor as to the conduct of work is: B.J. Goode-White or a successor designated in writing by the Contracting Officer.

b. The Contractor's work hereunder shall be carried out under the supervision of Jeffrey P. Goldstein.

c. The Contracting Officer is Anita Timmerman of the Contracting Division, Atlanta Administrative Service Center.

2452.237-74 Technical Direction JUN 1985

a. The GTR will provide technical direction on contract performance. Technical direction includes:

(1) Direction to the Contractor as to which areas the Contractor is to emphasize or pursue.

(2) Comments on the approval of reports or other deliverables.

b. Technical direction must be within the contract Statement of Work. The GTR does not have the authority to issue technical direction that: (1) institutes additional work outside the scope of the contract; (2) constitutes a change as defined in FAR 52.243-2; (3) causes an increase or decrease in the estimated cost of the contract; (4) alters the period of performance; or (5) changes any of the other express terms or conditions of the contract.

c. Technical direction will be issued in writing by the GTR or confirmed by him or her in writing within five calendar days after oral issuance.

1.0 GOVERNMENT TECHNICAL MONITOR (GTM).

a. The GTM is responsible for day-to-day oversight of services performed under this Contract and shall coordinate instructions, problems, and direction to the Contractor with the GTR.

b. The GTMs assigned to this contract for project management assignments and questions are Dixie L. Cooley and Carolyn J. Johnson.

c. The GTMs assigned to this contract for PMS assistance and guidance are Dixie L. Cooley and Carolyn J. Johnson.

Technical direction will be issued in writing by the GTM or confirmed by him or her in writing within five calendar days after verbal issuance.

2.0 ORDERING PROCEDURES. The Government will assign work to the Contractor through the issuance of delivery orders, in accordance with Section I, FAR clause 52.216-8, "Ordering." Delivery orders may be issued by telephone by the GTR/GTM or the Contracting Officer. Telephone orders will be confirmed by an original written delivery order issued by the Contracting Officer within five (5) calendar days.

**This page changed through Modification 1 to the contract. Adds Carolyn Johnson as GTM and Anita Timmerman as Contracting Officer.**

**SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)**

4. Assignment of Properties

Projects shall be assigned to the Contractor by written notice from the Contracting Officer, Government Technical Representative, Government Technical Monitor, or a successor designated in writing by the Contracting Officer in accordance with the ordering procedure in Sections G and I of this contract.

5. HUD Project Authorizations

No later than ten (10) days after assignment of a project to the contractor, the GTR/GTM shall provide the contractor an Authorization for Project Operations, which authorizes the number of project employees by Service Contract Act job classifications and wage rates, and an authorization for Rental Rates, which authorizes the maximum rental rates to be charged.

6. Subcontracting

6.1. The Contractor shall procure such supplies, materials, equipment and services as may be necessary for the maintenance, repair, and operation of the project(s). Procurement by subcontract is subject to the requirements for advance notification and consent to subcontract contained below. HUD shall pay for the purchases pursuant to the PMS Manual. The Contractor, with HUD's approval, shall be responsible for all required procurement functions which shall include but is not limited to appropriate advertisement, mailing of solicitations, receiving and opening quotes/bids/offers, abstracting of quotes/bids/offers, administering purchase orders and contracts, and making the determinations for award. The contractor shall establish and maintain a procurement system to adequately plan, conduct and document purchases made in support of this contract subject to the following review levels:

Changed by MOD 2

| Dollar Level | Extent of prior HUD review required |
|---|---|
| $0-25,000 | no review |
| $25,001-$100,000 | prior written review and approval (submission by contractor will be limited to a brief summary of the procurement, including either a list of competition received or a statement of price reasonableness, with a place for GTR/GTM signature at the end of the summary) |
| $100,000 and above | prior written review and approval (submission by contractor will include copies of all documents pertinent to the procurement including but not limited to copies of the solicitation, bids/proposals received, bid/proposal abstract, determination of responsibility, determination if a bidder or offeror is found non-responsible, and a page for HUD approval) |

6.1.1. The Contractor is authorized to enter into subcontracts for necessary supplies and services without notification to the GTR/GTM when the procurement does not exceed $25,000.

SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)

6. Subcontracting (Continued)

6.1.2. The Contractor shall provide 20 calendar days advance notification to the GTR/GTM prior to entering into a subcontract for necessary supplies/services when the procurement is between $25,001 and $100,000. Notification must be hand delivered to the GTR with the Contractor's copy signed as received by the GTR, or mailed to the GTR certified return receipt requested, and 10 day period will begin at date receipt signed by the GTR. The GTR/GTM shall provide written notification within 10 working days if denial or modification of the procurement is required.

6.1.3. The Contractor shall obtain the consent to proceed of the GTR/GTM and Contracting Officer before entering into any subcontract for necessary supplies/services when the procurement exceeds $100,000.

6.1.4. The Contractor shall comply with FAR 52.244-5, Competition in Subcontracting.

6.1.5. All procurements shall be documented with evidence of price reasonableness. Competitive negotiation in excess of $25,000 shall be supported by a price negotiation memorandum prepared in accordance with FAR 15.808. If only one source is solicited or if only one bid/offer is received, the file shall be fully documented to explain the absence of competition and the reasonableness of the price.

6.1.6. When the <u>estimated</u> cost of a single item or the total cost of a series of related items to be procured at one time exceeds $2,000 for construction work (e.g. roofing, painting, plumbing, electrical, etc.) or exceeds $2,500 for service work (e.g. carpet cleaning, carpet/vinyl installation, debris removal, etc.) the Contractor shall, in addition to the requirements set forth elsewhere in this contract, ensure that the applicable Davis-Bacon or Service Contract Act wage determinations and all applicable FAR 52.222-11 Subcontracts (Labor Standards) are included in the solicitation and resultant subcontract. The Contractor shall obtain the applicable wage determinations from the appropriate HUD Labor Relations Office for the area in which the property is located. There are 10 (ten) HUD Labor Relations Offices in the United States. These are listed in Section J, with their respective jurisdiction.

6.2. In addition to contracting for the items above, the Contractor <u>shall</u>, at the direction of the GTR/GTM, subcontract for services in support of the project(s), including but not limited to the following:

6.2.1. Architectural and engineering (A&E) services*

6.2.2. Environmental survey and testing services

6.2.3. Appraisal services

6.2.4. Specialized technical services for

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE OF PAGES 1 | 3

2. AMENDMENT/MODIFICATION NO. 1

3. EFFECTIVE DATE 08/01/97

4. REQUISITION/PURCHASE REQ. NO. R-1997-4AH-00053

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

U.S. Dept. of HUD
Contracting Division, Atlanta ASC
75 Spring St., SW Room 656
Atlanta, GA 30303

7. ADMINISTERED BY (If other than Item 6) CODE

for Atlanta MF REO HUB

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

ARCO Management Corp.
113 Bon Aire Circle West
Suffern, NY 10901

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. C-HOU-00021

10B. DATED *(SEE ITEM 13)* 07/03/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
FHA Insurance funds paid thru PMS #CPMHH0197014

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* Changes - Fixed Price - FAR 52.243-4 AUG 1987 |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

This modifies Section B-1, Services to add Massachusetts (excepting the demonstration projects in Boston) to the list of states in geographic area 1. Replace page B-1 with the attached revised page.

This modifies Section G - Contract Administration Data, HUDAR 2452.237-74, "b" and "c" to add Carolyn J. Johnson as GTM. This also modifies HUDAR 2452.237-73 to add "c" which indicates the Contracting Officer as Anita Timmerman of the Contracting Division in the Atlanta Administrative Service Center. Replace page G-1 with the attached revised page.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF SIGNER (Type or print)
Michael L. Swan, Chief, Atlanta Operations Branch, Contracting Division

15B. CONTRACTOR/OFFEROR

*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 7-31-97

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

AWARD/CONTRACT

CONTRACT IS A RATED ORDER R DPAS (15 CFR 350)

PAGE 1 OF 143 PAGES

CONTRACT (Proc. Inst. Ident.) NO. C-HOU-00021

3. EFFECTIVE DATE 07/03/97

4. REQUISITION/PURCHASE REQUEST/PROJECT NO. ATL M

ISSUED BY CODE

HUD, FORT WORHT CONTRACTING OPERATIONS BRANCH
6AC, 1600 THROCKMORTON ST., PO BOX 2905
FORT WORHT, TX 76113-2905

6. ADMINISTERED BY (If other than item 5) CODE

DHUD, ATLANTA CONTRACTING OPERATIONS BRANCH
4AAC, 75 SPRING STREET, SW
ATLANTA, GA 30303-3388

NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

RCO MANAGEMENT CORP.
13 BON AIRE CIRCLE WEST
SUFFERN, NEW YORK 10901

TIN NO. (DUNS) 09-384-0676

CODE | FACILITY CODE

8. DELIVERY
☐ FOB ORIGIN ☐ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NET 30

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM

11. SHIP TO/MARK FOR CODE
DESTINATION

12. PAYMENT WILL BE MADE BY CODE

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 USC 2304(c) ( ) ☐ 41 USC 253(c) ( )

14. ACCOUNTING AND APPROPRIATION DATA
86X4070 TIN: 13-2805069 (NY) 36-3862736 (ILL)
52-1748237 (D.C.)

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|

This Award/Contract (SF-26) constitutes acceptance of the proposal submitted under Solicitation RFP H06R97050800000 and Amendments 1 and 2; your response submission dated March 21, 1997; and your Best and Final submission dated May 27, 1997. However, should there be any inconsistencies between these submissions and the contract requirements stated in the RFP, the RFP shall prevail

Accepted offer amounts: Those amounts specified on pages B-2, B-3, B-4, B-5, B-6, and B-7.
*Section K, L, and M are hereby incorporated by reference.

15G. TOTAL AMOUNT OF CONTRACT ESTIMATED $87,000,000.00

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 12 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COST | 9 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 31 | X | J | LIST OF ATTACHMENTS | 79 |
| X | D | PACKAGING AND MARKING | 1 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 1 | * | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 1 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 2 | * | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 6 | * | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ____________ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number H06R97050800000, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
Jeffrey S. Goldstein Pres

20A. NAME OF CONTRACTING OFFICER
Thomas D. Moore

19B. NAME OF CONTRACTOR
BY (Signature of person authorized to sign)

19C. DATE SIGNED 7/3/97

20B. UNITED STATES OF AMERICA
BY (Signature of Contracting Officer)

20C. DATE SIGNED 7/3/97

(REV. 4-85) Prescribed by GSA FAR (48 CFR) 53.214(c)

**SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS**

1. <u>Services</u>.

This is a contract for property management services for project(s) assigned to the Contractor, pursuant to Section C, in the following locations:

<u>GEOGRAPHIC AREA I</u>: Maine, New Hampshire, Vermont, , Connecticut, Rhode Island, New Jersey, New York, Pennsylvania, Maryland, Delaware, West Virginia, Virginia, Washington D.C.

<u>GEOGRAPHIC AREA IIa</u>: Kentucky, Tennessee, North Carolina, South Carolina, Georgia, Florida, Alabama, Mississippi.

<u>GEOGRAPHIC AREA IIb</u>: Puerto Rico and U.S. Virgin Islands.

Projects shall be assigned by delivery orders issued under this contract. HUD is under no obligation to assign properties exceeding the minimum quantity specified. Projects may be removed from Contractor's inventory at any time by issuance of a modification to the delivery order which assigned the property to the Contractor.

NOTE 1: Project(s) assigned may be either HUD-Owned, where HUD has title, or Mortgagee-in-Possession (MIP), where HUD does not have title but as mortgagee has taken over management and operation. HUD does not warrant that MIP project(s) will become HUD-Owned.

2. Pricing: (firm-fixed price)

2.1. For each project assigned under this contract, HUD shall pay the Contractor at the pricing established herein as full compensation for work required, performed and accepted, as further described in Section B & C. The management fees shall not include the costs of operation, repair and maintenance considered to be project expenses as set forth in Section B, Paragraph 3.

2.2. The Contractor will be paid through the Project Management System (PMS), or its successors, as specified in the PMS User Manual (Section J, Attachment 13). It is HUD's intention to award separate contracts for Geographic Area I and Area II. Separate pricing for the Puerto Rico and U.S Virgin Islands area is provided only to allow the contractor to charge any additional costs (if any) that may occur as a result of the distance of the properties in Puerto Rico and U.S. Virgin Islands to those properties rather than to all; a separate contract will not be awarded for Puerto Rico and U.S. Virgin Islands. Offeror must submit prices for all line items for the initial contract period and all option periods in each area for which an offer is proposed. If an offeror is declining to offer on a particular area, enter "NO" (Not Offered) in lieu of price.

SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS (CONTINUED)

1. Services.

This is a contract for property management services for project(s) assigned to the Contractor, pursuant to Section C, in the following locations:

GEOGRAPHIC AREA I: Maine, New Hampshire, Vermont, Massachussets (excepting the demonostration projects in Boston), Connecticut, Rhode Island, New Jersey, New York, Pennsylvania, Maryland, Delaware, West Virginia, Virginia, Washington D.C.

GEOGRAPHIC AREA IIa: Kentucky, Tennessee, North Carolina, South Carolina, Georgia, Florida, Alabama, Mississippi.

GEOGRAPHIC AREA IIb: Puerto Rico and U.S. Virgin Islands.

Projects shall be assigned by delivery orders issued under this contract. HUD is under no obligation to assign properties exceeding the minimum quantity specified. Projects may be removed from Contractor's inventory at any time by issuance of a modification to the delivery order which assigned the property to the Contractor.

NOTE 1: Project(s) assigned may be either HUD-Owned, where HUD has title, or Mortgagee-in-Possession (MIP), where HUD does not have title but as mortgagee has taken over management and operation. HUD does not warrant that MIP project(s) will become HUD-Owned.

2. Pricing: (firm-fixed price)

2.1. For each project assigned under this contract, HUD shall pay the Contractor at the pricing established herein as full compensation for work required, performed and accepted, as further described in Section B & C. The management fees shall not include the costs of operation, repair and maintenance considered to be project expenses as set forth in Section B, Paragraph 3.

2.2. The Contractor will be paid through the Project Management System (PMS), or its successors, as specified in the PMS User Manual (Section J, Attachment 13). It is HUD's intention to award separate contracts for Geographic Area I and Area II. Separate pricing for the Puerto Rico and U.S Virgin Islands area is provided only to allow the contractor to charge any additional costs (if any) that may occur as a result of the distance of the properties in Puerto Rico and U.S. Virgin Islands to those properties rather than to all; a separate contract will not be awarded for Puerto Rico and U.S. Virgin Islands. Offeror must submit prices for all line items for the initial contract period and all option periods in each area for which an offer is proposed. If an offeror is declining to offer on a particular area, enter "NO" (Not Offered) in lieu of price.

**This page changed through Modification 1 to the contract. Adds Massachusetts (exepting Boston demo projects) to Area 1.**

SECTION B - SUPPLIE. ERVICES AND PRICES/COS NTINUED)

A. GEOGRAPHIC AREA: Projects located within the North ... U.S. HUD guarantees a minimum of 10 projects for management with a maximum of 100 projects to be assigned during the entire life of the contract.

1. ON-LINE PROJECTS - PRICE PER UNIT PER MONTH

| RESIDENTIAL | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| OCCUPIED | | | | |
| 5 - 100 Units | $17.00 | $17.00 | $17.00 | $17.00 |
| 100 Units + | $16.00 | $16.00 | $16.00 | $16.00 |
| VACANT | | | | |
| 5 - 100 Units | $13.00 | $13.00 | $13.00 | $13.00 |
| 100 Units + | $12.00 | $12.00 | $12.00 | $12.00 |
| Off-Line Units | | | | |
| 5 - 100 Units | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 |
| 100 Units + | $ 9.00 | $ 9.00 | $ 9.00 | $ 9.00 |

| RETIREMENT SERVICE CENTER | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| Occupied Units | | | | |
| 5 - 100 Units | $ 18.00 | $ 18.00 | $18.00 | $18.00 |
| 100 Units + | $16.00 | $16.00 | $16.00 | $16.00 |
| VACANT UNITS | $14.00 | $14.00 | $14.00 | $14.00 |

| NURSING HOME | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| OCCUPIED BEDS | | | | |
| 5 - 100 BEDS | $ 18.00 | $ 18.00 | $ 18.00 | $ 18.00 |
| 100 BEDS + | $ 16.00 | $ 16.00 | $ 16.00 | $ 16.00 |
| VACANT BEDS | $ 14.00 | $ 14.00 | $ 14.00 | $ 14.00 |

| MOBILE HOME PARK | INITIAL PERIOD (2YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| PER PAD | | | | |
| 1 -100 Pads | $25.00 | $25.00 | $25.00 | $25.00 |
| 100 Pads + | $21.00 | $21.00 | $21.00 | $21.00 |

| VACANT LAND | INITIAL PERIOD (2YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| PER ACRE | $50.00 | $50.00 | $50.00 | $50.00 |

2. OFF-LINE PROJECTS - PRICE PER UNIT PER MONTH

| OFF-LINE PROJECTS | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| 5 - 100 Units | $ 11.00 | $ 11.00 | $ 11.00 | $ 11.00 |
| 100 Units + | $ 9.00 | $ 9.00 | $ 9.00 | $ 9.00 |

3. TENANT RELOCATION - PRICE PER FAMILY

| | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| Less than 100 families | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| 100+ families | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |

4. COMMERCIAL SPACE

**The Management Fee for leased commercial space shall be paid at the rate of 5 (%) of the gross collections for commercial space. This Fee shall be paid monthly.**