Case 1:04-cv-01610-EJD Document 14-7 Filed 05/27/2005 Page 1 of 31

B. GEOGRAPHIC AREA IIa: Projects located within the South Eastern U.S. HUD guarantees a minimum of 5 projects for management with a maximum of 100 projects to be assigned during the entire life of the contract, for the combined areas of IIa and IIb, which will comprise one award area.

1. ON-LINE PROJECTS - PRICE PER UNIT PER MONTH

| RESIDENTIAL | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| OCCUPIED | | | | |
| 5 - 100 Units | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 |
| 100 Units + | $ 18.00 | $ 18.00 | $ 18.00 | $ 18.00 |
| VACANT | | | | |
| 5 - 100 Units | $ 16.00 | $ 16.00 | $ 16.00 | $ 16.00 |
| 100 Units + | $ 15.00 | $ 15.00 | $ 15.00 | $ 15.00 |
| Off-Line Units | | | | |
| 5 - 100 Units | $ 11.00 | $ 11.00 | $ 11.00 | $ 11.00 |
| 100 Units + | $ 9.00 | $ 9.00 | $ 9.00 | $ 9.00 |

| RETIREMENT SERVICE CENTER | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| Occupied Units | | | | |
| 5 - 100 Units | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 |
| 100 Units + | $ 18.00 | $ 18.00 | $ 18.00 | $ 18.00 |
| VACANT UNITS | $ 16.00 | $ 16.00 | $ 16.00 | $ 16.00 |

| NURSING HOME | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| OCCUPIED BEDS | | | | |
| 5 - 100 BEDS | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 |
| 100 BEDS + | $ 18.00 | $ 18.00 | $ 18.00 | $ 18.00 |
| VACANT BEDS | $ 16.00 | $ 16.00 | $ 16.00 | $ 16.00 |

| MOBILE HOME PARK | INITIAL PERIOD (2YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| PER PAD | | | | |
| 1 -100 Pads | $25.00 | $25.00 | $25.00 | $25.00 |
| 100 Pads + | $21.00 | $21.00 | $21.00 | $21.00 |

| VACANT LAND | INITIAL PERIOD (2YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| PER ACRE | $50.00 | $50.00 | $50.00 | $50.00 |

2. OFF-LINE PROJECTS - PRICE PER UNIT PER MONTH

| OFF-LINE PROJECTS | INITIAL PERIOD (2YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| 5 - 100 Units | $ 11.00 | $ 11.00 | $ 11.00 | $ 11.00 |
| 100 Units + | $ 9.00 | $ 9.00 | $ 9.00 | $ 9.00 |

3. TENANT RELOCATION - PRICE PER FAMILY

| | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| Less than 100 families | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| 100+ families | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |

4. COMMERCIAL SPACE

**The Management Fee for leased commercial space shall be paid at the rate of 5 (%) of the gross collections for commercial space. This Fee shall be paid monthly.**

B. GEOGRAPHIC AREA IIb: Projects located in Puerto Rico and the U.S. Virgin Islands. HUD guarantees a minimum of 5 projects for management with a maximum of 100 projects to be assigned during the entire life of the contract, for the combined areas of IIa and IIb, which will comprise one award area.

1. ON-LINE PROJECTS - PRICE PER UNIT PER MONTH

| RESIDENTIAL | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| OCCUPIED | | | | |
| 5 - 100 Units | $ 22.00 | $ 22.00 | $ 22.00 | $ 22.00 |
| 100 Units + | $ 20.00 | $ 20.00 | $ 22.00 | $ 22.00 |
| VACANT | | | | |
| 5 - 100 Units | $ 18.00 | $ 18.00 | $ 18.00 | $ 18.00 |
| 100 Units + | $ 16.00 | $ 16.00 | $ 16.00 | $ 16.00 |
| Off-Line Units | | | | |
| 5 - 100 Units | $ 11.00 | $ 11.00 | $ 11.00 | $ 11.00 |
| 100 Units + | $ 9.00 | $ 9.00 | $ 9.00 | $ 9.00 |

| RETIREMENT SERVICE CENTER | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| Occupied Units | | | | |
| 5 - 100 Units | $ 21.00 | $ 21.00 | $ 21.00 | $ 21.00 |
| 100 Units + | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 |
| VACANT UNITS | $ 18.00 | $ 18.00 | $ 18.00 | $ 18.00 |

| NURSING HOME | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| OCCUPIED BEDS | | | | |
| 5 - 100 BEDS | $ 21.00 | $ 21.00 | $ 21.00 | $ 21.00 |
| 100 BEDS + | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 |
| VACANT BEDS | $ 18.00 | $ 18.00 | $ 18.00 | $ 18.00 |

| MOBILE HOME PARK | INITIAL PERIOD (2YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| PER PAD | | | | |
| 1 -100 Pads | $25.00 | $25.00 | $25.00 | $25.00 |
| 100 Pads + | $21.00 | $21.00 | $21.00 | $21.00 |

| VACANT LAND | INITIAL PERIOD (2YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| PER ACRE | $50.00 | $50.00 | $50.00 | $50.00 |

2. <u>OFF-LINE PROJECTS</u> - PRICE PER UNIT PER MONTH

| OFF-LINE PROJECTS | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 2 |
|---|---|---|---|---|
| 5 - 100 Units | $ 18.00 | $ 18.00 | $ 18.00 | $ 18.00 |
| 100 Units + | $ 15.00 | $ 15.00 | $ 15.00 | $ 15.00 |

3. <u>TENANT RELOCATION - PRICE PER FAMILY</u>

| | INITIAL PERIOD (2 YRS) | OPTION YEAR 1 | OPTION YEAR 2 | OPTION YEAR 3 |
|---|---|---|---|---|
| Less than 100 families | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 |
| 100+ families | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |

4. <u>COMMERCIAL SPACE</u>

| |
|---|
| **The Management Fee for leased commercial space shall be paid at the rate of _5_(%) of the gross collections for commercial space. This Fee shall be paid monthly.** |

2.3. The monthly management fee shall be prorated as of the date a project is assigned to the contractor and as of the date of closing of the sale of the project or the project is otherwise removed from this contract, whichever is the earlier.

2.4. An on-line project is one that has residents/occupants living in the project. It may have vacant units and vacant off-line units in the project also.

An off-line project is a project that is unoccupiable, that is boarded up or otherwise not occupiable by tenants and requires a minimal amount of oversight and care. Necessary services may include, but are not limited to, minimal lawn care to meet local and state codes and ordinances, fencing, security lighting, debris removal, emergency repairs, and weekly site inspections. It will not include rehabilitation requirements. If a determination is made to rehabilitate the property to make it suitable for occupancy, the GTR will revise the project classification to put it into the vacant off-line status.

An occupied unit is one that has residents/occupants living in the unit at the end of the month.

A vacant on-line unit is one that is vacant at the end of the month and could be rented if minor repairs or normal make-ready procedures, such as painting and carpeting were accomplished.

A vacant off-line unit is one that is unfit to live in and is not suitable for occupancy because of structural defects, inoperable or substandard utility systems, or environmental problems. HUD will make determination of vacant off-line units. Vacant off-line units may exist in projects with vacant on-line and occupied units.

3. Project Expenses and Subcontracts. Project expenses and subcontracting expenses necessary for project operation on assigned projects will be handled according to the project budget approved by the GTR/GTM and, except for payrolls and project employee insurance (see Section C, paragraph 3.3), will be paid directly through the Project Management System (PMS), as provided in Section C. The cost limitation for project expenses and subcontracts for each assigned project shall be established by the approved budget, as described in Section C, paragraph 11.

4. Limitation of Project Expense
In no case shall on-site project employees authorized by the GTR/GTM for each project assigned hereunder be used to perform services for which the contractor receives a management fee pursuant to paragraph B.2.1 or B.2.2, such as those outlined in Section C, paragraph 2.

5. Travel - Reimbursements

Allowable travel and lodging expenses incurred by contractor or other employees on trips made at the written request of the GTR for PMS (or any replacement property management accounting and payment system) training shall be reimbursed. Such reimbursement shall be limited to the government rates specified in HUD Travel Handbook 2300.2, REV 3, in accordance with Federal Acquisition Regulation (FAR) 31.205-46.

When billing for travel expense reimbursement, the contractor must provide with its invoice all supporting data such as paid airline

SECTION B - SUPPLIES AND SERVICES AND PRICE/COSTS (CONTINUED)

2.3. The monthly management fee shall be prorated as of the date a project is assigned to the contractor and as of the date of closing of the sale of the project or the project is otherwise removed from this contract, whichever is the earlier.

2.4. An on-line project is one that has residents/occupants living in the project. It may have vacant units and vacant off-line units in the project also.

An off-line project is a project that is unoccupiable, that is boarded up or otherwise not occupiable by tenants and requires a minimal amount of oversight and care. Necessary services may include, but are not limited to, minimal lawn care to meet local and state codes and ordinances, fencing, security lighting, debris removal, emergency repairs, and weekly site inspections. It will not include rehabilitation requirements. If a determination is made to rehabilitate the property to make it suitable for occupancy, the GTR will revise the project classification to put it into the vacant off-line status.

An occupied unit is one that has residents/occupants living in the unit at the end of the month.

A vacant on-line unit is one that is vacant at the end of the month and could be rented if minor repairs or normal make-ready procedures, such as painting and carpeting were accomplished.

A vacant off-line unit is one that is unfit to live in and is not suitable for occupancy because of structural defects, inoperable or substandard utility systems, or environmental problems. HUD will make determination of vacant off-line units. Vacant off-line units may exist in projects with vacant on-line and occupied units.

3. Project Expenses and Subcontracts. Project expenses and subcontracting expenses necessary for project operation on assigned projects will be handled according to the project budget approved by the GTR/GTM and, except for payrolls and project employee insurance (see Section C, paragraph 3.3), will be paid directly through the Project Management System (PMS), as provided in Section C. The cost limitation for project expenses and subcontracts for each assigned project shall be established by the approved budget, as described in Section C, paragraph 11.

4. Limitation of Project Expense
In no case shall on-site project employees authorized by the GTR/GTM for each project assigned hereunder be used to perform services for which the contractor receives a management fee pursuant to paragraph B.2.1 or B.2.2, such as those outlined in Section C, paragraph 2.

5. Travel - Reimbursements

* Allowable travel and lodging expenses incurred by contractor or other employees on trips made at the written request of the GTR **or Contracting Officer for training related to the performance of this contract** shall be reimbursed. Such reimbursement shall be limited to the government rates specified in HUD Travel Handbook 2300.2, REV 3, in accordance with Federal Acquisition Regulation (FAR) 31.205-46.

When billing for travel expense reimbursement, the contractor must provide with its invoice all supporting data such as paid airline

**SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS (CONTINUED)**

bills, motel bills, breakdown of local transportation expenses, etc. and clearly reference the written authorization from the GTR which authorized such travel. All items billed for $25.00 or more must be supported with receipts. Meals and incidental expenses will be reimbursed at the flat rates authorized for the area as provided in HUD's Travel Handbook, and need not be supported by receipts.

See additional information in Section I. The total authorized travel costs for the duration of the contract shall not exceed $ 50,000 without written permission of the Contracting Officer. All other travel is at the expense of the contractor.

## SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

1. Overall Scope of Services

The Contractor shall provide the necessary services, materials, equipment, supplies, facilities, professional and technical personnel, and all else necessary to manage project(s) in accordance with the HUD-approved Management Plan described in Paragraph C.10, and in accordance with sound project management practices and applicable statutes, regulations, policies, procedures, and directives. This includes Procurement Policies and Procedures Handbook 2210.3, Rev 8, Multifamily Property Disposition Handbook 4315.1, Rev. 1, Change 1 & 2, Occupancy Requirements of Subsidized Multifamily Housing Programs 4350.3, and PMS Manual which are incorporated into and made a part of this Contract.

The following definitions shall apply to this contract:

**ANNUALLY:** Once a year.

**BI-WEEKLY:** Once every two weeks.

**BIENNIALLY:** Once every two years.

**BUSINESS DAY:** Monday through Friday, excluding Federally observed holidays.

CALENDAR DAY: Sunday through Saturday.

CFR: Code of Federal Regulations.

CGL: Comprehensive General Liability Insurance.

CO: Contracting Officer. A HUD official designated to enter into or administer procurement contracts and make related determinations and findings.

**COMMON AREAS:** Physical areas within a project normally accessible and open to residents. The term includes facilities and amenities such as swimming pools, health spas, special function rooms, etc.

CONTRACTOR: The party subject to the terms and conditions of this contract.

DAVIS-BACON: Davis Bacon Act (40 U.S.C. 276a-276a-7). Applicable to all purchases/contracts for construction exceeding $2,000 per incident.

DIRECTIVES: Written instructions issued within the Government to implement program requirements. These directives may be "Handbooks," "Notices," "Special Directives"and memoranda. Directives shall apply to the work performed by the Contractor as expressly stated and referenced in this contract.

DOE: United States Department of Energy.

DOL: United States Department of Labor.

EPA: United States Environmental Protection Agency.

**SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)**

1. Overall Scope of Services (Continued)

FAR: Federal Acquisition Regulation, 48 CFR Chapter 1. The Federal regulation governing all Federal contracting.

FTE: Full time equivalents. An FTE is calculated on the person-hours available for work per year by the Office of Management and Budget.

FY: Fiscal Year. The Government's accounting period - the 12 months starting on October 1 of the current year and ending September 30 of the next calendar year (e.g., 10/1/94 - 9/30/95).

GTR: Government Technical Representative. The individual in one of HUD's program offices who is responsible for the technical direction and evaluation of the Contractor's performance. See also clause G.2.

GTM: Government Technical Monitor. The individual to whom the GTR delegates some or all of his/her technical direction/evaluation responsibilities. See also clause G.3.

HAP CONTRACT: Housing Assistance Payment Contract.

HOUSING ACT: The National Housing Act - PL 479, 73rd Congress, 48 Stat. 1246, 12 U.S.C. 1701 et seq.

HUD: United States Department of Housing and Urban Development.

HUDAR: HUD Acquisition Regulation, 48 CFR Chapter 24. HUD's procurement regulation implementing and supplementing the FAR.

IFB: Invitation for Bid.

KEY PERSONNEL: All project management staff listed in the offerors proposal in a position of authority (line manager) above the on-site manager, and/or on-site maintenance personnel, as well as any other personnel the Contractor designates as a key person involved in oversight of the responsibilies under the contract are key personnel and subject to the provisions of HUDAR 2452.237-70.

LOW-INCOME BUSINESS: A business that is 51% or more owned by low-income persons; employs a substantial number of low-income persons for the type of activity in which the business is engaged; or is substantially owned, but less than 51% owned by low-income persons and employs low-income persons in key management positions.

LOW-INCOME PERSON/FAMILY: A person or family whose annual income does not exceed 80% of the median income in a geographic area with adjustments for larger and smaller families. Median income for a geographic area can be obtained by contacting the GTR/GTM.

LOW-INCOME RESIDENT: A low-income person or family who resides in the project(s) managed under this contract.

**SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)**

1. Overall Scope of Services (Continued)

MONTHLY: Once each calendar month.

MIP: Mortgagee-in-Possession.

PCB's: Polychlorinated Biphenyls.

PMS: Property Management System. The title of the current automated data and accounting management system used by HUD's Multifamily Property Disposition program.

PMS USER MANUAL: The manual describing the use of the current data and accounting management system.

PMS SERVICE CENTER: The facility which maintains the computer system and provides technical assistance for the current data and accounting management system. PMS is operated by Data Prompt, Inc. under contract to HUD.

PROCUREMENT: Acquisition of supplies or services by means of purchasing or awarding contracts/subcontracts.

QUALITY CONTROL: The method used by the Contractor to control the quality of goods and services produced.

QUARTERLY: Once every three calendar months.

RFP: Request for Proposal.

SCA: Service Contract Act of 1965, as amended (41 U.S.C. 351 et seq.) Applicable to on-site personnel other than administrative, professional and managerial and to purchases and contracts exceeding $2500.

SEMI-ANNUALLY: Once every six calendar months.

VERY LOW-INCOME PERSONS: A person whose annual income does not exceed 50% of the median income in a geographic area with adjustments for smaller and larger families. Median income for a geographic area can be obtained by contacting the GTR/GTM.

WAGES: Payment for services as appropriate with Davis Bacon Act (must be job specific/locale) and Service Contract Act for on-site employees specific to job and locale.

WEEKLY: Once every seven days.

2. General Project Management Responsibilities

The following general project management responsibilities are to be provided by the contractor as part of the effort paid for via the management prices set forth in Section B:

2.1. Maintaining a main office properly staffed, equipped and supplied, including a 24 hour emergency telephone number (any office established to support this contract shall have such a 24 hour monitored number, including on-site project offices). The contractor shall also maintain a Telecommunications Device for

2. General Project Management Responsibilities (Continued)

Deaf Persons (TDD) in the main office and any local office established. The contractor must also maintain bookkeeping and clerical support, computer equipment necessary to meet the requirements of the PMS Procedures Manual, and maintain those normal overhead items necessary to maintain an office from which the work of this contract is to be managed. At a minimum, the office from which the Contractor proposes to manage this contract must be located in the same time zone as that of the HUD HUB Office (Atlanta HUD Office is located in the Eastern Time Zone; Fort Worth is in the Central Time Zone). The PM office will be open on the same days as the HUB Office, and will observe the same Federal Holidays as the HUD Office. For purposes of this contract, office locations in Puerto Rico or the Virgin Islands are considered as being in the same time zone as the Atlanta REO HUB, but if so located, office hours of the PM staff will coincide with actual office hours of the HUD office and will be open for business during the same hours as the REO HUB Office. The PM office from which the work of this contract is managed and all project site offices will remain open except for the traditional Federal Holidays observed by HUD.

At the discretion of the Fort Worth Contracting Officer or GTR, the contractor may be required to establish an office in the HUB HUD Office local area, i.e. Dallas/Fort Worth Combined Metropolitan Statistical Area (CMSA) (Includes the Counties of Collin, Dallas, Denton, Ellis, Hunt, Kaufman, Rockwall, Hood, Johnson, Parker, and Tarrant). If the contractor's office, designated in their proposal, from which they propose to manage the work under the requirements of this contract, is not located in the Dallas/Fort Worth CMSA, the contractor must be prepared to establish, and must demonstrate the capability of establishing, within 30 days of notification to do so by the GTR or Contracting Officer, a local office within the Dallas/Fort Worth SMSA from which to manage the work of this contract, with that local office meeting the above listed requirements. The contractor must be prepared and capable of having the key personnel, designated in their proposal as being charged with the management responsibility of this contract, operate from that locally established office five days a week, Monday through Friday, during the above established office hours.

Failure to establish and properly staff such a local office within 30 days if so directed by the GTR or Contracting Officer will be considered non-performance of the requirements of this contract. The contractor may be directed to establish such an office in the HUB HUD area immediately upon award of the contract, or at a later time if the Contracting Officer or GTR determine it necessary to improve coordination or effect improved monitoring and management of the contractor. There will be no additional compensation to the contractor from the Government for establishing such a local office if directed to do so, and the cost of maintaining the office is not a cost-reimbursable item under the cost reimbursement provisions of the contract.

**PLEASE NOTE: NOTWITHSTANDING THE ABOVE, THE ATLANTA HUB WILL NOT REQUIRE AN OFFICE IN THE ATLANTA SMSA AS A REQUIREMENT OF THIS CONTRACT, AND WILL ONLY REQUIRE IT TO BE LOCATED IN THE ATLANTA TIME ZONE.**

**SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)**

2. <u>General Project Management Responsibilities (Continued)</u>

The computer equipment, that is used in both the main/local office and the project offices, must also be able to access HUD's electronic mail communication system or, alternately, have e-mail access through Internet. Additionally, the computer equipment must enable the contractor to communicate in HUD's standard word processing and data processing systems. HUD is in the process of converting to a Microsoft platform (Windows 95, Word, Excel, and Access). The conversion is expected to be completed by the end of March 1997.

2.2. Designing, operating, and maintaining procedures and systems needed to increase occupancy, keep project(s) running smoothly, and prevent deterioration.

2.3. Monitoring project operations by periodic (at least once every two weeks) on-site visits. Visits will be conducted by a Key Person in a position of authority above the on-site managers.

2.4. Keeping the Government Technical Representative (GTR) and/or Government Technical Monitor (GTM) informed of project operations through monthly reports, as required herein and as otherwise required by the GTR/GTM herein.

2.5. Recruiting, hiring, training, and supervising project personnel, includes all testing and pre-employment fees. Job descriptions for all employees are to be approved prior to hiring and kept on file at HUD.

2.6. Analyzing and solving project problems.

2.7. Soliciting quotes and preparing specifications or solicitations for repair work or other procurements to be awarded and providing inspection services, as specifically requested by the GTR/GTM.

2.8. Promoting and maintaining good relations with residents and their representatives, neighborhood groups, and local government officials.

2.9. Meeting with the Contracting Officer and the GTR/GTM.

2.10. Assisting in the sale of project(s).

2.11. Paying all late fees levied against HUD and discounts lost as a result of the Contractor's failure to promptly transmit undisputed invoices.

2.12. Obtaining and maintaining proper licenses to operate a project management company within the contract jurisdiction.

2.13. Paying all late fees and penalties levied against the contractor and/or HUD as a result of contractor's failure to promptly coordinate with HUD's national tax appeal contractor on tax issues or failure to pay, if that approach is agreed upon, tax and similar bills.

2.14. Subcontracting, as provided in paragraph 6. Purchases over ~~[illegible]~~ 50,000 shall be advertised in appropriate newspapers or technical publication at least once a week for a minimum of two weeks prior

2. General Project Management Responsibilities (Continued)

to issuance of the solicitation.

2.15. Providing relocation assistance, as provided herein.

2.16. Costs not reasonable and necessary for the operation of the property (excessive) costs incurred by failure to purchase at the most reasonable price (feasibility considered), cost of refreshments (unless approved in writing in advance by HUD for resident initiative purposes).

2.17. Any cost or penalties (including damages awarded tenant, court costs, and attorney fees) which are incurred due to PM not complying with Section C, paragraph 17 regarding proper return of security deposits and notification of withholding to tenant.

2.18. Photocopy and distribute memoranda, notices, etc., to residents as required by the GTR/GTM.

2.19. Notify all residents of any proposed rent increases, major repairs, or sale of project as required in the regulations at 24CFR 290.

3. Project Expenses

3.1. Maintenance of time and attendance records for all project employees. These records must indicate the actual number of hours worked by each employee each day.

3.2. Employees must be paid in accordance with the Service Contract Act, for actual hours worked and for authorized overtime, vacation, sick, and holiday time.

3.3. The Contractor will pay all payroll costs for project employees but will be subsequently reimbursed by HUD as a project expense. (See PMS Procedures Manual attached in Section J.) At the time a project is assigned, HUD will approve, using applicable Service Contract Act wage determinations as the guide, the project employee payroll for that project; all proposed payroll changes subsequent to the initial review must be submitted by the Contractor to HUD for approval. Employee payroll for positions not specifically approved by HUD will not be reimbursed. The Contractor shall not use project employees to perform those services for which the Contractor is paid a management fee.

Items needed to properly equip and maintain project offices (e.g., copiers, telephones, postage) will be reimbursed as project expenses but only to the extent that HUD approved such expenditures before they were made. The GTR and Contracting Officer have determined that, since the contractor is required to have qualified, trained personnel on the project site, there should be little need for long distance telephone calls from/between the project/project employees and the PM office/PM employees and/or between other properties. Therefore, HUD will not pay for nor reimburse the PM for these expenses. The PM shall maintain a detailed long distance control log at each project. The PM shall submit a copy of the log to the GTR with the PMS 106 and original telephone bill upon receipt of each monthly telephone bill prior to processing to PMS for payment.

SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)

4. Assignment of Properties

Projects shall be assigned to the Contractor by written notice from the Contracting Officer, Government Technical Representative, Government Technical Monitor, or a successor designated in writing by the Contracting Officer in accordance with the ordering procedure in Sections G and I of this contract.

5. HUD Project Authorizations

No later than ten (10) days after assignment of a project to the contractor, the GTR/GTM shall provide the contractor an Authorization for Project Operations, which authorizes the number of project employees by Service Contract Act job classifications and wage rates, and an authorization for Rental Rates, which authorizes the maximum rental rates to be charged.

6. Subcontracting

6.1. The Contractor shall procure such supplies, materials, equipment and services as may be necessary for the maintenance, repair, and operation of the project(s). Procurement by subcontract is subject to the requirements for advance notification and consent to subcontract contained below. HUD shall pay for the purchases pursuant to the PMS Manual. The Contractor, with HUD's approval, shall be responsible for all required procurement functions which shall include but is not limited to appropriate advertisement, mailing of solicitations, receiving and opening quotes/bids/offers, abstracting of quotes/bids/offers, administering purchase orders and contracts, and making the determinations for award. The contractor shall establish and maintain a procurement system to adequately plan, conduct and document purchases made in support of this contract subject to the following review levels:

| Dollar Level | Extent of prior HUD review required |
|---|---|
| $0-50,000 | no review |
| $~~25,001~~-$100,000 $50,001 | prior written review and approval (submission by contractor will be limited to a brief summary of the procurement, including either a list of competition received or a statement of price reasonableness, with a place for GTR/GTM signature at the end of the summary) |
| $100,000 and above | prior written review and approval (submission by contractor will include copies of all documents pertinent to the procurement including but not limited to copies of the solicitation, bids/proposals received, bid/proposal abstract, determination of responsibility, determination if a bidder or offeror is found non-responsible, and a page for HUD approval) |

6.1.1. The Contractor is authorized to enter into subcontracts for necessary supplies and services without notification to the GTR/GTM when the procurement does not exceed $25,000.

This page changed (change highlighted) by Modification 2 to the contract.

6. Subcontracting (Continued)

6.1.2 The contractor shall provide **10 working days** advance notification to the GTR/GTM prior to entering into a subcontract for necessary supplies/services when the procurement is between $25,001 and $100,000. Notification must be hand delivered to the GTR with the Contractor's copy signed as received by the GTR, or mailed to the GTR certified return receipt requested, and 10 day period will begin at date receipt signed by the GTR. The GTR/GTM shall provide written notification within 10 working days if denial or modification of the procurement is required.

6.1.3. The Contractor shall obtain the consent to proceed of the GTR/GTM and Contracting Officer before entering into any subcontract for necessary supplies/services when the procurement exceeds $100,000.

6.1.4. The Contractor shall comply with FAR 52.244-5, Competition in Subcontracting.

6.1.5. All procurements shall be documented with evidence of price reasonableness. Competitive negotiation in excess of $25,000 shall be supported by a price negotiation memorandum prepared in accordance with FAR 15.808. If only one source is solicited or if only one bid/offer is received, the file shall be fully documented to explain the absence of competition and the reasonableness of the price.

6.1.6. When the estimated cost of a single item or the total cost of a series of related items to be procured at one time exceeds $2,000 for construction work (e.g. roofing, painting, plumbing, electrical, etc.) or exceeds $2,500 for service work (e.g. carpet cleaning, carpet/vinyl installation, debris removal, etc.) the Contractor shall, in addition to the requirements set forth elsewhere in this contract, ensure that the applicable Davis-Bacon or Service Contract Act wage determinations and all applicable FAR 52.222-11 Subcontracts (Labor Standards) are included in the solicitation and resultant subcontract. The Contractor shall obtain the applicable wage determinations from the appropriate HUD Labor Relations Office for the area in which the property is located. There are 10 (ten) HUD Labor Relations Offices in the United States. These are listed in Section J, with their respective jurisdiction.

6.2. In addition to contracting for the items above, the Contractor shall, at the direction of the GTR/GTM, subcontract for services in support of the project(s), including but not limited to the following:

6.2.1. Architectural and engineering (A&E) services*

6.2.2. Environmental survey and testing services

6.2.3. Appraisal services

6.2.4. Specialized technical services for

This page changed (change highlighted) by Modification 2 to the contract.

6.2.7 Project Demolition Services

6.2.8 Once an assignment has been given to the PM to contract for any necessary repairs or services, the assignment must be completed by soliciting for and awarding a contract for construction or services. In some instances, a project may be sold prior to the completion of that assignment and management fees will be discontinued at that time, but assigned work must be completed, including: preparing, advertising and issuing solicitation, awarding subcontract, administering sub-contract including required inspections of work in progress, final inspection, and payment through the PMS system of the subcontractor and any A&E contracted for by HUD to monitor the contract. No additional compensation other than those management fees that accrued prior to sale of property will be made for the completion of that work assigned prior to the sale of the property. It is estimated that assignments to contract for repairs or services where the work effort continues after the sale of the property will occur in no more than 5% of the projects (complexes) assigned to the KTR (PM). The Contractor (PM) should provide for the requirement to complete work in these instances as part of the monthly management fee (price) offered in Schedule B, understanding that no further liability for monthly payments will accrue to HUD after the date of sale of any property.

**SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)**

6. <u>Subcontracting (Continued)</u>

nursing homes and retirement centers

6.2.5. Security guard services

6.2.6. Comprehensive Survey and Repair Plan

* It is noted that separate contracts for A&E services exist for the contract areas so the requirements in these areas for A&E services may be minimal, but the Contractor shall be prepared to provide this service if needed.

The GTR/GTM will provide examples of previous statements of work or assist the Contractor in development of the statements of work if the Contractor is directed to subcontract for additional services.

6.3. Subcontracts shall be competitive to the maximum practical extent, and the contractor shall retain, in its files, documentation establishing the reasonableness of the price paid, in accordance with FAR 52.244-2.

6.4. The Contractor shall establish and maintain a purchasing system acceptable to the Contracting Officer, to adequately track and document each project's subcontracts. The Contractor's Purchasing System shall be submitted to the Contracting Officer in writing for approval within 30 calendar days of Contract award ( Sample is provided in Section J). The system shall include provision for (but is not limited to) the following data being a part of the purchasing files:

6.4.1. The Contractor's purchase order or contract number.

6.4.2. The date of award.

6.4.3. The name of the contractor's employee who served as the buyer.

6.4.4. A list of the items purchased with quantity and unit prices for each item and total price shown.

6.4.5. The proposed delivery date.

6.4.6. The level of competition on the purchase. If competition was not sought or received, the contractor's files must contain written justification as to the reasonableness of the price(s) paid and, if not sought, why.

6.4.7. A justification if award was made to other than the low quoter or bidder.

6.4.8. The name, address and telephone number of each firm solicited, including the date quotes were received and the name of the person who provided the quote.

6.4.9. The PMS obligation and monthly PMS reports monitoring payments against obligations.

6.4.10. The name of the contractor's employee(s) designated to

6. Subcontracting (Continued)

receive the deliverables.

6.5. Purchases shall only be made in accordance with the HUD authorized project budget and the HUD approved Management Plan. Inclusion of an item on either of these plans does not, however, relieve the contractor from the requirement to submit the procurement for review as required above.

6.6. The Contractor shall perform periodic outreach to, and utilize the services of, small and small disadvantaged businesses in accordance with FAR 52.219-8. A status report of such outreach shall be provided with the monthly report required herein.

6.7. HUD shall pay for these subcontracts directly pursuant to the PMS Procedures Manual.

6.8. The Contractor is prohibited from certain actions as set forth in the paragraph entitled Prohibited Activities in Section G of this contract.

6.9. If, because of a situation requiring immediate attention, it becomes necessary for the Contractor to purchase goods or services exceeding the review level stated above and neither the Contracting Officer nor GTR/GTM can be contacted to provide such review and approval, the Contractor may procure the necessary goods or services, but must notify the Contracting Officer or GTR/GTM the next business day or the earliest time possible, providing sufficient written documentation to justify the expenditure. Maximum competition must be obtained for all emergency purchases.

6.10. HUD will not pay for Contractor purchases when such expenditures are not needed for the operation of the project, or the Contracting Officer determines the cost of goods or services purchased are not allowable, allocable, or reasonable.

6.11. Purchases that are below the micro-purchasing level (currently $2,500) set forth by the Federal Acquisition Regulation do not have to be competed as long as the price received is considered reasonable. Such purchases are to be equally rotated among all interested contractors or suppliers.

6.12. The contractor shall ensure that all personnel responsible for purchasing over $100,000 shall meet the following minimum training requirements:

Contract Acquisition-----80 clock hours
Contract Administration--80 clock hours
Cost & Price Analysis----40 clock hours

Any exceptions or waivers must be approved by the Contracting Officer prior to performance by the individual under this contract. The contractor shall identify the individual(s) authorized to sign subcontracts; these individuals will be identified as key personnel under the contract clause titled Key Personnel.

6.13. The Contractor shall establish and maintain such written

SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)

6. Subcontracting (Continued)

procedures as may be necessary to carry out subcontract actions and establish procurement authority and responsibility.

7. Inspection of Work

7.1. The Contractor shall provide inspection services for all its subcontracts and, as directed by the GTR, for services contracted for directly by HUD. Such inspections shall assure that supplies and services were completed timely and were performed in compliance with the specifications and requirements of the covering purchase order or contract.

7.2. The Contractor shall provide inspection services by qualified inspectors except for repair/renovation subcontracts exceeding $25,000, for Contractor procurement and as directed by the GTR, for HUD contracted services. Such inspections shall ensure that supplies/services are timely completed, meet the quantities as stated, and work is performed in compliance with the specifications and in a manner acceptable to the GTR/GTM. Inspections shall be performed at least weekly. A record of each visit shall be recorded and signed by the inspector in a weekly log maintained for each subcontract action under $25,000. All inspections of renovation/repair work for subcontracts that are estimated to exceed $25,000 will be performed by an A & E inspection contractor unless the PM is directed to do so by the GTR/GTM. The Contractor/A&E inspector shall promptly inspect work ordered and completed, and if acceptable, forward payment requests to PMS within five (5) business days of receipt of a proper invoice.

7.3. If work is not acceptable, contractor shall, within five (5) business days, notify the vendor in writing to obtain acceptable corrective action.

7.4. Contractor's failure to promptly inspect or dispute an invoice can result in penalties under the Prompt Payment Act. If such penalties are incurred due to Contractor action, the Contracting Officer or GTR/GTM shall deduct such penalties from the Contractor's next monthly management invoice.

7.5. The Contractor shall not be required to conduct inspections of repair/renovation subcontracts in excess of $25,000 unless instructed by the GTR/GTM. However, the contractor is not relieved of the responsibility for the proper performance of subcontractors. Renovation Inspectors must be qualified for the work they are inspecting. The Contractor shall submit qualifications and work history of all inspectors to be used for the approval of the GTR/GTM prior to the award of renovation subcontracts. Daily construction/repair site visits are required during repair/renovation subcontracts in excess of $25,000 and at least weekly for those repair/renovation subcontracts under $25,000. A record of each visit shall be recorded and signed by the inspector on a daily/weekly log maintained for each subcontract action being performed.

7.6. Re-performance for latent defects. The Contractor is responsible for ensuring re-performance of work with latent or patent defects in accordance with appropriate inspection and warranty clauses.

7. Inspection of Work (Continued)

Re-performance shall be at no additional cost to the government. Failure of the contractor to pursue appropriate remedies prior to expiration of warranties may result in requiring re-performance at the contractor's expense.

7.7. Progress reports. A Gantt Chart type status report shall be prepared for all rehabilitation projects approved in the management plan. The report shall include projected and actual dates of all milestones, (costs, bidding, specification writing, awards). Two (2) copies of the Gantt Chart are to be submitted to the GTR/GTM with the monthly reports.

7.8. Davis-Bacon Program Compliance. The contractor shall perform administration and enforcement actions required by the Davis-Bacon Act and FAR 22.406 for all construction actions, including repairs, issued exceeding $2,000. Specifically, the contractor shall:

7.8.1. Ensure all contractors and subcontractors, before commencement of work, are informed of their obligations under the labor standards clauses of their contract/order. The information may be relayed either orally or in writing, but the PM must obtain a written confirmation from the contractor that their obligations are understood.

7.8.2. When the performance period of a contract/order exceeds 14 calendar days, the PM shall obtain payrolls and statements of compliance weekly from contractors and subcontractors within seven calendar days after the regular payment date of the payroll week covered. For performance periods of 14 calendar days or less, the PM shall obtain payrolls and compliance statements upon completion of the job. The Department of Labor Form WH-347 or similar form that provides the same data may be used. The PM will also perform a review of the payrolls and payroll statements to ensure compliance with the wage determinations.

7.8.3. On contracts for which the HUD A/E is performing inspections, the PM shall forward the payrolls and compliance statements to the A/E for comparison to compliance checks and interviews conducted by the A/E. The A/E will provide a final report to the GTR.

7.8.4. On subcontracts exceeding the Davis-Bacon threshold for which the HUD A/E is not performing inspections, the PM shall perform the wage rate compliance checks and employee interviews in accordance with FAR 22.406-7(b)(1) & (2). the first compliance check shall be accomplished within 14 calendar days of the subcontractor starting work at the job site and at least every 30 days thereafter. If more than one trade is working, the PM shall interview individuals from the various trades. The Contracting Officer may also request special checks in accordance FAR 22.406-7(c). All interviews shall be documented on the SF 1445. The PM shall then compare the SF-1445, employee interview, to the payrolls. The PM will forward the payrolls and associated documents, with a certification that a review of the documents was conducted and that no/any discrepancies were

**SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)**

7. Inspection of Work (Continued)

detected within 5 working days of receipt of the payrolls (all payrolls shall be date stamped with date received by the PM). These actions must be timely, as the Contracting Officer is required to withhold from invoice payments for discrepancies to protect the rights of the Government and the employees of the contractors. Should any non-compliance with the wage determinations and/or other Davis-Bacon Act provisions be revealed, the PM will complete the Standard Form 1446 through the part of the form titled "NATURE AND EXTENT OF VIOLATION" and forward immediately to the HUD Contracting officer for further action.

7.8.5. The PM must safeguard all payroll records in it's possession to prevent any public disclosure as the records involved contain information subject to the Privacy Act and may contain proprietary information. Questions regarding release of this information may involve the Freedom of Information Act.

7.8.6. In addition to forwarding of the above 1446's as noncompliances are discovered, the PM shall forward, on a monthly basis, a letter detailing the number of inspections made during the previous month, number of employees interviewed, and information as to subcontractor's compliance with the requirements of FAR 22.404-10 (Posting wage determinations and notice) and copies of all SF 1445's completed on that subcontract in the previous month, no later than the 5th working day of the month following the month in which the inspections and interviews were conducted, to the GTR.

7.8.7. Obtain from the construction contractors and subcontractors at any tier a fully executed Standard Form 1413, Statement and Acknowledgement, upon award of each subcontract/order. Specifically, if a prime contractor subcontracts any work, the contractor must submit an SF 1413. If any subcontractor further subcontracts any work, the subcontractor must also furnish an SF 1413. The PM shall forward the SF 1413's to the GTR within two working days after receipt. The PM shall not authorize any work to start until they have received the required SF 1413(s).

7.8.8. Cooperate fully in any labor standards investigations performed by the GTR, Contracting Officer or the Department of Labor. The PM may be required to perform additional compliance checks, at no additional cost to the Government, to validate discrepancies from previous checks.

8. Task to be Done Immediately Upon Assignment of Project(s)

8.1. Within five (5) calendar days of the later of the effective date of this Contract or assignment of a project, the Contractor shall do the following:

8.1.1. Notify residents in writing that HUD has assumed responsibility for the project, in a manner and form prescribed by the GTR/GTM.

8. Task to be done Immediately Upon Assignment of Project(s) (Continued)

8.1.2. Notify taxing authorities of the change of ownership and/or MIP status, as appropriate, and, working in coordination with the national tax appeal contractor, establish status of tax account, including the address to which tax bills are to be forwarded.

8.1.3. Coordinate with national tax appeal contractor to ensure that all available tax exempt certifications are executed, thereby ensuring that all available tax exemptions are obtained.

8.1.4. Notify utility companies of change in ownership.

8.1.5. Nursing Home Services - The PM Contractor shall immediately (within the 5 calendar days listed above) make a determination to directly manage or subcontract out on site services for patient care. The PM contractor may operate assigned Nursing Homes either by direct hire of on-site Nursing Home personnel required to operate occupied projects, with payroll of project personnel being a cost reimbursable expense, or may subcontract with a firm specialized in providing Professional Personnel or Nursing Home Management Services to provide and maintain the required patient level of care and bookkeeping and accounting services needed at the Nursing Homes assigned.

Subcontracting for any firm to provide Professional Personnel or Nursing Home Management Services would result in the actual payments made to project personnel approved by HUD in the Project Budget, that are hired by the sub-contractor, being a reimbursable expense for the PM contractor for actual hours worked on-site at the HUD approved hourly rate for that skill category, as proven by payroll submittal for hours worked, or salaries paid in the amounts HUD approved for on-site management salaried individuals. No fee's will be paid to such PM subcontractors by HUD nor will such fees be a cost-reimbursable item by HUD, as all personnel and management services necessary to operate the Nursing Homes are the responsibility of the PM, other than approved on site project personnel salaries or wages and payroll benefits as approved in the project budget which are a cost-reimbursable expense.

Should such Professional Personnel and Nursing Home Management Services be acquired by the PM through subcontracting with a firm to provide them, this will not relieve the PM contractor of the responsibility for the proper operation of the Nursing Home(s). The PM is accountable for the actions of any firm(s) with which it subcontracts and will be held accountable for their actions with respect to the requirements of this contract. If on-site management of a Nursing Home is subcontracted out to another firm, the PM must insure that the firm is properly licensed to operate a Nursing Home in the municipality and State in which the project is located, and that any permits, licenses and/or certificates necessary to operate a Nursing Home are obtained, filed with the appropriate authorities,

**SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)**

8. <u>Task to be done Immediately Upon Assignment of Project(s) (Continued)</u>

and properly displayed in compliance with any local ordinance, state law, or Federal statute. The PM will also insure compliance on the part of the contractor with any directives issued by any public agency having jurisdiction in the operation of the Nursing Home assigned.

If the PM does not subcontract out for on-site management, the PM will insure that such licenses, permits, and certifications that are required and necessary are obtained, filed with the appropriate authorities, displayed in compliance with any ordinance, state law, or Federal statute which requires such action, and will insure that on-site employees that are hired have the required expertise and qualifications necessary to perform the services required to provide the proper level of care for the operation of the Nursing Home(s) assigned them.

All services must be provided in accordance with sound management policies and practices, and in accordance with all applicable statutes, regulations, and directives. All project operating expenses incurred that are necessary for the administration and operation of the assigned properties, other than subcontractor fees as excluded in the above paragraphs, shall be paid by HUD through the PMS accounting system. HUD reserves the right to direct the PM to pay such allowable operating expenses as HUD may deem necessary out of a project's operating income. Authority to do so must be given to the PM in writing by the GTR or Administrative Contracting Officer assigned to the administration of this contract.

Should the PM Contractor subcontract out on site manager services for patient care they shall remain responsible for the maintenance of the physical facility and will make recommendations for the repair and improvement of Nursing Home physical conditions to the GTR/GTM as required to maintain the premises in a decent, safe, and sanitary operating condition. The PM will insure that the grounds and landscaping are maintained at all times to present a neat and clean appearance, and will insure the lawn is mowed regularly so as to maintain a high standard of appearance.

8.2. The Contractor shall, <u>within ten (10) calendar days</u> of the later of the effective date of this Contract or assignment of a project, or as otherwise directed by the Contracting Officer or the GTR/GTM, purchase and deliver to each assigned project computer equipment meeting the minimum specifications of the PMS Procedures Manual and the additional requirements described above. Contractor shall also establish a project data base with the PMS mainframe completing a series of data screens in accordance with the PMS Procedures Manual within 10 days of takeover. This is the responsibility of the PM and performed at the PM's office by qualified PM staff.

9. <u>Inspection Report</u>

<u>Within 30 calendar days</u> of the later of the effective date of this Contract or assignment of a project, the Contractor shall complete the

initial physical survey, plan, and actions defined in Handbook 4315.1 Rev-1 Par. 10-5 on all units and common areas, noting conditions which do not meet the standards discussed herein and listing conditions affecting the health or safety of the residents and requiring prompt correction.

10. Management Plan

10.1. Within 60 calendar days of the later of the effective date of this Contract or the date of assignment of a project, the Contractor will prepare and submit to the GTR/GTM two copies of a proposed Management Plan for each project assigned.

10.2. Within five (5) business days of receipt, the GTR/GTM shall review the proposed Management Plan and discuss any comments or changes with the Contractor.

10.3. The Contractor shall modify the Management Plan as required by the GTR/GTM and submit a revised plan to GTR/GTM for approval within ten (10) business days.

10.4. The Management Plan will be approved by the GTR/GTM in writing.

10.5. Once approved, the Management Plan shall be used as a guide for operation of the projects(s).

10.6. The Management Plan shall be reviewed by the Contractor and the GTR/GTM and updated concurrently with the preparation of the annual budget, or more often as directed by the GTR/GTM in writing.

10.7. The Management Plan shall include, but is not limited to, the following items:

10.7.1. Recommended current and projected rental rates for each dwelling unit and commercial space in accordance with procedures under the Section of the Act under which the project's mortgage was insured, taking into consideration adjustments for the condition of each unit or space.

10.7.2. For Nursing Homes and Retirement Service Centers, plans for the continuation of special services such as meals, maid service, technical staff, transportation services for residents, etc. These services may include the placement of a qualified licensed administrator and the establishment of a bank account for the operation of the facility in accordance with HUD Handbook 4315.1, Chapter 8.

10.7.3. Rental policies, with specific emphasis on marketing vacancies, resident selection, including methods of investigation, certification and recertification of income, policy to minimize over-housed and underhoused residents, move-in and move-out procedures, collections, delinquencies, workout plans and evictions, including an estimated schedule of fees and costs involved in collections of delinquencies.

10.7.4. Plans for the most effective metering of utilities, i.e., whether or not utilities should be individually metered or master metered.

**SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)**

10. Management Plan (Continued)

10.7.5. Procedure to be used to provide reasonable advance notice, as determined necessary after coordination with the national tax appeal contractor, in time for making real estate tax appeals.

10.7.6. Arrangements and procedures to be used to secure and forward to PMS or the tax servicer as directed by the GTR/GTM all real estate tax bills for payment in time to take advantage of any discounts and avoid penalties.

10.7.7. Procedures to assure proper discounts are taken on all purchases and billings.

10.7.8. Plans to minimize expenses for telephone equipment and local and long distance telephone service.

10.7.9. Methods to be used to assure accurate and up-to-date resident income certifications for residents who may be eligible for subsidy which conform with the procedures in HUD Handbook 4350.3, Occupancy Requirements of Subsidized Multifamily Housing Programs, which is hereby incorporated into and made a part of this contract.

10.7.10. A complete physical description of the condition of the property, including a listing of all known code violations, if any.

10.7.11. A full inventory of chattels and personalty, showing the number, location and condition of each item.

10.7.12. Planned services, facilities, material and labor for effective and efficient operation and maintenance of project systems and grounds.

10.7.13. Planned work order system for repairs.

10.7.14. Identification of repair needs, including actions needed to reduce short and long-term operating costs.

10.7.15. Plan to complete repairs when such repairs are necessary to maintain decent, safe and sanitary living environment.

10.7.16. Identification and description of problems and recommended cures.

10.7.17. Maintenance of an inventory log to keep track of supplies, equipment, keys, etc.

10.7.18. Procedures to be used to assure periodic inspection of all dwelling units, commercial units, and common areas.

10.7.19. Plans for pest and rodent control.

10.7.20. Procedures for energy conservation procedures (See Section J).

10.7.21. A detailed description of the process for handling emergency subcontracts to eliminate hazardous or unsanitary

SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)

10. Management Plan (Continued)

conditions, during and after normal working hours. This process must provide, at a minimum, for the maintenance of a vendor source list and bidding documents covering projected types of emergency repairs.

10.7.22. A plan of how the Contractor will respond to resident concerns as identified in the questionnaire discussed herein and address resident initiative issues in general. The Management Plan must also indicate whether or not, based on the questionnaire results, the residents are or will be organized as a resident council or resident management corporation. The plan should include, to the extent practicable, a description of the organization's structure. The Management Plan must also indicate the extent to which the Contractor will provide employment and management opportunities, whether paid or voluntary, for residents.

10.7.23. A plan of how the Contractor will advertise for subcontractors, project(s) personnel, and applicants.

10.7.24. Identification of any continuing, projected or anticipated use of one or more living units for the following purposes:

10.7.24.1. An on-site project office, including furniture and equipment needed to establish and maintain its operations.

10.7.24.2. Storage or display purposes.

10.7.24.3. Model apartment(s).

10.7.25 A detailed description of the Contractor's purchasing system.

10.7.26. Plans for an Affirmative Fair Housing Marketing (AFHM) Policy shall be implemented in accordance with 4315.1, Chapter 6.

11. Budget

11.1. Within 60 calendar days of the later of the effective date of this Contract or assignment of a project, the Contractor shall prepare and submit to the GTR/GTM, in a manner and format established by the PMS Procedures Manual, a recommended budget for the current fiscal year through September 30. The approved budget, unless increased by HUD, shall constitute a limitation of cost which the contractor exceeds at its own risk (see FAR 52.216-8).

11.2. For each project assigned to the Contractor, a new fiscal year budget must be prepared and submitted to the GTR/GTM by August 1 of each year, so as to be ready for the start of HUD's fiscal year beginning October 1.

11.3. Contractor must submit, as needed, recommended amendments to the budget if it appears that actual project expenses will exceed budgeted amounts.

**SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)**

12. Monthly Report (Continued)

12. Monthly Report

12.1. No later than the 15th calendar day of each month, the Contractor shall, for each assigned project, submit to the GTR/GTM a monthly report of operations, attached to the monthly invoice, for the preceding month. This report will include, but it not limited to, the following:

12.1.1. A list of problems or potential problems requiring action by the GTR/GTM.

12.1.2. Using PMS reports, analysis and recommendations for all income and expenses, including delinquent resident accounts, and a discussion of all efforts undertaken to collect such rents, workout agreements executed, etc.

12.1.3. A complete description of any new damage, describing its nature and extent, including an estimate repair cost, assessment whether or not damage was caused by the tenant and, if so, indication whether or not the tenant will be charged for the damage. If the tenant will not be charged, the report should state why not.

12.2. The monthly report will comment on the Contractor's outreach to small and disadvantaged businesses as required above. The information provided in this area will reflect the total number of purchases made and show the number of these awarded to large business, small business, small disadvantaged business, and women-owned business.

13. Placement of vacant units in rentable condition

13.1. Unless otherwise instructed by the GTR/GTM, the Contractor shall place units in a rentable condition within fifteen (15) working days after a vacancy occurs.

13.2. The inventory of vacant units ready for occupancy should not exceed the number of units which can be rented within a 30-day period.

14. Inventory Log and Diagrams

The Contractor shall prepare and maintain an inventory log to keep track of supplies, equipment, keys, etc. The Contractor shall also maintain detailed diagrams of shut off valves, fuse boxes, pumps, fans and other equipment needed for the proper operation of the project.

15. Leasing of Units

15.1. The Contractor will lease dwelling units and commercial space as needed to meet market demand and reduce vacancies; however, dwelling units shall not be leased as commercial space or vice versa without the prior approval of the GTR/GTM.

15.2. All leases must be executed in the name of HUD on forms supplied or approved by HUD and in accordance with the HUD-approved Management Plan.

SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)

15. Leasing of Units (Continued)

15.3. Dwelling units must be leased for residential use only by lessee or lessee's immediate family and leases must include identification of all persons occupying the unit for 30 days or more.

15.4. Dwelling units in HUD-owned projects shall be leased for a month-to-month or year-to-year renewable term, as directed in writing by the GTR/GTM.

15.5. The leases for dwelling units in MIP properties that are effective on the date of MIP shall continue through expiration, at which time a new HUD format lease must be executed in the name of HUD for a month-to-month, or year-to-year renewable term, as directed, in writing, by the GTR/GTM.

15.6. Commercial space shall be leased only with the prior written approval of the GTR/GTM. Commercial leases shall be negotiated so that, at the discretion of HUD, the lease can be terminated upon 30 days written notice or automatically terminated upon closing the sale of the project.

15.7. Prior to the time a resident obtains the keys for a unit, complete the HUD supplied Unit Inspection Form noting condition of the unit, and the "Move-in" procedure pursuant to the PMS Procedures Manual.

15.8. If there is a Section 8 Housing Assistance Payments (HAP) or other HUD subsidized rental contract in effect, eligible residents whose units are covered by the HAP contract are subject to the applicable program requirements.

15.9. Ensure that when a resident vacates the project for any reason, a Unit Inspection Form supplied by HUD is completed, and the "Move-out" procedure is completed pursuant to the PMS Procedures Manual.

15.10. Notify all residents of any proposed rent increases, major repairs, or sale of project as required at 24 CFR 290.

15.11. Photocopy and distribute memoranda, notices, etc., to residents as required by the GTR/GTM.

15.12. Prior to execution of a lease, conduct such investigations of the financial and personal responsibility, and general reputation of prospective tenants as is necessary and reasonable to protect HUD against financial loss and for the protection of the physical project(s) and the reputation of the project(s).

15.13. Marketing Plan. When a property has been in the inventory at least eight months, if the vacancy rate exceeds 15% at any time, the PM shall prepare a marketing plan for the property. The PM shall submit the plan within 15 calendar days after the end of the eighth month on the month in which the vacancy rate exceeds 15%. The format for the plan will be provided by the GTR/GTM. Such plan shall also address racial and ethnic data of neighborhoods of properties and the neighborhoods or census tracts in which the properties are located. Such plan should be reviewed monthly and adjustment made as needed to ensure feasibility and cost

15. Leasing of Units (Continued)

effectiveness. For properties that have a marketing plan in place, the PM shall prepare marketing reports updating the GTR/GTM on the status of project vacancies, rehabilitation and rental of units, and the effectiveness of the marketing plan. The PM shall submit such reports to the GTR no later than the 6th of the month for the preceding month, and certified for accuracy. The reports are required as long as the vacancy rate exceeds 15%.

16. Collection of Rent

16.1. The Contractor will take appropriate actions to collect rents in a timely manner and to evict residents for cause.

16.2. The Contractor will maintain current rent accounts, as specified in the PMS Procedures Manual.

16.3. Since residents may be entitled to pay rent which is less than market comparable, the Contractor will assure that resident income certifications and recertification are performed in accordance with GTR/GTM-prescribed instructions and forms, and in a manner acceptable to the GTR/GTM.

16.4. In cases where resident accounts fall more than five (5) days delinquent, the Contractor will, on the sixth day assess a ten dollar ($10) late fee, and contact the resident, both orally and in writing.

16.5. In cases where resident accounts fall more than ten (10) days delinquent, the Contractor will, on the eleventh day, assess a second ten dollar ($10) late fee, and contact the resident, both orally and in writing.

16.6. The Contractor will negotiate written workout agreements with delinquent residents on terms equitable to HUD and the resident. Workouts should generally not exceed six (6) months in length. Workouts which exceed six (6) months require the prior written approval of the GTR/GTM.

16.7. As authorized by the GTR/GTM, the Contractor will initiate termination or eviction action on any resident when good cause exists and such conforms to 24 CFR Part 247, "Evictions From Certain Subsidized and HUD-owned Projects", including prosecution of such actions, or other proceedings, to carry out evictions, recover rents, charges, or other sums owed HUD.

16.8. Pursuant to its procedures set forth in the approved Management Plan and only after specific written authorization from the GTR/GTM, the Contractor shall contract for an attorney or collection agency to collect rents or charges more than 90 days delinquent.

16.9. The PM must attempt to collect the amount of ex-tenant delinquent accounts and applicable legal fees (in the case of evictions) in accordance with HUD Handbooks and the HUD approved Management Plan submitted by the PM.

SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)

16. Collection of Rent (Continued)

16.10. Pursuant to the Management Plan and in accordance with HUD Handbooks, the PM shall contract with a Collection Agency (or attorney, if required by State law) for collection of tenant accounts receivable.

16.11. Individual ex-tenant receivable accounts shall be referred to the Collection Agency (or attorney, if applicable) within two (2) weeks after the resident vacates the apartment.

16.12. The PM shall initiate action to write-off ex-resident accounts approximately 60 days after an ex-resident's occupancy is discontinued.

17. Security Deposits

17.1. The Contractor will collect, deposit, maintain, and refund security deposits, and keep records covering these security deposits, consistent with local real estate policy, custom and law, and the PMS Procedures Manual.

17.2. Unless prohibited by local law, the Contractor will establish, for each assigned project, an interest bearing account in a local federally insured depository for the purpose of depositing and refunding security deposits. Otherwise, the Contractor will establish non-interest bearing accounts for this purpose.

17.2.1. Each account shall be in both the names of the Contractor and HUD and shall, for each project, be clearly identified as a trust account for security deposits for that project. See Section J for a trust account example.

17.2.2. Signature cards shall be filed with the depository both for the Contractor and for HUD.

17.2.3. If an interest bearing account is used and it is not mandatory to apply earned interest to the credit of the resident, the interest earned shall be forwarded to HUD as collections.

17.2.4. If an interest bearing account is used and it is mandatory to apply earned interest to the credit of the resident, any interest earned shall be refunded together with the portion of the resident's security deposit balance, if any, to which the resident is entitled.

17.3. Security deposit funds must be maintained separately for each project and shall not be commingled with any other funds or bank accounts of any kind. Bank check costs and charges shall not be paid from the security deposit accounts.

17.4. Security deposit refunds, whether made for the entire amount paid by the resident or a part thereof and whether or not including interest, shall be made by the Contractor using either a bank check or a cashier's check made payable to the resident. Bank checks must be signed by two Contractor signatories, or one Contractor signatory and one HUD signatory.

**SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT (CONTINUED)**

17. Security Deposits (Continued)

17.5. Security deposit funds are not to be held for former residents in the security deposit account in excess of 30 days. Refunds are to be made within the time requirements of the State laws that effect the property.

17.6. The Contractor must process required information on the disposition of a resident's security deposit in accordance with the PMS Procedures Manual.

17.7. Forfeited security deposits are to be promptly forwarded to the PMS Lockbox and reported as either rent, in the case of a delinquency, or miscellaneous assessment, in the case of damage to unit.

17.8. Each account must be reconciled monthly with the PMS Security Deposit Liability report, and a copy of all the account statements as issued by the financial institution shall be forwarded to the GTR/GTM.

17.9. Upon written notice of contract expiration or termination, the Contractor will provide a complete accounting of security deposit funds, together with a listing of the individual residents and any accrued interest, for all accounts. Upon notice of a sales closing for project(s), the Contractor will provide such accounting for the funds for that account(s). Additionally, the Contractor will surrender all monies in the trust account(s) within five (5) days of contract expiration or termination, project sale(s), or at such other times as the Contracting Officer or the GTR/GTM may request.

18. Maintenance of Projects

18.1. Undertaking necessary service calls (see Section J) and/or using subcontracts as appropriate, the Contractor will maintain project(s) in a decent, safe, and sanitary condition. Actions considered necessary to maintain project(s) in a decent, safe, and sanitary condition include, but are not limited to, the following:

18.1.1. Secure vacant units against unauthorized entry by trespassers and damage by natural elements.

18.1.2. Ensure that all doors and windows in occupied units are securable (i.e., all windows and doors can be locked by the tenants).

18.1.3. Remove trash and rubbish from common areas and vacant dwelling units as needed to present a clean and neat appearance and to meet local health and sanitary codes.

18.1.4. Mow and edge lawn areas, trim shrubbery, bushes and trees, trim and weed fence lines, alley right-of-ways and sidewalk areas, rake leaves and remove litter and debris from the grounds, as needed to present a clean and neat appearance, and eliminate dangerous conditions.

18.1.5. Provide day-to-day maintenance operation and preventive maintenance schedule.