| | | |
|---|---|---|
| 13047 | Librarian | $ 19.02 |
| 13050 | Library Technician | $ 13.40 |
| 13071 | Photographer I | $ 13.95 |
| 13072 | Photographer II | $ 14.50 |
| 13073 | Photographer III | $ 17.96 |
| 13074 | Photographer IV | $ 21.02 |
| 13075 | Photographer V | $ 22.64 |

**LAUNDRY, DRY CLEANING, PRESSING:**

| | | |
|---|---|---|
| 15010 | Assembler | $ 5.95 |
| 15030 | Counter Attendant | $ 5.95 |
| 15040 | Dry Cleaner | $ 7.81 |
| 15070 | Finisher, Flatwork, Machine | $ 5.95 |
| 15090 | Presser, Hand | $ 5.95 |
| 15100 | Presser, Machine, Dry Cleaning | $ 5.95 |
| 15130 | Presser, Machine, Shirts | $ 5.95 |
| 15160 | Presser, Machine, Wearing Apparel, Laundry | $ 5.95 |
| 15190 | Sewing Machine Operator | $ 8.45 |
| 15220 | Tailor | $ 9.08 |
| 15250 | Washer, Machine | $ 6.73 |

**MACHINE TOOL OPERATION AND REPAIR:**

| | | |
|---|---|---|
| 19010 | Machine-tool Operator (Toolroom) | $ 14.94 |
| 19040 | Tool and Die Maker | $ 21.69 |

**MATERIALS HANDLING AND PACKING:**

| | | |
|---|---|---|
| 21010 | Fuel Distribution System Operator | $ 13.29 |
| 21020 | Material Coordinator | $ 13.24 |
| 21030 | Material Expediter | $ 13.24 |
| 21040 | Material Handling Laborer | $ 9.37 |
| 21071 | Forklift Operator | $ 11.55 |
| 21080 | Production Line Worker (Food Processing) | $ 11.55 |
| 21100 | Shipping/Receiving Clerk | $ 11.38 |
| 21130 | Shipping Packer | $ 11.38 |
| 21140 | Store Worker I | $ 10.35 |
| 21150 | Stock Clerk ( Shelf Stocker; Store Worker II ) | $ 11.38 |
| 21210 | Tools and Parts Attendant | $ 11.55 |
| 21400 | Warehouse Specialist | $ 12.33 |

**MECHANICS AND MAINTENANCE AND REPAIR:**

| | | |
|---|---|---|
| 23010 | Aircraft Mechanic | $ 15.78 |
| 23040 | Aircraft Mechanic Helper | $ 11.55 |
| 23060 | Aircraft Servicer | $ 13.24 |
| 23070 | Aircraft Worker | $ 14.09 |
| 23100 | Appliance Mechanic | $ 14.94 |
| 23120 | Bicycle Repairer | $ 12.40 |
| 23125 | Cable Splicer | $ 15.78 |
| 23130 | Carpenter, Maintenance | $ 14.94 |
| 23140 | Carpet Layer | $ 14.09 |
| 23160 | Electrician, Maintenance | $ 15.79 |
| 23181 | Electronics Technician, Maintenance I | $ 13.25 |

| | | |
|---|---|---|
| 23182 | Electronics Technician, Maintenance II | $ 17.31 |
| 23183 | Electronics Technician, Maintenance III | $ 19.85 |
| 23260 | Fabric Worker | $ 13.24 |
| 23290 | Fire Alarm System Mechanic | $ 15.78 |
| 23310 | Fire Extinguisher Repairer | $ 12.52 |
| 23340 | Fuel Distribution System Mechanic | $ 15.78 |
| 23370 | General Maintenance Worker | $ 13.55 |
| 23400 | Heating, Refrigeration and Air Conditioning Mechanic | $ 15.78 |
| 23430 | Heavy Equipment Mechanic | $ 15.78 |
| 23460 | Instrument Mechanic | $ 15.78 |
| 23500 | Locksmith | $ 14.94 |
| 23530 | Machinery Maintenance Mechanic | $ 15.09 |
| 23550 | Machinist, Maintenance | $ 15.60 |
| 23580 | Maintenance Trades Helper | $ 11.55 |
| 23640 | Millwright | $ 15.84 |
| 23700 | Office Appliance Repairer | $ 14.94 |
| 23740 | Painter, Aircraft | $ 14.94 |
| 23760 | Painter, Maintenance | $ 14.94 |
| 23790 | Pipefitter, Maintenance | $ 15.78 |
| 23800 | Plumber, Maintenance | $ 14.94 |
| 23820 | Pneudraulic Systems Mechanic | $ 15.78 |
| 23850 | Rigger | $ 15.78 |
| 23870 | Scale Mechanic | $ 14.09 |
| 23890 | Sheet-metal Worker, Maintenance | $ 15.78 |
| 23910 | Small Engine Mechanic | $ 14.09 |
| 23930 | Telecommunications Mechanic I | $ 15.78 |
| 23940 | Telecomunications Mechanic II | $ 16.61 |
| 23950 | Telephone Lineman | $ 15.78 |
| 23960 | Welder, Combination, Maintenance | $ 15.78 |
| 23965 | Well Driller | $ 15.78 |
| 23970 | Woodcraft Worker | $ 15.78 |
| 23980 | Woodworker | $ 13.29 |

**PERSONAL NEEDS:**

| | | |
|---|---|---|
| 24570 | Child Care Attendant | $ 6.51 |
| 24600 | Chore Aide | $ 5.44 |
| 24630 | Homemaker | $ 9.02 |

**PLANT AND SYSTEM OPERATION:**

| | | |
|---|---|---|
| 25010 | Boiler Tender | $ 15.78 |
| 25040 | Sewage Plant Operator | $ 14.94 |
| 25070 | Stationary Engineer | $ 15.78 |
| 25190 | Ventilation Equipment Tender | $ 11.55 |
| 25210 | Water Treatment Plant Operator | $ 14.94 |

**PROTECTIVE SERVICE:**

| | | |
|---|---|---|
| 27004 | Alarm Monitor | $ 10.10 |
| 27010 | Court Security Officer | $ 10.73 |
| 27040 | Detention Officer | $ 10.73 |
| 27070 | Firefighter | $ 9.79 |
| 27101 | Guard I | $ 6.40 |
| 27102 | Guard II | $ 10.10 |
| 27130 | Police Officer | $ 11.43 |

**TECHNICAL:**

| | | |
|---|---|---|
| 29020 | Archeological Technician | $ 17.96 |
| 29030 | Cartographic Technician | $ 17.96 |
| 29035 | Computer Based Training Specialist/Instructor | $ 21.35 |
| 29040 | Civil Engineering Technician | $ 17.96 |
| 29061 | Drafter I | $ 9.90 |
| 29062 | Drafter II | $ 13.95 |
| 29063 | Drafter III | $ 14.50 |
| 29064 | Drafter IV | $ 17.96 |
| 29070 | Embalmer | $ 16.03 |
| 29081 | Engineering Technician I | $ 11.67 |
| 29082 | Engineering Technician II | $ 14.74 |
| 29083 | Engineering Technician III | $ 15.80 |
| 29084 | Engineering Technician IV | $ 18.47 |
| 29085 | Engineering Technician V | $ 21.55 |
| 29086 | Engineering Technician VI | $ 23.36 |
| 29090 | Environmental Technician | $ 18.16 |
| 29100 | Flight Simulator/Instructor (Pilot) | $ 23.96 |
| 29150 | Graphic Artist | $ 21.35 |
| 29210 | Laboratory Technician | $ 14.83 |
| 29240 | Mathematical Technician | $ 18.16 |
| 29330 | Mortician | $ 16.03 |
| 29361 | Paralegal/Legal Assistant I | $ 12.74 |
| 29362 | Paralegal/Legal Assistant II | $ 14.21 |
| 29363 | Paralegal/Legal Assistant III | $ 16.92 |
| 29364 | Paralegal/Legal Assistant IV | $ 19.02 |
| 29390 | Photooptics Technician | $ 18.16 |
| 29480 | Technical Writer | $ 20.41 |
| 29620 | Weather Observer, Senior 2/ | $ 20.17 |
| 29621 | Weather Observer, Combined 2/ Upper Air and Surface Programs | $ 15.34 |
| 29622 | Weather Observer, Upper Air 2/ | $ 15.34 |

**TRANSPORTATION/MOBILE EQUIPMENT OPERATION:**

| | | |
|---|---|---|
| 31030 | Bus Driver | $ 9.23 |
| 31100 | Driver Messenger | $ 10.05 |
| 31200 | Heavy Equipment Operator | $ 15.09 |
| 31260 | Parking and Lot Attendant | $ 4.75 |
| 31290 | Shuttle Bus Driver | $ 8.05 |
| 31300 | Taxi Driver | $ 8.11 |
| 31361 | Truckdriver, Light Truck | $ 9.09 |
| 31362 | Truckdriver, Medium Truck | $ 9.23 |
| 31363 | Truckdriver, Heavy Truck | $ 10.63 |
| 36364 | Truckdriver, Tractor-Trailer | $ 11.60 |

**MISCELLANEOUS:**

| | | |
|---|---|---|
| 99005 | Aircraft Quality Control Inspector | $ 16.61 |
| 99020 | Animal Caretaker | $ 7.64 |
| 99030 | Cashier | $ 6.75 |
| 99040 | Child Care Center Clerk | $ 8.11 |
| 99050 | Desk Clerk | $ 6.75 |
| 99260 | Instructor | $ 18.16 |
| 99300 | Lifeguard | $ 5.80 |
| 99350 | Park Attendant (Aide) | $ 7.28 |

| | | |
|---|---|---|
| 99400 | Photofinishing Worker ( Photo Lab / Dark Room Technician ) | $ 5.80 |
| 99500 | Recreation Specialist | $ 9.60 |
| 99510 | Recycling Worker | $ 8.25 |
| 99610 | Sales Clerk | $ 5.80 |
| 99630 | Sports Official | $ 5.80 |
| 99658 | Survey Party Chief | $ 9.98 |
| 99659 | Surveying Technician | $ 8.11 |
| 99660 | Surveying Aide | $ 5.31 |
| 99690 | Swimming Pool Operator | $ 10.11 |
| 99720 | Vending Machine Attendant | $ 8.28 |
| 99730 | Vending Machine Repairer | $ 10.11 |
| 99740 | Vending Machine Repairer Helper | $ 8.28 |

**** Fringe Benefits Required For All Occupations Included In This Wage Determination ****

HEALTH & WELFARE: $0.90 per hour or $36.00 per week or $156.00 per month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: Minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

1/ Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See 29 CFR 4.156)

2/ APPLICABLE TO WEATHER OBSERVERS ONLY - NIGHT PAY & SUNDAY PAY: If you work at night as a part of a regular tour of duty, you will earn a NIGHT DIFFERENTIAL and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employee (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

**** UNIFORM ALLOWANCE ****

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by

the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

**** NOTES APPLYING TO THIS WAGE DETERMINATION ****

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Second Supplement, dated August 1995, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the

commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

Alan L. Moss
Director
Division of Wage Determinations

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C. 20210

Wage Determination No.: 94-2375
Revision No.: 3
Date of Last Revision: 05/09/1996

State(s): New York

Area: NEW YORK COUNTIES OF BRONX, KINGS, NEW YORK, PUTNAM, QUEENS, RICHMOND, ROCKLAND, WESTCHESTER.

** Fringe Benefits Required For All Occupations Included In This Wage Determination Follow The Occupational Listing **

| OCCUPATION CODE AND TITLE | MINIMUM HOURLY WAGE |
|---|---|
| **ADMINISTRATIVE SUPPORT AND CLERICAL:** | |
| 01011 Accounting Clerk I | $ 9.87 |
| 01012 Accounting Clerk II | $ 12.31 |
| 01013 Accounting Clerk III | $ 13.68 |
| 01014 Accounting Clerk IV | $ 14.88 |
| 01030 Court Reporter | $ 14.81 |
| 01050 Dispatcher, Motor Vehicle | $ 14.81 |
| 01060 Document Preparation Clerk | $ 12.06 |
| 01090 Duplicating Machine Operator | $ 12.06 |
| 01110 Film/Tape Librarian | $ 13.81 |
| 01115 General Clerk I | $ 9.14 |
| 01116 General Clerk II | $ 10.28 |
| 01117 General Clerk III | $ 12.06 |
| 01118 General Clerk IV | $ 12.80 |
| 01120 Housing Referral Assistant | $ 16.71 |
| 01131 Key Entry Operator I | $ 11.68 |
| 01132 Key Entry Operator II | $ 12.50 |
| 01191 Order Clerk I | $ 9.87 |
| 01192 Order Clerk II | $ 12.31 |
| 01220 Order Filler | $ 13.68 |
| 01261 Personnel Assistant (Employment) I | $ 10.77 |
| 01262 Personnel Assistant (Employment) II | $ 12.10 |
| 01263 Personnel Assistant (Employment) III | $ 13.98 |
| 01264 Personnel Assistant (Employment) IV | $ 15.12 |
| 01270 Production Control Clerk | $ 16.71 |
| 01290 Rental Clerk | $ 13.81 |
| 01300 Scheduler, Maintenance | $ 13.81 |
| 01311 Secretary I | $ 13.81 |
| 01312 Secretary II | $ 14.81 |
| 01313 Secretary III | $ 16.71 |
| 01314 Secretary IV | $ 19.67 |
| 01315 Secretary V | $ 22.99 |
| 01320 Service Order Dispatcher | $ 13.58 |
| 01341 Stenographer I | $ 12.29 |
| 01342 Stenographer II | $ 13.81 |
| 01400 Supply Technician | $ 19.32 |
| 01420 Survey Worker (Interviewer) | $ 14.81 |

| | | |
|---|---|---|
| 01460 | Switchboard Operator-Receptionist | $ 11.54 |
| 01510 | Test Examiner | $ 14.81 |
| 01520 | Test Proctor | $ 14.81 |
| 01531 | Travel Clerk I | $ 9.44 |
| 01532 | Travel Clerk II | $ 10.23 |
| 01533 | Travel Clerk III | $ 11.10 |
| 01611 | Word Processor I | $ 11.34 |
| 01612 | Word Processor II | $ 13.95 |
| 01613 | Word Processor III | $ 17.16 |

**AUTOMATIC DATA PROCESSING:**

| | | |
|---|---|---|
| 03010 | Computer Data Librarian | $ 13.39 |
| 03041 | Computer Operator I | $ 12.60 |
| 03042 | Computer Operator II | $ 14.09 |
| 03043 | Computer Operator III | $ 17.44 |
| 03044 | Computer Operator IV | $ 20.22 |
| 03045 | Computer Operator V | $ 22.40 |
| 03071 | Computer Programmer I 1/ | $ 15.38 |
| 03072 | Computer Programmer II 1/ | $ 18.79 |
| 03073 | Computer Programmer III 1/ | $ 24.54 |
| 03074 | Computer Programmer IV 1/ | $ 26.43 |
| 03101 | Computer Systems Analyst I 1/ | $ 21.41 |
| 03102 | Computer Systems Analyst II 1/ | $ 26.70 |
| 03103 | Computer Systems Analyst III 1/ | $ 27.62 |
| 03160 | Peripheral Equipment Operator | $ 12.87 |

**AUTOMOTIVE SERVICE:**

| | | |
|---|---|---|
| 05005 | Automobile Body Repairer, Fiberglass | $ 20.22 |
| 05010 | Automotive Glass Installer | $ 18.65 |
| 05040 | Automotive Worker | $ 18.65 |
| 05070 | Electrician, Automotive | $ 19.45 |
| 05100 | Mobile Equipment Servicer | $ 17.13 |
| 05130 | Motor Equipment Metal Mechanic | $ 20.22 |
| 05160 | Motor Equipment Metal Worker | $ 18.65 |
| 05190 | Motor Vehicle Mechanic | $ 18.70 |
| 05220 | Motor Vehicle Mechanic Helper | $ 16.33 |
| 05250 | Motor Vehicle Upholstery Worker | $ 17.88 |
| 05280 | Motor Vehicle Wrecker | $ 18.65 |
| 05310 | Painter, Automotive | $ 19.45 |
| 05340 | Radiator Repair Specialist | $ 18.65 |
| 05370 | Tire Repairer | $ 17.13 |
| 05400 | Transmission Repair Specialist | $ 20.22 |

**FOOD PREPARATION AND SERVICE:**

| | | |
|---|---|---|
| 07010 | Baker | $ 17.43 |
| 07041 | Cook I | $ 16.01 |
| 07042 | Cook II | $ 17.43 |
| 07070 | Dishwasher | $ 13.08 |
| 07100 | Food Service Worker (Cafeteria Worker) | $ 13.08 |
| 07130 | Meat Cutter | $ 17.43 |
| 07250 | Waiter/Waitress | $ 13.82 |

FURNITURE MAINTENANCE AND REPAIR:

| | |
|---|---|
| 09010 Electrostatic Spray Painter | $ 19.45 |
| 09040 Furniture Handler | $ 14.78 |
| 09070 Furniture Refinisher | $ 19.45 |
| 09100 Furniture Refinisher Helper | $ 16.33 |
| 09110 Furniture Repairer, Minor | $ 17.88 |
| 09130 Upholsterer | $ 19.45 |

GENERAL SERVICES AND SUPPORT:

| | |
|---|---|
| 11030 Cleaner, Vehicles | $ 13.08 |
| 11060 Elevator Operator | $ 13.08 |
| 11090 Gardener | $ 16.01 |
| 11121 Housekeeping Aide I | $ 12.24 |
| 11122 Housekeeping Aide II | $ 13.08 |
| 11150 Janitor 2/ | $ 13.08 |
| 11180 Laborer | $ 13.58 |
| 11210 Laborer, Grounds Maintenance | $ 13.82 |
| 11240 Maid or Houseman | $ 12.24 |
| 11270 Pest Controller 3/ | $ 16.71 |
| 11300 Refuse Collector 4/ | $ 13.08 |
| 11330 Tractor Operator | $ 15.27 |
| 11360 Window Cleaner | $ 13.82 |

HEALTH:

| | |
|---|---|
| 12010 Ambulance Driver | $ 13.31 |
| 12040 Emergency Medical Technician | $ 13.31 |
| 12071 Licensed Practical Nurse I | $ 13.95 |
| 12072 Licensed Practical Nurse II | $ 15.68 |
| 12073 Licensed Practical Nurse III | $ 17.53 |
| 12100 Medical Assistant | $ 8.63 |
| 12130 Medical Laboratory Technician | $ 8.63 |
| 12160 Medical Record Clerk | $ 8.63 |
| 12190 Medical Record Technician | $ 11.95 |
| 12221 Nursing Assistant I | $ 6.67 |
| 12222 Nursing Assistant II | $ 11.54 |
| 12223 Nursing Assistant III | $ 12.59 |
| 12224 Nursing Assistant IV | $ 14.15 |
| 12250 Pharmacy Technician | $ 10.76 |
| 12280 Phlebotomist | $ 8.63 |
| 12311 Registered Nurse I | $ 18.88 |
| 12312 Registered Nurse II | $ 25.25 |
| 12313 Registered Nurse II, Specialist | $ 25.25 |
| 12314 Registered Nurse III | $ 24.79 |
| 12315 Registered Nurse III, Anesthetist | $ 24.79 |
| 12316 Registered Nurse IV | $ 29.71 |

INFORMATION AND ARTS:

| | |
|---|---|
| 13002 Audiovisual Librarian | $ 19.67 |
| 13011 Exhibits Specialist I | $ 15.99 |
| 13012 Exhibits Specialist II | $ 16.98 |
| 13013 Exhibits Specialist III | $ 19.16 |
| 13041 Illustrator I | $ 15.99 |
| 13042 Illustrator II | $ 16.98 |
| 13043 Illustrator III | $ 19.16 |
| 13047 Librarian | $ 22.99 |

| | | |
|---|---|---|
| 13050 | Library Technician | $ 14.81 |
| 13071 | Photographer I | $ 13.36 |
| 13072 | Photographer II | $ 15.99 |
| 13073 | Photographer III | $ 16.98 |
| 13074 | Photographer IV | $ 19.16 |
| 13075 | Photographer V | $ 23.17 |

**LAUNDRY, DRY CLEANING, PRESSING:**

| | | |
|---|---|---|
| 15010 | Assembler | $ 6.87 |
| 15030 | Counter Attendant | $ 6.87 |
| 15040 | Dry Cleaner | $ 8.73 |
| 15070 | Finisher, Flatwork, Machine | $ 6.87 |
| 15090 | Presser, Hand | $ 6.87 |
| 15100 | Presser, Machine, Dry Cleaning | $ 6.87 |
| 15130 | Presser, Machine, Shirts | $ 6.87 |
| 15160 | Presser, Machine, Wearing Apparel, Laundry | $ 6.87 |
| 15190 | Sewing Machine Operator | $ 9.37 |
| 15220 | Tailor | $ 10.06 |
| 15250 | Washer, Machine | $ 7.57 |

**MACHINE TOOL OPERATION AND REPAIR:**

| | | |
|---|---|---|
| 19010 | Machine-tool Operator (Toolroom) | $ 19.45 |
| 19040 | Tool and Die Maker | $ 22.56 |

**MATERIALS HANDLING AND PACKING:**

| | | |
|---|---|---|
| 21010 | Fuel Distribution System Operator | $ 17.13 |
| 21020 | Material Coordinator | $ 13.59 |
| 21030 | Material Expediter | $ 13.59 |
| 21040 | Material Handling Laborer | $ 13.28 |
| 21071 | Forklift Operator | $ 13.64 |
| 21080 | Production Line Worker (Food Processing) | $ 12.41 |
| 21100 | Shipping/Receiving Clerk | $ 11.83 |
| 21130 | Shipping Packer | $ 11.83 |
| 21140 | Store Worker I | $ 10.58 |
| 21150 | Stock Clerk ( Shelf Stocker; Store Worker II ) | $ 11.84 |
| 21210 | Tools and Parts Attendant | $ 15.85 |
| 21400 | Warehouse Specialist | $ 12.41 |

**MECHANICS AND MAINTENANCE AND REPAIR:**

| | | |
|---|---|---|
| 23010 | Aircraft Mechanic | $ 20.22 |
| 23040 | Aircraft Mechanic Helper | $ 16.33 |
| 23060 | Aircraft Servicer | $ 17.88 |
| 23070 | Aircraft Worker | $ 18.65 |
| 23100 | Appliance Mechanic | $ 19.45 |
| 23120 | Bicycle Repairer | $ 17.13 |
| 23125 | Cable Splicer | $ 20.22 |
| 23130 | Carpenter, Maintenance | $ 19.45 |
| 23140 | Carpet Layer | $ 18.65 |
| 23160 | Electrician, Maintenance | $ 21.45 |
| 23181 | Electronics Technician, Maintenance I | $ 14.17 |
| 23182 | Electronics Technician, Maintenance II | $ 19.45 |

| | | |
|---|---|---|
| 23183 | Electronics Technician, Maintenance III | $ 20.76 |
| 23260 | Fabric Worker | $ 17.88 |
| 23290 | Fire Alarm System Mechanic | $ 20.22 |
| 23310 | Fire Extinguisher Repairer | $ 17.13 |
| 23340 | Fuel Distribution System Mechanic | $ 20.22 |
| 23370 | General Maintenance Worker | $ 16.86 |
| 23400 | Heating, Refrigeration and Air Conditioning Mechanic | $ 20.22 |
| 23430 | Heavy Equipment Mechanic | $ 20.22 |
| 23460 | Instrument Mechanic | $ 20.22 |
| 23500 | Locksmith | $ 19.62 |
| 23530 | Machinery Maintenance Mechanic | $ 17.13 |
| 23550 | Machinist, Maintenance | $ 20.11 |
| 23580 | Maintenance Trades Helper | $ 16.33 |
| 23640 | Millwright | $ 20.22 |
| 23700 | Office Appliance Repairer | $ 19.45 |
| 23740 | Painter, Aircraft | $ 19.45 |
| 23760 | Painter, Maintenance | $ 19.45 |
| 23790 | Pipefitter, Maintenance | $ 21.72 |
| 23800 | Plumber, Maintenance | $ 19.45 |
| 23820 | Pneudraulic Systems Mechanic | $ 20.22 |
| 23850 | Rigger | $ 20.22 |
| 23870 | Scale Mechanic | $ 18.65 |
| 23890 | Sheet-metal Worker, Maintenance | $ 20.22 |
| 23910 | Small Engine Mechanic | $ 18.65 |
| 23930 | Telecommunications Mechanic I | $ 20.22 |
| 23940 | Telecomunications Mechanic II | $ 21.00 |
| 23950 | Telephone Lineman | $ 20.22 |
| 23960 | Welder, Combination, Maintenance | $ 20.22 |
| 23965 | Well Driller | $ 20.22 |
| 23970 | Woodcraft Worker | $ 20.22 |
| 23980 | Woodworker | $ 17.13 |

**PERSONAL NEEDS:**

| | | |
|---|---|---|
| 24570 | Child Care Attendant | $ 12.97 |
| 24600 | Chore Aide | $ 12.24 |
| 24630 | Homemaker | $ 17.96 |

**PLANT AND SYSTEM OPERATION:**

| | | |
|---|---|---|
| 25010 | Boiler Tender | $ 20.22 |
| 25040 | Sewage Plant Operator | $ 19.45 |
| 25070 | Stationary Engineer | $ 20.22 |
| 25190 | Ventilation Equipment Tender | $ 16.33 |
| 25210 | Water Treatment Plant Operator | $ 19.45 |

**PROTECTIVE SERVICE:**

| | | |
|---|---|---|
| 27004 | Alarm Monitor | $ 13.04 |
| 27010 | Court Security Officer | $ 19.21 |
| 27040 | Detention Officer | $ 19.21 |
| 27070 | Firefighter | $ 19.98 |
| 27101 | Guard I | $ 8.09 |
| 27102 | Guard II | $ 13.04 |
| 27130 | Police Officer | $ 18.85 |

**TECHNICAL:**

| | | |
|---|---|---|
| 29020 | Archeological Technician | $ 16.98 |
| 29030 | Cartographic Technician | $ 16.98 |
| 29035 | Computer Based Training Specialist/Instructor | $ 21.41 |
| 29040 | Civil Engineering Technician | $ 16.98 |
| 29061 | Drafter I | $ 12.15 |
| 29062 | Drafter II | $ 13.36 |
| 29063 | Drafter III | $ 15.99 |
| 29064 | Drafter IV | $ 16.98 |
| 29070 | Embalmer | $ 17.42 |
| 29081 | Engineering Technician I | $ 12.15 |
| 29082 | Engineering Technician II | $ 13.36 |
| 29083 | Engineering Technician III | $ 15.99 |
| 29084 | Engineering Technician IV | $ 16.98 |
| 29085 | Engineering Technician V | $ 19.16 |
| 29086 | Engineering Technician VI | $ 23.17 |
| 29090 | Environmental Technician | $ 19.53 |
| 29100 | Flight Simulator/Instructor (Pilot) | $ 26.70 |
| 29150 | Graphic Artist | $ 21.41 |
| 29210 | Laboratory Technician | $ 17.44 |
| 29240 | Mathematical Technician | $ 16.98 |
| 29330 | Mortician | $ 17.42 |
| 29361 | Paralegal/Legal Assistant I | $ 14.81 |
| 29362 | Paralegal/Legal Assistant II | $ 19.23 |
| 29363 | Paralegal/Legal Assistant III | $ 23.52 |
| 29364 | Paralegal/Legal Assistant IV | $ 28.46 |
| 29390 | Photooptics Technician | $ 16.98 |
| 29480 | Technical Writer | $ 23.69 |
| 29620 | Weather Observer, Senior 5/ | $ 19.37 |
| 29621 | Weather Observer, Combined 5/ Upper Air and Surface Programs | $ 17.44 |
| 29622 | Weather Observer, Upper Air 5/ | $ 17.44 |

**TRANSPORTATION/MOBILE EQUIPMENT OPERATION:**

| | | |
|---|---|---|
| 31030 | Bus Driver | $ 15.55 |
| 31100 | Driver Messenger | $ 14.33 |
| 31200 | Heavy Equipment Operator | $ 20.22 |
| 31260 | Parking and Lot Attendant | $ 10.60 |
| 31290 | Shuttle Bus Driver | $ 12.97 |
| 31300 | Taxi Driver | $ 14.33 |
| 31361 | Truckdriver, Light Truck | $ 12.97 |
| 31362 | Truckdriver, Medium Truck | $ 15.55 |
| 31363 | Truckdriver, Heavy Truck | $ 18.09 |
| 36364 | Truckdriver, Tractor-Trailer | $ 18.09 |

**MISCELLANEOUS:**

| | | |
|---|---|---|
| 99005 | Aircraft Quality Control Inspector | $ 21.00 |
| 99020 | Animal Caretaker | $ 14.56 |
| 99030 | Cashier | $ 10.58 |
| 99040 | Child Care Center Clerk | $ 16.17 |
| 99050 | Desk Clerk | $ 12.97 |
| 99260 | Instructor | $ 21.41 |
| 99300 | Lifeguard | $ 11.54 |
| 99350 | Park Attendant (Aide) | $ 14.50 |

| | | |
|---|---|---|
| 99400 | Photofinishing Worker ( Photo Lab / Dark Room Technician ) | $ 11.54 |
| 99500 | Recreation Specialist | $ 17.96 |
| 99510 | Recycling Worker | $ 15.27 |
| 99610 | Sales Clerk | $ 11.54 |
| 99630 | Sports Official | $ 11.54 |
| 99658 | Survey Party Chief | $ 17.02 |
| 99659 | Surveying Technician | $ 15.27 |
| 99660 | Surveying Aide | $ 11.14 |
| 99690 | Swimming Pool Operator | $ 17.43 |
| 99720 | Vending Machine Attendant | $ 11.02 |
| 99730 | Vending Machine Repairer | $ 14.82 |
| 99740 | Vending Machine Repairer Helper | $ 11.97 |

**** Fringe Benefits Required For All Occupations Included In This Wage Determination ****

HEALTH & WELFARE: $0.90 per hour or $36.00 per week or $156.00 per month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years; 4 weeks after 10 years; 5 weeks after 20 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 4.173)

HOLIDAYS: Minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

1/
Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See 29 CFR 4.156)

2/
The wage rate applies to Putnam, Rockland, and Westchester counties only.

3/
The wage rate applies to Putnam and Rockland counties only.

4/
The wage rate applies to Rockland county only.

5/
APPLICABLE TO WEATHER OBSERVERS ONLY - NIGHT PAY & SUNDAY PAY: If you work at night as a part of a regular tour of duty, you will earn a NIGHT DIFFERENTIAL and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employee (40

hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

**** UNIFORM ALLOWANCE ****

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

**** NOTES APPLYING TO THIS WAGE DETERMINATION ****

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Second Supplement, dated August 1995, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed

under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

**ATTACHMENT 2**

**LIST OF HUD LABOR RELATIONS OFFICES**
(for obtaining Davis-Bacon Wage Determinations)

1. **NEW ENGLAND**
(States: Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont)

**ADDRESS:** Labor Relations , 1ASL
10 Causeway Street, Room 375
Boston, MA 02222-1092
Telephone: (617) 565-5253
Facsimile: (617) 565-6558

2. **NEW YORK/NEW JERSEY**
(States/Cities: Albany, Buffalo, Camden, New Jersey, New York)

**ADDRESS:** Labor Relations, 2ASL
26 Federal Plaza
New York, NY 10278-0068
Telephone: (212) 264-8000 ext. 3152
Facsimile: (212) 264-0246

3. **MID-ATLANTIC**
(States/Cities: Delaware, District of Columbia, Maryland, Pennsylvania, Pittsburgh, Virginia, West Virginia)

**ADDRESS:** Labor Relations, 3ASL
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107-3380
Telephone: (215)-656-0605 ext. 3029
Facsimile: (215)-656-3445

4. **SOUTHEAST/CARIBBEAN**
(States/Cities: Alabama, Caribbean, Florida, Georgia, Jacksonville, Kentucky, Knoxville, Memphis, Mississippi, North Carolina, Orlando, South Carolina, Tampa, Tennessee)

**ADDRESS:** Labor Relations, 4ASL
Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, GA 30303-3388
Telephone: (404)-331-4637
Facsimile: (404)-730-2365

# Acquired Property Inspection Report

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

Attachment J.6

OMB Approval No. 2502 - 0306 (exp. 9/30/92)

Public reporting burden for this collection of information is estimated to average 0.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0306), Washington, D.C. 20503.

**Part A—Identification**

| 1. Name and Address of Property Requiring Inspection | 2. Name and Address of Contractor Performing Work |
|---|---|
| 3. Case or Project Number | 4. Purchase Order or Contract Number |

| 5. Significant Dates | 5a. Date of Contract Award | 5b. Original Contract Completion Date | 5c. Revised Contract Completion Date | 5d. Date Work Inspected |
|---|---|---|---|---|
| | | | | |

**Part B—Inspection and Repair**

| Type of Inspection | Repair Status |
|---|---|
| 1 ☐ Repair (Note repair status) | 1 ☐ Repairs Acceptably Completed |
| 2 ☐ Services (Specify type) | 2 ☐ Repairs Incomplete—Work in progress |
| 3 ☐ Supplies (Specify type) | 3 ☐ Repairs Incomplete—Work not in progress |
| 4 ☐ HUD Inspection of AMB/PM Activity | 4 ☐ Correction Essential—See Part D |
| 5 ☐ Reinspection of Previously Noted Deficiencies | 5 ☐ Unacceptable—See Part D |
| 6 ☐ Post-Closing Complaints | 6 ☐ Unable to Inspect—See Part D |
| 7 ☐ A/E Services | |
| Inspection Status (Check applicable box): ☐ Initial ☐ Interim ☐ Final | Estimated percent of completion ______% |

**Part C—Performance Evaluation of Contract (Check box)**

Overall Evaluation:
☐ Excellent ☐ Acceptable ☐ Unacceptable (Explain)

| Performance Elements | Excellent | Acceptable | Unacceptable |
|---|---|---|---|
| 1. Quality of Work | | | |
| 2. Timely Performance | | | |
| 3. Effectiveness of Management | | | |
| 4. Compliance With Labor Standards | | | |
| 5. Compliance With Safety Standards | | | |

**Part D—Repair Items Unacceptable and Correction Required**

**Part E—Additional Work Recommended** (To be accomplished only when authorized in writing by HUD.)

**Part F—Certification and Approvals**

Name and Address of Inspector

I certify that I have personally inspected this property (work requirement) on this date, and that to the best of my knowledge I have reported or taken the necessary action to correct, as appropriate, all items of noncompliance, work requiring correction, and unacceptable work. I further certify that I have no personal interest, present or prospective, in this property.

| Signature of Inspector | Date of Inspection | All Repairs Completed, Property Ready to List ☐ Yes ☐ No |
|---|---|---|
| Signature of Property Disposition Realty Specialist | Date of Review by Property Disposition Realty Specialist | |

**Warning:** Section 1001 of Title 18, U.S.C. Statements or entries generally. Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years or both.

Previous Editions are Obsolete

Copy 1—Case binder/contract file
Copy 2—AMB/PM
Copy 3—Contractor
Copy 4—Inspector/tickler file

form HUD-9519(1/90)
ref. Handbooks 4310.5, 4315.1, 4320.1

★U.S.GPO:1991-0-281-925/43825

ATTACHMENT J.11

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**SAMPLE**

**Property Manager's Purchasing System**

The Purchasing System described in this document shall be used by ________________________ [insert name of contractor] as a standard operating procedure for all subcontracting and purchasing conducted under, and in support of contract number __________________ with the U.S. Department of Housing and Urban Development ("HUD").

## I. AUTHORITY AND RESPONSIBILITIES

A. ______Name______________, the ___________Title______________ is designated as the **Subcontracting/Purchasing Manager** (S/PM) for the projects shown on Attachment 1. He/she has overall authority and responsibility for the award and administration of all purchases and subcontracts required for the management and repair of those projects. The S/PM may perform any of the following functions or delegate them in writing:

1. **Buyer** - The buyer shall be responsible for the placement of subcontracts and purchase orders. The buyer shall follow the specific steps set forth in this guide.
2. **Inspector** - The inspector shall be responsible for inspecting all completed repairs, services and delivered goods or supplies.
3. **Finance Officer** - The finance officer shall be responsible for verifying the availability of budgeted funds for purchases and subcontracts; timely processing of payments (for acceptable, delivered items/services) in accordance with the PMS Manual; and tracking funds usage against the relevant HUD-approved project budgets.

B. The named individuals listed on Attachment 1 shall have the specific authorities and responsibilities as described in paragraph I.A above. No buyer may exceed his/her authority to purchase or award subcontracts. Any of the functions listed in paragraph I.A above - including the S/PM - may be performed by more than one qualified individual. A single individual may also be authorized by the S/PM to perform more than one function.

C. The **PM contract** is the Property Management contract between ____________________________ [insert name of contractor] and the U.S. Department of Housing and Urban Development (HUD) for the management of HUD-owned and HUD "mortgagee-in-possession" properties. Failure to comply with this purchasing system may result in appropriate remedial action including termination of the contract. Remedial action shall at least include requiring the submission of all proposed subcontracts over $100,000

D. __________________________________________, telephone number ____________________, is the HUD [ ] **Government Technical Representative (GTR)** [ ] **Government Technical Monitor (GTM)** [check appropriate box] assigned to monitor the PM contract. The GTR/GTM is the HUD Contracting Officer's representative in all technical matters under the PM contract. The GTR/GTM is the primary point of contact within HUD for the S/PM.

E. __________________________________________, telephone number ____________________, is the **HUD Contracting Officer** with authority for all contractual matters concerning the PM contract.

F. Subcontracts awarded and purchases made pursuant to this Purchasing System Guide are governed by the Federal Acquisition Regulation (FAR; 48 CFR Chapter 1), the HUD Acquisition Regulation (HUDAR; 48 CFR Chapter 24) and the PM contract number ____________

__________. In the event of any conflict between this Purchasing System and the contract, the contract shall prevail.

## II. GENERAL REQUIREMENTS

A. Subcontracting Requirements

1. Definition. Subcontracting means the purchase or procurement through the award of subcontracts or purchase orders for supplies, materials, equipment/services (other than project staff, i.e., personnel necessary for the maintenance and operation of the project(s)) necessary to perform services under the PM contract. This guide segregates "purchases" and "subcontracts" for the purpose of administrative control. Nevertheless, both types of actions are considered subcontracts within the meaning of the term in the FAR and HUDAR.

2. The limit for individual subcontracts and purchases made under the applicable PM contract is $______________. No subcontract or purchase may exceed this amount without the prior approval of HUD. The S/PM shall notify the GTR/GTM immediately when it is known that a proposed subcontract may exceed that threshold. The S/PM shall provide all documentation supporting the selection of the subcontractor and justifying the agreed upon price. (See Attachment 2 for sample Formats.)

3. The S/PM shall obtain consent of the GTR/GTM before entering into any subcontract for supplies/services when the procurement is expected to exceed $10,000.

4. The S/PM shall not divide required items or services to reduce purchase or subcontract amounts to within the subcontracting limit established in the PM's contract.

5. The S/PM shall ensure that all subcontracts and purchases are awarded in accordance with the HUD-approved Management/Repair Plan(s) and the Project/Rehabilitation Budget(s) for the project for which the subcontract or purchase is intended. The S/PM shall notify the GTR/GTM immediately upon discovery of any needs for subcontracted services or items not already included in a Project/Rehabilitation Budget(s) and Management/Repair Plan(s).

6. The S/PM shall ensure that to the maximum extent practical, all purchases and subcontracts are awarded on a competitive basis. All noncompetitive awards shall be fully documented with all supporting written justification placed in the respective file.

7. The S/PM shall comply, and shall ensure that all subcontractors comply, with all applicable provisions of the FAR/HUDAR (see Attachment 4). All subcontracts shall be awarded in compliance with the provisions of FAR clauses 52.244-1, 52.244-2 and 52.244-5 in Section I of the PM contract.

8. The S/PM shall ensure that solicitations and subcontracts contain all applicable clauses required by the FAR/HUDAR (see Attachment 4).

9. The S/PM shall review the project budget prior to issuing work orders or subcontracts to ensure funds.

10. The S/PM must enter all work orders and subcontracts into PMS in accordance with the PMS User Manual upon award.

11. The S/PM shall ensure that all purchases and subcontracts specify a date certain for delivery/work completion and an acceptance period by the end of which the inspection of the work or delivered items must be completed.

12. This Purchasing System may be changed only with the written approval of the HUD Contracting Officer. The S/PM shall notify the GTR/GTM immediately whenever changes are needed. The S/PM's notification shall describe and justify the changes.

B. <u>Subcontract Notification Requirements</u>.

1. The S/PM shall notify the GTR/GTM, and as directed, the HUD Contracting Officer reasonably in advance of entering into any subcontract if -
   a. The proposed subcontract may exceed the subcontracting limit set forth in the PM contract;
   b. The cost of procuring supplies/services exceeds $10,000;
   c. The proposed subcontract is fixed-price and exceeds $25,000 or 5 percent of the total estimated cost of the PM contract; or
   d. The proposed subcontract is of the cost-reimbursement, time-and-materials, or labor-hour type.

2. The S/PM shall notify the GTR/GTM within (1) one business day of any emergency subcontract necessary to protect life, health, and property which prior approval was not possible to obtain.

3. The content of the notice required in paragraph II.B.1 above shall be as specified in Section I, FAR clause 52.244-2, "Subcontracts (Cost Reimbursement and Letter Contracts) of the PM contract.

C. <u>Project purchasing/subcontracting assessment</u>.

1. Immediately upon assignment of each project for management under the PM contract, the S/PM shall perform an assessment that:

   a. Identifies all items/services required immediately to put the property in a decent, safe and sanitary condition. Any repairs or other work needed to eliminate conditions constituting health and safety hazards shall be undertaken immediately in accordance with the PM contract and this Purchasing System.

   b. Determines the need for routine (i.e., other than critical or emergency) purchases and subcontracts needed to maintain the project.

   c. Identifies and evaluates all existing contracts, purchases and Blanket Purchase Agreements in place at the project and their administration. This evaluation shall include a determination of the continued need for those procurements, and

recommendations for replacement or discontinuation of any of them.

d. Provides detailed cost estimates of all purchases and subcontracts required under paragraphs II.C.1.a through c above.

2. The S/PM shall provide the GTR/GTM a written report fully documenting the items in paragraphs II.C.1.a through c above no later than 30 calendar days after assignment of the project. (See the PM Contract, clause C.2.2.3.b).

D. Bidders/vendors lists. The S/PM shall establish and maintain lists of prospective bidders and vendors for each trade and category of services and supplies anticipated to be needed for the repair and maintenance of assigned projects. (See Attachment 2, Format A, "BIDDER/VENDOR LIST APPLICATION.") The S/PM shall:

1. Identify local/regional newspapers, trade publications, media, etc., to be used in advertising subcontracting requirements.

2. Contact local industry/trades organizations, Better Business Bureau, Small Business Administration office, Chamber of Commerce, etc. to locate potential bidders and vendors.

3. Advertise (using minority, low-income and disadvantaged businesses), at least annually, the need for vendors for services including: debt collection, utility auditing, appliance purchases, office supplies, maintenance supplies, printing, hardware, construction, etc. Potential bidders/vendors shall self-certify their size, income and minority status in order to be placed on the bidders/vendors list.

4. Create vendors and bidders list databases. The databases shall allow for the lists to be generated and sorted by the following fields: firm name, location, business type (e.g., small, minority, woman-owned, low-income etc.) and supplies/services provided.

5. Update the lists at least annually and delete any bidder/vender who has been debarred or suspended from federal contracting or has been issued a Limited Denial of Participation by HUD..

E. Subcontract/purchase tracking system. For all assigned projects, the S/PM shall establish and maintain a tracking system that:

1. Tracks the purchasing/subcontracting process stages (i.e., solicitation of proposals, review of proposals, option year, recompetition, etc.)

2. Tracks subcontract/purchase expenditures for each project against the individual HUD-approved Project/Rehabilitation Budget(s).

F. Subcontract/purchase filing system. For each assigned project, the S/PM shall establish and maintain a filing system that:

1. Ensures that all records pertinent to subcontracts/purchases (e.g., award documents, invoices, etc.) are maintained and can be easily accessed. The file for each subcontract/purchase should contain at least the following:

a. The solicitation document or record of oral solicitation (purchases only).
b. The order or subcontract.
c. Documentation of the competition sought and received (e.g., copies of offers, bid abstracts).
d. Documentation establishing the reasonableness of the price paid.
e. Modifications made to subcontracts.
f. Pertinent correspondence and records of phone conversations.
g. Copies of Federal hourly wage rate determinations and required wage payment reporting forms applicable to a subcontract.
h. Inspection reports.
i. Invoices and payment history.

G. Inventory control system. For each assigned project, the S/PM shall establish and maintain an inventory control system that:

1. Documents the initial inventory of all supplies, and equipment at the project.
2. Updates the project inventory monthly. Such update shall include the recording of the unit price of all new items purchased.
3. Provides for easy access to inventory items and prices for the purpose of determining the need for purchases and subcontracts.

## III. SMALL PURCHASING PROCEDURES

A. Purchasing is defined as the subcontracting, or buying, of single items or services, or groups of related items or services, which do not exceed $______ per purchase. The Request for Quote (RFQ) is the best method to use when purchasing supplies, equipment and routine/single use services.

B. The following steps shall be taken for each purchase (NOTE: the responsible individual(s) is (are) shown in parentheses):

1. Identify and define/describe the item/service needed. (Buyer)

2. Check project inventory for availability. (Buyer) If unavailable, proceed to Step 3 below.

3. Estimate the purchase cost and verify the availability of funds in the project budget line item. (Buyer and Finance officer)

4. Establish a file for the purchase. (Buyer)

5. Prepare written request for supplies/services, if necessary to adequately describe required items/services to vendors and in cases where vendor experience or factors other than price need to be considered in making award. (Buyer)

6. Using bidders/vendors lists, obtain competitive price quotations from at least 3 sources. Document sources contacted and the number of quotes received and why. (Buyer)

7. Select vendor based on:

a. Vendor's ability to meet the delivery requirements.

b. Quality of service/item offered by vendor, (i.e., does it meet the minimum quality specified).

c. Price reasonableness and available project funds for the purchase. (NOTE: For supplies, other goods and commercially available services, low price shall normally be the determining factor in selecting a vendor. (Buyer)

8. Upon award, enter all work orders into PMS in accordance with the PMS User Manual.

9. Document the selected vendor and purchase. (See Attachment 2, Format B, "PURCHASE DOCUMENTATION SHEET.") All supporting documentation shall be maintained in the file. A purchase order shall be issued with a copy placed in purchase order file. The order information, including item or service, order number, vendor, price, date of order and delivery date shall be entered into the purchase tracking system. (Buyer)

10. Track delivery. Check the status daily of all purchases in the tracking system to ensure timely delivery. Notify vendors immediately when a delivery is late and determine when delivery will be made. The revised delivery date shall be entered into the tracking system. (Buyer)

    If a vendor fails to deliver and will not comply with a new delivery date, the buyer shall immediately notify the S/PM. If the S/PM is unable to obtain compliance from the vendor, the S/PM shall immediately terminate the purchase order and remove the vendor from the Source List.

11. Inspect purchased items/services immediately upon delivery to ensure that the quantity and items/services are as ordered. (Inspector, Buyer) If there is a discrepancy, the buyer shall notify the vendor immediately by phone and follow up the discussion in writing. If the discrepancy is not corrected after two attempts, payment will be withheld. Notify the GTR/GTM of the situation, provide the GTR/GTM all documentation as requested, and a recommended course of action. (See Attachment 2, Format C, "INSPECTION/RECEIVING REPORT.")

12. Enter acceptable items/services in the inventory control. The delivery order/bills shall be noted as "acceptable" and signed by the buyer and submitted to the Finance Officer to process for payment in accordance with the procedures listed in the PMS Manual, and internal cost/budget control procedures within five working days.

C. Competitively awarded subcontracts shall be used for repetitive services (e.g., cleaning services, snow removal, grounds maintenance, etc.).

D. Blanket Purchase Agreements (BPAs) shall be used for office/maintenance supplies are rotated. BPAs shall be placed using the procedures in paragraph III.B above, except that a written request for price quotations listing all items and their estimated quantities shall be provided to all vendors solicited.

## IV. SUBCONTRACTING PROCEDURES

A. Subcontracting means the procurement of supplies, materials, equipment, and services (other than project staff, i.e., personnel necessary for the maintenance and operation of the project(s)) through the award of formal subcontracts. This method shall be used for all action expected to exceed the purchasing limit in Section III.A. above.

B. The following steps shall be taken for each subcontract (NOTE: the responsible individual(s) is (are) shown in parentheses):

1. The steps in paragraphs III.B.1 through III.B.4 above.

2. Determine the appropriate subcontracting method to be used (Buyer):
   a. Sealed bidding using an Invitation for Bid (IFB). This method shall be used whenever it is possible to describe the required item or service adequately to permit the submission of fixed price sealed bids and, therefore, selection of the winning subcontractor may be made on the basis of price. (Examples: construction, painting, grounds maintenance.)
   b. Negotiation using a Request for Proposal (RFP). This method shall be used whenever: it is not possible to adequately describe the requirement to permit sealed bidding; other factors (e.g., quality or expertise) must be considered; or, it is anticipated that discussions must be held with offerors. (Examples: Special studies, e.g., resident initiatives, Architectural/Engineering design work.)

3. Prepare a written solicitation (IFB or RFP) including specifications or statement of work that clearly reflect the requirement and all applicable required HUD contract clauses (See Attachment 3, "Guide for Preparing the Statement of Work" and Attachment 4 for required contract clauses and subcontractor certifications). RFP's shall include criteria for evaluating offers and instructions for preparing and submitting proposals. (Buyer)

4. Prepare a notice of the solicitation. (Buyer) The notice shall include:
   a. Brief description of the required items/services.
   b. Name and telephone number of contact person for information/copies of the solicitation.
   c. Location where copies of the solicitation is available.
   d. Issuance date of the solicitation. (NOTE: This may be the same as the notice publication date.) Date, time and location for bid/proposal submission.

5. Publicize/advertise the availability of solicitation by (Buyer):
   a. Sending notices to bidders/vendors on the applicable bidders/vendors list (see paragraph II.D above).
   b. Placing notices in local/regional newspapers and trade/association journals.
   c. Distributing notices to local community/industry organizations.
   d. Posting notices in the common areas of the project and

in the residents' newsletter.

Allow sufficient time for interested parties to obtain the solicitation and prepare a bid/proposal. The specific amount of time should be tailored to the size and complexity of the requirement. Normally, the minimum time period for advertising the solicitation will be two weeks.

6. Provide solicitations to interested parties. (Buyer)
   a. Solicitations shall be available at the project office or by mail. A reasonable number of solicitation packages shall be made and distributed. One copy of the solicitation shall be kept available for review at the project office. A copy of the solicitation shall be placed in the subcontract file.
   b. The names of all firms/individuals requesting a solicitation and those to whom it was sent shall be recorded and the list placed in the subcontract file.

7. If the requirement is complex, new or otherwise warrants it, conduct a Pre-Bid Conference. Provide all potential bidders with notice of the Pre-Bid Conference.

8. Receive bids/proposals. Enter the names of all bidders/offerors submitting timely bids/proposals in a log and place the log in the subcontract file. (See Attachment 2, Format D, "ABSTRACT OF OFFERS.") Secure all bids/proposals. Reject and return late bids/proposals to senders. (Buyer)

9. **For SEALED BIDDING (IFB) ONLY:**
   a. Conduct a public bid opening. Record the bids. Announce the "apparent" low bidder. Document the bid opening using Format D "ABSTRACT OF OFFERS" in Attachment 2, and place it in the subcontract file. (Buyer)

   b. Evaluate the reasonableness of the low bid against the internal estimate (see paragraph III.B.3 above).

   c. Determine the responsiveness of the low bid. I.e., did the bidder agree to furnish the items/services exactly as specified, and to meet all requirements in the IFB. (Buyer)

10. **For NEGOTIATED SUBCONTRACTS (RFP) ONLY:**
   a. <u>Confidentially</u> evaluate <u>all</u> proposals received by the proposal due date against the evaluation criteria in the RFP. A panel of qualified individuals shall read, score and note the deficiencies of all proposals. There is no required number of panelists. (Buyer)

   b. Using the internal estimate and any other relevant available cost or pricing information, evaluate proposed costs/prices for reasonableness. (Buyer)

   c. Determine those offerors who are most likely to be selected for award, i.e., are technical acceptable, as reflected by their scores and have proposed prices that are either reasonable or are likely to be negotiable to the point of reasonableness. Eliminate

the others and promptly notify them in writing, providing the salient reasons for their rejection. (Buyer)

d. Conduct negotiations with the remaining offerors. Seek clarification of questions/concerns raised by the panel. Negotiate points of cost that are determined to be unreasonable. Request best and final offers (at which time price may be the deciding factor), setting a common submission date and time. (Buyer)

e. Evaluate timely best and final offers. Reject late offers. Select the best offer considering both technical/management and cost/price factors. Selection shall be made based on the ability of the offeror to effectively satisfy the requirements of the statement of work and make timely delivery, and the reasonableness of price. Selection shall be documented on Format E "SUMMARY PROPOSAL EVALUATION SHEET" and Format F "PROPOSAL SELECTION" in Attachment 2. (Buyer)

11. **For ALL CONTRACTS REGARDLESS OF TYPE.** Determine the <u>responsibility</u> of the low bidder or selected offeror. (Buyer)

a. A responsible bidder/offeror must:
(1) Have adequate financial resources to perform the subcontract, or the ability to obtain them (e.g., loans, lines of credit).
(2) Be able to comply with the required delivery or performance schedule, considering all other current business commitments.
(3) Have a satisfactory performance record.
(4) Have a satisfactory record of integrity and business ethics.
(5) Have the necessary staff, equipment, and facilities to perform the required work, or the ability to obtain them.

b. No bidder/offeror may receive a subcontract if it is debarred or suspended from Federal contracting, or it has been issued a Limited Denial of Participation by HUD. Contact the GTR/GTM to determine whether the selected bidder/offeror is ineligible to receive Federal contracts.

c. If there is any doubt as to the responsibility of a bidder/offeror, the S/PM shall immediately notify the GTR/GTM and seek guidance.

12. Execute the subcontract (S/PM or Buyer, depending on authority limits) and enter all subcontracts into PMS in accordance with the PMS User Manual.

## V. SPECIAL SUBCONTRACT REQUIREMENTS AND PROCEDURES

A. <u>Compliance with U.S. Department of Labor wage rates</u>. When the **<u>estimated</u>** cost of a single item or the total cost of a series of related items to be subcontracted at one time exceeds $2,000 for construction work (e.g., roofing, painting, plumbing, electrical,

demolition, etc.) or $2,500 for service work (e.g., carpet cleaning, carpet/vinyl installation, debris removal, etc.) the S/PM shall:

1. Ensure that the applicable Davis-Bacon or Service Contract Act wage rates are included in the solicitation and resultant subcontract. The S/PM shall obtain the applicable wage determinations from the HUD Contracting Officer. NOTE: SCA Wage Rates do not apply to businesses with 5 or less employees.

2. Monitor the subcontractor's compliance with wage rates.
   a. The S/PM shall obtain from subcontractors copies of pay statements for subcontractor employees working on a subcontract. The S/PM shall verify that the hourly rate of pay is at least the minimum specified in the applicable wage rate determination.
   b. For Davis Bacon Wages and using a form provided by the GTR/GTM, conduct confidential interviews with subcontractor employees to verify that proper wages were paid.
   c. The S/PM shall report immediately to the GTR/GTM and the Contracting Officer any violation by a subcontractor of the wage rate requirements.

B. Subcontracts exceeding $100,000.
   1. Solicitations for subcontracts expected to exceed $100,000 shall include:
      a. Standard Form (SF) 1411
      b. Disclosure Statement.
      c. Bonding Requirements that may apply.

   2. The executed copies of the documents listed in paragraph V.B.1 above shall be placed in the subcontract file.

C. Subcontracts exceeding $500,000.
   1. Solicitations for subcontracts expected to exceed $500,000 shall include:

      a. The documents listed in paragraph V.B.1 above.
      b. A Certificate of Current Cost or Pricing Data.
      c. The requirement for the submission of a Small and Small Disadvantaged Business Subcontracting Plan.

   2. Subcontracts exceeding $500,000 shall include the offeror's Small and Small Disadvantaged Business Subcontracting Plan.

      a. Original quarterly and annual reports made under the Small and Small Disadvantaged Business Subcontracting Plan shall be maintained in the subcontract file. The S/PM shall send copies of the reports to the GTR/GTM and the Contracting Officer.

D. The requirements in paragraphs A through C above shall apply to subcontracts exceeding the applicable thresholds regardless of any reaward estimate by the S/PM that the cost would be under those thresholds.

## VI. EMERGENCY SUBCONTRACTS

A. An emergency is defined as a situation where life, health or

property is in immediate danger and requires immediate protection.

B. Notwithstanding the subcontracting limit specified in paragraph II.A.2 above, the S/PM may subcontract directly for all necessary supplies or services in an emergency.

C. The S/PM shall make a written determination that such procurement was necessary and provide written justification if it was not possible to obtain prior HUD approval. (See Attachment 2, Format G, "EMERGENCY SUBCONTRACTING JUSTIFICATION").

D. Procedures.

1. The S/PM and staff should not assume that emergencies reported to, or discovered by them have already been reported to other interested parties. The S/PM, or any staff member, receiving notice of an emergency shall:

   a. Ascertain the nature, location, and if possible extent of the emergency.
   b. Immediately report the emergency to the appropriate civil authorities (e.g., police, fire department) or public utilities (gas, electrical) as appropriate to the situation if it has not already been reported.
   c. Immediately report the emergency to the GTR/GTM and the Contracting Officer and seek instruction.

2. The S/PM shall immediately:

   a. Solicit offers for the required services or materials. The S/PM shall obtain the maximum competition practical under the circumstances for such subcontracts and purchases. Document the competition and place the documentation in the respective subcontract file (see Attachment 2, Format B, "PURCHASE DOCUMENTATION SHEET").
   b. Obtain the GTR/GTM's consent as required under II.B.2 above.

3. Immediately upon notification of the GTR/GTM's consent, the S/PM shall award the subcontracts. Any letter contract shall be definitized within 30 days after issuance.

4. The S/PM shall ensure that all supporting documentation is placed in the respective subcontract files.

## VII. SUBCONTRACT ADMINISTRATION

A. The S/PM shall ensure that the following steps are taken for each subcontract:

1. An inspection/monitoring plan is developed. The plan shall clearly state the frequency and purpose of inspections and the name of the inspector(s).

2. A post-award orientation meeting is held with the subcontractor prior to work beginning. (NOTE: For subcontracts providing only supplies, this requirement shall be waived.) The purpose of this meeting is to ensure that all parties fully understand all the subcontract requirements (including wage payment reporting) and their

respective roles and responsibilities. The S/PM shall ensure that:

a. The GTR/GTM, and the subcontractor are given adequate notice of the meeting's scheduled date and time.

b. Minutes of the meeting are taken and distributed to the GTR/GTM and the subcontractor within 5 working days of the meeting. Copies of the minutes shall be placed in the respective subcontract file.

3. Upon award, the S/PM shall enter all work orders and subcontracts into PMS in accordance with the PMS User Manual.

4. Progress meetings are held. The S/PM shall determine the need for such meetings based upon the nature and size of the subcontract. The S/PM shall ensure that a progress meeting schedule is developed and provided to the GTR/GTM and the subcontractor. As a minimum, the S/PM and the subcontractor shall attend the meetings. The GTR/GTM shall be provided adequate advance notice of any changes to the progress meeting schedule.

5. Monitor the subcontractor's compliance with appropriate Federal wage and hour requirement (see paragraph V.A above).

6. Monitor the subcontractor's compliance with insurance requirements (e.g., liability, builder's risk, etc.) throughout the term of the subcontract.

7. Conduct inspections. The S/PM shall ensure that all subcontractor work and delivered items are inspected within the acceptance period stated in the subcontract. The S/PM shall ensure that:

a. All inspections are fully documented and the report placed in the respective subcontract file. (See Attachment 2, Format C, "INSPECTION/RECEIVING REPORT.") Documentation shall at least include:

(1) A description of discrepancies and defects noted in the inspection. The subcontractor shall be provided a copy of the inspection report within one business day after its completion.

(2) Any late deliveries and reasons for them.

(3) Remedial action taken or proposed by the S/PM.

b. The subcontractor is notified of any discrepancies, defects or late deliveries within one business day after the discovery of such discrepancies, defects or late delivery. Notice may be oral, but must be followed up in writing. The notice shall include:

(1) A complete description of the discrepancies, defects or lateness; and

(2) A request for the subcontractor's remedy to cure the deficiencies by a date certain. Normally, the notice shall afford the subcontractor no more than _____ days [10 calendar days, if not otherwise indicated].

8. Take appropriate remedial action to protect HUD's interest.

Such actions may include:

a. Requiring correction of deficient work;
b. Assessing the subcontractor for the costs of reprocurement of items or services that cannot be corrected, or that the subcontractor cannot or will not correct.
c. Providing detailed reporting of the actions taken to the GTR/GTM.

9. Report all disputes by the subcontractor to the GTR/GTM within one business day of the S/PM's knowledge of the dispute. The S/PM shall provide the GTR/GTM with complete information regarding the dispute and the S/PM's proposed resolution. The S/PM shall not attempt to resolve the dispute unless specifically authorized by the GTR/GTM to do so.

10. <u>Invoicing and payment</u>.
   a. Within ______ days [*five business days, unless a shorter time is specified*] of receipt of a proper invoice for services/items determined to be acceptable, the S/PM shall submit the subcontractor's invoice to the PMS Service Center. HUD shall pay subcontractors directly through the PMS.
   b. Copies of invoices and PMS transmittal documentation shall be placed in the respective subcontract file.

11. Report any threatened or actual legal action taken by a subcontractor to the GTR/GTM within one working day of the action or threat, and provide copies of all relevant documentation.

12. Prepare any needed modifications to the subcontract.
   a. Within the limits of authority, negotiate and execute modifications.
   b. For modifications resulting in subcontract price changes (either increases or decreases), complete a Negotiation Memorandum, fully documenting the agreed upon price change. Place the documentation in the respective subcontract file. (See Attachment 2, Format H, "NEGOTIATION MEMORANDUM.")

13. Administratively close out the subcontract. The S/PM shall:
   a. Certify that all work has been completed and/or all deliveries have been made in accordance with the terms and conditions of the subcontract,
   b. Obtain a release of claims from the subcontractor, stating that the subcontractor has been paid for all work performed and that he/she is owed no further payment.
   c. Notify the GTR/GTM that the subcontract has been completed.
   d. Document the subcontract tracking system.

**VIII. ADDITIONAL REQUIREMENTS**

A. <u>Subcontracting with Small and Small, Disadvantaged Businesses</u>.
   1. The S/PM shall ensure that every effort is made to meet the goals for awarding subcontracts to small and small