disadvantaged businesses set forth in the PM contract's Small and Small Disadvantaged Business Subcontracting Plan (see FAR clause 52.219-9).

2. The S/PM shall provide the GTR/GTM all relevant data regarding the number and dollar amounts of subcontracts/purchases awarded during each quarter of the year to small, large and small disadvantaged businesses. The information shall be provided (in a format prescribed by the GTR/GTM) by the following dates: January 1; April 1; July 1; and October 1.

3. The S/PM shall take affirmative steps to conduct outreach activities in order to provide opportunities to small, small disadvantaged, minority-owned, women-owned, and low-income businesses to compete for purchases and subcontracts in accordance with the approved Management Plan and Subcontracting Plan. Such steps include at least:
   a. Identifying potential sources and maintaining them on bidders/vendors lists;
   b. Providing copies of solicitations to such businesses even if they do not specifically request them;
   c. Dividing requirements where it is economically feasible and logical to do so to create smaller requirements for which such firms could better compete; and
   d. Using the services of the U.S. Small Business Administration to locate such firms.

B. Monthly Operations Report. The S/PM shall provide the GTR/GTM with information concerning the subcontracting/purchasing activities conducted each month in accordance with the PM Contract clause C.2.4.4.

C. Subcontracting assistance to HUD. As directed by the GTR/GTM, the S/PM shall administer contracts awarded by HUD for work on the properties managed under the PM contract. Such administration may include any of the requirements set forth in this system with the exception of those requirements exclusively concerned with the execution of award of subcontracts and purchases.

ATTACHMENTS

Attachment 1 Subcontracting/Purchasing Authorities

Attachment 2 Sample Formats

| | |
|---|---|
| Format A | Bidder/Vendor List Application |
| Format B | Purchase Documentation Sheet |
| Format C | Inspection/Receiving Report |
| Format D | Abstract of Offers |
| Format E | Summary Proposal Evaluation Sheet |
| Format F | Proposal Selection |
| Format G | Emergency Subcontracting Justification |
| Format H | Negotiation Memorandum |

Attachment 3 Guide to Preparing the Statement of Work

Attachment 4 FAR/HUDAR Clauses Applicable to PM Subcontracts

Attachment 1

## SUBCONTRACTING/PURCHASING AUTHORITIES

| Name | Title | Phone | Authority/Responsibility | Project(s) |
| --- | --- | --- | --- | --- |
| Bob Smith | S/PM | 987-2100 | Award of all subcontracts/purchases | River Place Watergate |
| John Doe | Buyer | 987-6543 | Award of all subcontracts; issuing purchase orders >$500/order | River Place |
| Jane Brown | Buyer | 987-4321 | Purchase of supplies & services, not to exceed $500/order | Watergate River Place |
| Bob Smith | Inspector | 987-2100 | Inspecting all repairs | River Place |

[continue listing all individuals and authorities]

________________________________ ____________
(signed by the PM Contractor) Date

**ATTACHMENT 2**

**SAMPLE FORMATS**

| | |
|---|---|
| Format A | Bidder/Vendor List Application |
| Format B | Purchase Documentation Sheet |
| Format C | Inspection/Receiving Report |
| Format D | Abstract of Offers |
| Format E | Summary Proposal Evaluation Sheet |
| Format F | Proposal Selection |
| Format G | Emergency Subcontracting Justification |
| Format H | Negotiation Memorandum |

Format A - BIDDER/VENDOR LIST APPLICATION

The ______________________________________________ seeks qualified vendors/suppliers to provide:
[name of firm]

____________________________________________________________

____________________________________________________________
[describe supplies, services]

If you are interested in being placed on our bidders/vendors list, please supply the information requested below and return this form to:

| | |
|---|---|
| **Name and Mailing Address of Applicant:** | **Contact Person:**<br>**Telephone Number:** |
| **Type of Application:**<br>[ ] New [ ] Revision | **Fax Number:** |
| **Type of Organization:**<br>[ ] Individual [ ] Non-profit organization<br>[ ] Partnership [ ] Corporation [Incorporated in State of ______________] | **Name and Title of Persons Authorized to Sign Offers and Contracts:** |
| **Services/Products Provided:** | |
| **Minority Status:**<br>Minority-owned: [ ] Yes [ ] No<br>Low-Income: [ ] Yes [ ] No<br>Woman-owned: [ ] Yes [ ] No | **Average Annual Sales or Receipts for Preceding 3 Fiscal Years:** |
| **Average Number of Employees:** | **Number of Years in Present Business:** |
| **Name and Title of Person Authorized to Sign:** | **Signature and Date:** |

Format B - **PURCHASE DOCUMENTATION SHEET**

| PM (HUD) CONTRACT NUMBER: | PROJECT NAME: |
| --- | --- |

SERVICE/ITEM DESCRIPTION:

| **VENDOR NAME** | **NAME OF PERSON CONTACTED** | **TELEPHONE NUMBER** | **DATE CONTACTED** | **PRICE QUOTE** | **DELIVERY DATE QUOTED** |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

JUSTIFICATION FOR FEWER THAN 3 QUOTES:

NAME OF VENDOR SELECTED:

REASON FOR SELECTION:

| BUYER (NAME): | SIGNATURE: | DATE: |
| --- | --- | --- |

Format C - **INSPECTION/RECEIVING REPORT**

| CONTRACT/PURCHASE NUMBER: | CONTRACTOR/VENDOR: | | | | HUD PM CONTRACT NUMBER: |
|---|---|---|---|---|---|
| ITEM/SERVICE DESCRIPTION | PRICE | DELIVERY/ COMPLETED ON TIME? Y OR N | ACCEPTABLE YES OR NO? | AMOUNT OF PAYMENT AUTHORIZED | COMMENTS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

REMEDIAL ACTION SOUGHT/TAKEN [*describe; attach additional pages as needed*]

| | |
|---|---|
| DATE OF INSPECTION: | DATE CONTRACTOR/VENDOR NOTIFIED OF DEFICIENCIES: |
| DATE CONTRACTOR/VENDOR RESPONSE/CORRECTION DUE: | DATE GTR/GTM NOTIFIED: |
| DEFICIENCIES CORRECTED: [ ] YES, ______________ [*date*] [ ] NO | REVISED DELIVERY/COMPLETION DATE: |

FURTHER ACTION RECOMMENDED OR TAKEN: [ ] YES [*describe below; continue on additional pages as needed*]
[ ] NO

| | | |
|---|---|---|
| INSPECTOR [*print or type name*] | SIGNATURE: | DATE: |

Format D

| **ABSTRACT OF OFFERS** | | SOLICITATION NO: | | OPENING DATE: | | PAGE 1 OF ____ |
|---|---|---|---|---|---|---|
| ISSUED BY: | | | | SUPPLIES OR SERVICES: | | |

| NAME OF OFFEROR | ACCEPTANCE TIME (DAYS) | BUSINESS SIZE (L=LARGE, S=SMALL) | PRICES | | DELIVERY TIME (Y = OFFER CONFORMS TO IFB) | REMARKS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| I CERTIFY THAT I HAVE OPENED, READ AND RECORDED ON THIS ABSTRACT (AND CONTINUATION SHEETS, IF ANY) ALL TIMELY OFFERS RECEIVED IN RESPONSE TO THE SOLICITATION. | NAME AND TITLE (TYPED OR PRINTED): | |
|---|---|---|
| | SIGNATURE: | DATE: |

Format E - **SUMMARY PROPOSAL EVALUATION SHEET**

| RFP NUMBER: | REVIEW OF:<br>[ ] INITIAL PROPOSAL<br>[ ] BEST AND FINAL OFFER |
|---|---|

DESCRIPTION OF ITEMS OR SERVICE:

PROPOSAL SCORES BY CRITERION

| EVALUATION CRITERIA | OFFERORS *[Insert Names]* | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | *[Insert Criteria Scores for Each Proposal in Blocks Below]* | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| Totals | | | | | | |

OFFERS RECOMMENDED FOR FURTHER CONSIDERATION *[list]*:

**SEE ATTACHED SHEETS FOR DETAILED DISCUSSION OF STRENGTHS AND WEAKNESSES OF EACH PROPOSAL.**

| EVALUATOR: | DATE: |
|---|---|

Format F - **PROPOSAL SELECTION**

| RFP NUMBER: | SUBCONTRACT NUMBER: | HUD PM CONTRACT NUMBER: |
|---|---|---|
| DESCRIPTION OF ITEMS OR SERVICE: | | |
| ISSUANCE DATE: | CLOSING DATE: | |
| NUMBER OF RFPs ISSUED: | NUMBER OF PROPOSALS RECEIVED: | |

PROPOSAL SCORES

| EVALUATORS [*names*] | OFFERORS [*Insert Names*] | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | [*Insert Total Scores for Each Proposal in Blocks Below*] | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| AVERAGE SCORE | | | | | | |

OFFEROR(S) SELECTED FOR AWARD [*list*]:

**SEE ATTACHED SHEETS FOR DETAILED DISCUSSION OF STRENGTHS AND WEAKNESSES OF EACH PROPOSAL AND RATIONALE FOR SELECTION.**

| BUYER [*name and signature*]: | DATE: |
|---|---|

Format G - **EMERGENCY SUBCONTRACTING JUSTIFICATION**

| SUBCONTRACT NUMBER: | HUD PM CONTRACT NUMBER: | |
|---|---|---|
| PROPERTY ADDRESS: | CONTACT PERSON: | DATE OF REQUEST |

NATURE OF EMERGENCY:

| DESCRIPTION OF REQUIRED ITEMS OR SERVICES [*continue on separate sheet as needed*]: | DELIVERY/COMPLETION DATE | PRICE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

WAS PRIOR AUTHORIZATION OBTAINED?

[ ] YES, DATE: ____________, BY: ____________________ [*name of authorizing official*]

[ ] NO [*explain*]

WAS COMPETITION OBTAINED?

[ ] YES, LIST AND SELECTION RATIONALE ATTACHED [ ] NO [*provide justification below*]

JUSTIFICATION FOR SOLE SOURCE [*continue on separate sheet as needed*]:

| BUYER [*name and signature*]: | DATE: |
|---|---|

Format H - **NEGOTIATION MEMORANDUM**

RFP No.:
Contract number (if modification):
Change Order or other Modification number (if modification):

Description of services:

Offeror selected: [*name*]

Negotiators: [*list for both parties*]

Contractor's proposed costs/price: [*provide detailed break-out by line item*]

Certified Cost or Pricing Data (**FOR SUBCONTRACTS EXPECTED TO EXCEED $100,000**): [*Was the offeror requested to provide a signed, dated Certificate of Current Cost or Pricing Data (see FAR clause 52.215-24, "Subcontractor Cost or Pricing Data," of the HUD PM contract)? If not, why (e.g., adequate price competition, based on established catalog or market prices)? If it was discovered - either before or after award - that the selected subcontractor's submitted cost or pricing data were not accurate, complete, or current, what action was taken? Why was the subcontract awarded to that offeror? Describe any effect the defective cost or pricing data had upon the final contract price.*]

Prenegotiation Objective: [*Describe the significant points of cost/price analysis and how your independent cost estimate was used in establishing the buyer's initial cost/price negotiation position. Discuss any market survey conducted or any use of current market prices. Attach a copy of the cost analysis and prenegotiation cost/price position.*]

Results of Negotiation: [*Identify the significant points of negotiation (both technical and cost/price, including profit). Discuss how the points of negotiation were resolved. Explain any significant variation between the initial negotiation position and the final price. Explain why the final price (including profit) was considered fair and reasonable.*]

Best and Final Offers: [*Discuss the main points of negotiation resulting from the evaluation of Best and Final Offers and their resolution.*]

Buyer: Name ______________________________
Date ______________
Signature ______________________________

Attachment 3

# GUIDE TO PREPARING THE STATEMENT OF WORK

## I. FUNCTIONS OF THE STATEMENT OF WORK

A. Provides a basis for mutual understanding of the requirement.

B. When well written and not restrictive, promotes full and open competition by clearly indicating what the subcontractor is to do.

C. If clear and explicit, enhances the quality of the proposals submitted.

D. Establishes a sound baseline on which to develop proposal evaluation criteria.

E. After award, becomes the standard for measuring the subcontractor's performance.

## II. ORGANIZATION OF THE STATEMENT OF WORK

A. Background/purpose

1. Provides a general description of the requirement.
2. Briefly discusses why the subcontract is needed, and what the desired/required results are.
3. Discusses any known or potential difficulties or constraints on the subcontract.

B. Scope

1. Provides a broad, nontechnical sketch of the nature of the work required by the subcontract - i.e. the "big" picture.
2. Summarizes the work which the subcontractor will perform, the results or products expected, and the overall time frame or phases of the effort.

**NOTE: The Background/purpose and Scope sections may combined.**

C. Detailed Task Descriptions

1. Define the work to be performed.
2. Indicate main steps which the subcontractor will complete, including:
   a. The sequence in which the work will be performed.
   b. An estimated or required period of performance or delivery date for each key result/task.
   c. A description of the end product(s) required.
   d. Reporting requirements.

D. Final Products or "deliverables"

1. Describes the product or deliverable which will be the end result of each task or phase of the subcontract.
2. Specifies the criteria which the final product or deliverables must meet to be acceptable.
3. Specifies the number of copies to be furnished.
4. States the specific person and address to which delivery must be made.

E. Appendices (when needed)

## III. SUGGESTED WORK STATEMENT PREPARATION SEQUENCE

A. Determine the objectives.

1. What is needed?
2. When is it needed?
3. What is the estimated cost?
4. How much money is available?
5. What is the best subcontracting method?

B. Prepare an outline.

1. List all requirements.
2. Arrange in logical sequence.

C. Prepare draft of work statement using the outline.

D. Edit draft work statement.
   1. Eliminate redundancy.
   2. Define any uncommon/ambiguous terms.

E. Have edited version proofread.

F. Make changes based on review and prepare final version.

IV. **DEVELOPING EVALUATION CRITERIA**

A. Evaluation criteria are the standards against which all proposals submitted will be judged. The criteria must be included in the solicitation.

B. Clear evaluation criteria:
   1. Include all factors considered important in selecting a contractor to perform the needed work.
   2. Help reviewers score objectively.
   3. Provide a public record documenting the impartial basis for the subcontract award.
   4. Help potential offerors understand what is important to the reviewers.
   5. Explain to potential offerors exactly what is expected in their proposals.

C. Guidelines for developing evaluation criteria.
   1. Select those elements of experience, skills, abilities, qualities, etc. that an offeror should possess to be able to assure you that he/she can do the work you need done as described in the RFP.
   2. Rank the criteria in order of their importance to one another. Decide what the hierarchy of importance is.
   3. Make sure the criteria describe your needs in enough detail and do not conflict with the statement of work. Criteria must be measurable.
   4. Avoid redundancy. Make sure criteria do not overlap, i.e., two or more criteria address the same need.
   5. Decide what numerical scale of points to use for scoring (e.g., 100 total possible points). Assign a numerical weight to each criterion which accurately reflects its importance.

**NOTE: Once you have included the criteria in the RFP, DO NOT CHANGE them without amending the RFP!**

Attachment 4 - CLAUSES APPLICABLE TO PM SUBCONTRACTS

This is a subcontract under Multifamily Project Management (PM) prime contract number ______________________. As provided in FAR 52.252-2, this subcontract incorporates the following FAR clauses by reference, with the same force and effect as if they were given in full text. FAR clauses all begin with "52." HUDAR clauses begin with "2452." Any other clauses are specifically indicated by source and number, if any. The full text is available from HUD upon request. The clauses are those in effect at time of the PM contract award or any subsequent modification to the PM contract affecting any clauses.

| TITLE | DOLLAR THRESHOLD FOR APPLICABILITY | FAR/HUDAR CITATION AND DATE |
|---|---|---|
| Officials Not to Benefit | All subcontracts | 52.203-1 |
| Gratuities | All subcontracts | 52.203-3 |
| Covenant Against Contingent Fees | All subcontracts | 52.203-5 |
| Restrictions on Subcontractor Sales to the Government | All subcontracts | 52.203-6 |
| Anti-Kickback Procedures | All subcontracts | 52.203-7 |
| Stop-Work Order | All subcontracts | 52.212-13 |
| Allowable Cost and Payment | All cost reimbursement subcontracts | 52.216-7 |
| Notice to the Government of Labor Disputes | All subcontracts | 52.222-1 |
| Contract Work Hours and Safety Standards Act-Overtime Compensation | All subcontracts | 52.222-4 |
| Service Contract Act of 1965, as Amended | All subcontracts | 52.222-41 |
| Privacy Act | All subcontracts | 52.224-2 |
| Changes-Fixed Price<br>Changes-Cost Reimbursement<br>Changes | All Fixed Price, Cost Reimbursement and Construction subcontracts | 52.243-1<br>52.243-2<br>52.243-4 |
| Inspection of Services-Fixed Price | All subcontracts | 52.246-4 |

| | | |
|---|---|---|
| Warranty of Services (time period: ____________________) | All service subcontracts | 52.246-20 |
| Warranty of Construction | All construction subcontracts | 52.246-21 |
| Termination for Convenience of the Government (Fixed Price) (Short Form) (Contracts under $100,000) | All subcontracts | 52.249-1 |
| Organizational Conflicts of Interest | All subcontracts | 2452.209-72 |
| Accessibility of Meetings, Conferences, and Seminars to Persons with Disabilities | All subcontracts | 2452.222-70 |
| Davis-Bacon Act<br>Withholding of Funds<br>Payrolls and Basic Records<br>Apprentices and Trainees<br>Compliance with Copeland Act Requirements<br>Subcontracts (Labor Standards)<br>Contract Termination (Debarment)<br>Compliance with Davis-Bacon and Related Act Requirements<br>Disputes Concerning Labor Standards<br>Certification of Eligibility | $2,000 (Construction only) | 52.222-6<br>52.222-7<br>52.222-8<br>52.222-9<br>52.222-10<br>52.222-11<br>52.222-12<br>52.222-13<br>52.222-14<br>52.222-15 |
| Affirmative Action for Handicapped Workers | $2,500 | 52.222-36 |
| Examination of Records by Comptroller General | $10,000 | 52.215-1 |
| Audit - Negotiation | $10,000 | 52.215-2 |
| Equal Opportunity | $10,000 | 52.222-26 |
| Affirmative Action for Special Disabled & Vietnam Era Veterans | $10,000 | 52.222-35 |
| Employment Reports on Special Disabled Veterans and Veterans of the Vietnam Era | $10,000 | 52.222-37 |
| Protecting the Government's Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment | $25,000 | 52.209-6 |
| Utilization of Small Business Concerns and Small Disadvantaged Business Concerns | $25,000 | 52.219-8 |
| Utilization of Women-Owned Small Businesses | $25,000 | 52.219-13 |
| Utilization of Labor Surplus Area Concerns | $25,000 | 52.220-3 |
| Authorization and Consent | $25,000 | 52.227-1 |
| Notice and Assistance Regarding Patent and Copyright Infringement | $25,000 | 52.227-2 |
| Insurance - Work on a Government Installation (Kind and minimum amounts required:) | $25,000 | 52.228-5 |
| Federal, State, and Local Taxes | $25,000 | 52.229-3 |

| | | |
|---|---|---|
| Differing Site Conditions<br>Site Investigation and Conditions Affecting the Work<br>Material and Workmanship<br>Superintendence by the Contractor<br>Permits and Responsibilities<br>Other Contracts<br>Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements<br>Operations and Storage Areas<br>Use and Possession Prior to Completion<br>Cleaning Up<br>Accident Prevention<br>Specifications and Drawings for Construction | $25,000 (Construction only) | 52.236-2<br>52.236-3<br>52.236-5<br>52.236-6<br>52.236-7<br>52.236-8<br>52.236-9<br>52.236-10<br>52.236-11<br>52.236-12<br>52.236-13<br>52.236-21 |
| Subcontracts (Cost Reimbursement and Letter Contracts) | $25,000 (cost reimbursement subcontracts only) | 52.244-2 |
| Competition in Subcontracting | $25,000 | 52.244-5 |
| Limitation of Liability - Services | $25,000 | 52.246-25 |
| Price Reduction for Defective Cost or Pricing Data | $100,000 | 52.215-22 |
| Price Reduction for Defective Cost/Pricing Data Modifications | $100,000 | 52.215-23 |
| Subcontractor Cost or Pricing Data | $100,000 | 52.215-24 |
| Subcontractor Cost or Pricing Data - Modifications | $100,000 | 52.215-25 |
| Clean Air and Water | $100,000 | 52.223-2 |
| Value Engineering | $100,000 | 52.248-1 |
| Termination for Convenience of Government (Fixed Price) (Basic and Alternate I) | $100,000 | 52.249-2 |
| Small Business and Small Disadvantaged Business Subcontracting Plan | $500,000 (large businesses only) | 52.219-9 |
| Labor Surplus Area Subcontracting Plan | $500,000 | 52.220-4 |
| Cost Accounting Standards<br>Administration of Cost Accounting Standards (if applicable based on the subcontractor's certification in provision 52.230-1) | $500,000 | 52.230-2<br>52.230-5 |
| Disclosure and Consistency of Cost Accounting Practices (if applicable based on the subcontractor's certification in provision 52.230-1) | $500,000 | 52.230-3 |

FAR/HUDAR CERTIFICATIONS REQUIRED FOR ALL PM SUBCONTRACTS

REFERENCE, TITLE, DATE, AND TEXT

2452.226-70 Certification of Status as Minority Business Enterprise (APR 1984)

The Bidder, Offeror or Supplier certifies that he or she < > is, < > is not, (check one) a minority business enterprise which is defined as a business which is at least 51 percent owned by one or more minority group members or, in the case of a publicly owned business, at least 51 percent of its voting stock is owned by one or more minority group members, and whose management and daily operations are controlled by one or more such individuals. For the purpose of this definition, minority group members are:

(Check the box applicable to you)

< > Black Americans < > Asian Pacific Americans

< > Hispanic Americans < > Asian Indian Americans

< > Native Americans < > Hasidic Jewish Americans

52.209-5 Certification Regarding Debarment, Suspension, Proposed Debarment, and other Responsibility Matters. (MAY 1989)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that-(i) The Offeror and/or any of its Principals -

(A) Are ___ are not ___ presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ___ have not ___, within a 3-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and

(C) Are ___ are not ___ presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ___ has not ___, within a 3-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

FAR/HUDAR CERTIFICATIONS REQUIRED FOR ALL PM SUBCONTRACTS

REFERENCE, TITLE, DATE, AND TEXT

FAR 52.209-5 (CONT'D.)

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

This certification concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under section 1001, title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

| FAR/HUDAR CERTIFICATIONS REQUIRED FOR ALL PM SUBCONTRACTS |
|---|
| REFERENCE, TITLE, DATE, AND TEXT |
| 52.204-3 Taxpayer Identification. (MAR 1994)<br><br>(a) Definitions.<br><br>"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.<br><br>"Corporate status," as used in this solicitation provision, means designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.<br><br>"Taxpayer Identification Number (TIN)," as used in this solicitation provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.<br><br>(b) All offerors are required to submit the information required in paragraphs (c) through (e) of this solicitation provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). If the resulting contract is subject to the reporting requirements described in FAR 4.903, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract. |

FAR/HUDAR CERTIFICATIONS REQUIRED FOR ALL PM SUBCONTRACTS

REFERENCE, TITLE, DATE, AND TEXT

(c) Taxpayer Identification Number (TIN).

_____ TIN: ___________________________.

_____ TIN has been applied for.

_____ TIN is not required because:

_____ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;

_____ Offeror is an agency or instrumentality of a foreign government;

_____ Offeror is an agency or instrumentality of a Federal, state, or local government;

_____ Other (State basis)

(d) Corporate Status.

_____ Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;

_____ Other corporate entity;

_____ Not a corporate entity;

_____ Sole proprietorship

_____ Partnership

_____ Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

52.204-3 (CONT'D.)

(e) Common Parent.

_____ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this clause.

_____ Name and TIN of common parent:

Name ___________________________

TIN ___________________________

| FAR/HUDAR CERTIFICATIONS REQUIRED FOR ALL PM SUBCONTRACTS |
| --- |
| REFERENCE, TITLE, DATE, AND TEXT |
| 52.215-6 Type of Business Organization. (JUL 1987)<br><br>The offeror or quoter, by checking the applicable box, represents that -<br><br>(a) It operates as _____ a corporation incorporated under the laws of the State of ___________, _____ an individual, _____ a partnership, _____ a nonprofit organization, or _____ a joint venture; or<br><br>(b) If the offeror or quoter is a foreign entity, it operates as _____ an individual, _____ a partnership, _____ a nonprofit organization, _____ a joint venture, or _____ a corporation registered for business in ___________ (country). |
| 52.219-1 Small Business Concern Representation (JAN 1991)<br><br>(a) Representation. The offeror represents and certifies as part of its offer that it _____ is, _____ is not a small business concern and that _____ all, _____ not all end items to be furnished will be manufactured or produced by a small business concern in the United States, its territories or possessions, Puerto Rico, or the Trust Territory of the Pacific Islands.<br><br>(b) Definition.<br><br>"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in this solicitation.<br><br>(c) Notice. Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small business concern in paragraph (a) of this clause in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9 or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall (1) be punished by imposition of a fine, imprisonment, or both; (2) be subject to administrative remedies, including suspension and debarment; and (3) be ineligible for participation in programs conducted under the authority of the Act. |

| FAR/HUDAR CERTIFICATIONS REQUIRED FOR ALL PM SUBCONTRACTS |
|---|
| REFERENCE, TITLE, DATE, AND TEXT |

52.219-2 Small Disadvantaged Business Concern Representation. (FEB 1990)

(a) Representation. The offeror represents that it _____ is, _____ is not a small disadvantaged business concern.

(b) Definitions.

"Asian-Pacific American," as used in this provision, means a United States citizen whose origins are in Japan, China, the Philippines, Vietnam, Korea, Samoa, Guam, the U.S. Trust Territory of the Pacific Islands, the Northern Mariana Islands, Laos, Kampuchea (Cambodia), Taiwan, Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshall Islands, or the Federated Stated of Micronesia.

"Indian tribe," as used in this provision, means any Indian tribe, band, nation, or other organized group or community of Indians, including any Alaska Native Corporation as defined in 13 CFR 124.100 which is recognized as eligible for the special programs and services provided by the U.S. to Indians because of their status as Indians, or which is recognized as such by the State in which such tribe, band, nation, group or community resides.

"Native Americans," as used in this provision, means American Indians, Eskimos, Aleuts, and native Hawaiians.

"Native Hawaiian Organization," as used in this provision, means any community service organization serving Native Hawaiians in, and chartered as a not-for-profit organization by, the state of Hawaii, and whose business activities will principally benefit such native Hawaiians.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in 13 CFR 121.

| FAR/HUDAR CERTIFICATIONS REQUIRED FOR ALL PM SUBCONTRACTS |
|---|
| REFERENCE, TITLE, DATE, AND TEXT |

FAR 52.219-2 (CONT'D.)

"Small disadvantaged business concern," as used in this provision, means a small business concern that (a) is at least 51 percent unconditionally owned by one or more individuals who are both socially and economically disadvantaged, or a publicly owned business having at least 51 percent of its stock unconditionally owned by one or more socially and economically disadvantaged individuals and (b) has its management and daily business controlled by one or more such individuals. This term also means a small business concern that is at least 51 percent unconditionally owned by an economically disadvantaged Indian tribe or Native Hawaiian Organization, or publicly owned business having at least 51 percent of its stock unconditionally owned by one of these entities which has its management and daily business controlled by members of an economically disadvantaged Indian tribe or Native Hawaiian Organization, and which meets the requirements of 13 CFR part 124.

"Subcontinent Asian Americans," as used in this provision, means United States citizens whose origins are in India, Pakistan, Bangladesh, Sri Lanka, Bhutan, or Nepal.

(c) Qualified groups. The offeror shall presume that socially and economically disadvantaged individuals include Black Americans, Hispanic Americans, Native Americans, Asian-Pacific Americans, Subcontinent Asian Americans, and other individuals found to be qualified by SBA under 13 CFR 124. The offeror shall presume that socially and economically disadvantaged entities also include Indian tribes and Native Hawaiian Organizations.

SIGNATURE AND CERTIFICATION

By signature below, the bidder/offeror certifies that all Representations and Certifications contained in the solicitation are complete and accurate as required; and is aware of the penalties described in 18 U.S.C. Section 1001 and the Program Fraud and Civil Remedies Act of 1986 (31 U.S.C. 3801 - 3812) for making false statements in bids/proposals.

_______________________________
Signature

_______________________________
Typed Name Title

_______________________________
Date

| FAR CERTIFICATIONS REQUIRED FOR PM SUBCONTRACTS EXCEEDING $10,000 | |
|---|---|
| TITLE AND TEXT | FAR/HUDAR CITATION |
| Certification of Nonsegregated Facilities (incorporated by reference) | 52.222-21 |
| Previous Contracts and Compliance Reports<br><br>The offeror represents that -<br><br>(a) It _____ has, _____ has not participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;<br><br>(b) It _____ has, _____ has not, filed all required compliance reports; and<br><br>(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards. | 52.222-22 |
| Affirmative Action Compliance<br><br>The offeror represents that (a) it _____ has developed and has on file, _____ has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it _____ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor. | 52.222-25 |

| FAR CERTIFICATIONS REQUIRED FOR PM SUBCONTRACTS EXCEEDING $25,000 | |
|---|---|
| TITLE AND TEXT | FAR/HUDAR CITATION |
| Organizational Conflicts of Interest Certification.<br><br>The bidder or offeror certifies that to the best of its knowledge and belief and except as otherwise disclosed, he or she does not have any organizational conflict of interest which is defined as a situation in which the nature of work to be performed under this proposed Government contract and the bidder or offeror's organizational, financial, contractual or other interests may, without some restriction on future activities:<br><br>(i) Result in an unfair competitive advantage to the offeror; or<br><br>(ii) Impair the offeror's objectivity in performing the contract work.<br><br>[ ] In the absence of any actual or apparent conflict, I hereby certify that to the best of my knowledge and belief, no actual or apparent conflict of interest exists with regard to<br><br>Offeror(s) or<br>Bidder(s) ________________________________<br>possible performance of this procurement. | HUDAR 2452.209-71 |
| Women-Owned Small Business Representation.<br><br>(a) Representation. The offeror represents that it _____ is, _____ is not a women-owned small business concern.<br><br>(b) Definitions.<br><br>"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in 13 CFR 121.<br><br>"Women-owned," as used in this provision, means a small business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business. | 52.219-3 |

| FAR CERTIFICATIONS REQUIRED FOR PM SUBCONTRACTS EXCEEDING $100,000 | |
|---|---|
| TITLE AND TEXT | FAR/HUDAR CITATION |
| CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS<br><br>(a) The definitions and prohibitions contained in the clause, at FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.<br><br>(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989,-<br><br>(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of a contract resulting from this solicitation;<br><br>(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and<br><br>(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.<br><br>(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure. | 52.203-11 |

| FAR CERTIFICATIONS REQUIRED FOR PM SUBCONTRACTS EXCEEDING $100,000 | |
|---|---|
| TITLE AND TEXT | FAR/HUDAR CITATION |
| SF-LLL, DISCLOSURE OF LOBBYING ACTIVITIES<br><br>In accordance with FAR 52.203-11, above:<br><br>< > An SF-LLL, Disclosure of Lobbying Activities, is not required.<br><br>< > An SF-LLL, Disclosure of Lobbying Activities, is required and has been submitted.<br><br><Offeror/Bidder check applicable statement> | N/A |
| Certificate of Current Cost or Pricing Data<br><br>This is to certify that, to the best of my knowledge and belief, the cost or pricing data (as defined in section 15.801 of the Federal Acquisition Regulation (FAR) and required under subsection 15.804-2) submitted, either actually or by specific identification in writing, to the contracting officer or to the contracting officer's representative in support of ____________ are accurate, complete and current as of ________**. This certification includes the cost or pricing data supporting any advance agreements and forward pricing rate agreements between the offeror and the Government that are part of the proposal.<br><br>Firm ____________<br><br>Signature ____________<br><br>Name ____________<br><br>Title ____________<br><br>Date of execution*** ____________<br><br>*Identify the proposal, quotation, request for price adjustment, or other submission involved, giving the appropriate identifying number (e.g., RFP no.).<br>**Insert the day, month and year when price negotiations were concluded and price agreement was reached.<br>***Insert the day, month and year of signing, which should be as close as practicable to the date when price negotiations were concluded and the contract price was agreed to. | 15.804-4 |

| FAR CERTIFICATIONS REQUIRED FOR PM SUBCONTRACTS EXCEEDING $100,000 | |
|---|---|
| TITLE AND TEXT | FAR/HUDAR CITATION |
| Clean Air and Water Certification.<br><br>The Offeror certifies that -<br><br>(a) Any facility to be used in the performance of this proposed contract is _________, is not_____ listed on the Environmental Protection Agency List of Violating Facilities;<br><br>(b) The Offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the Offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and<br><br>(c) The Offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract. | 52.223-1 |

| FAR CERTIFICATION REQUIRED FOR PM SUBCONTRACTS EXCEEDING $500,000 | |
|---|---|
| TITLE AND TEXT | FAR CITATION |
| COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION<br><br>Note: This notice does not apply to small businesses or foreign governments. This notice is in four parts, identified by Roman Numerals I through IV.<br><br>Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract.<br><br>**I. Disclosure Statement - Cost Accounting Practices and Certification**<br><br>(a) Any contract in excess of $500,000 resulting from this solicitation, except contracts in which the price negotiated is contracts in which the price negotiated is based on (1) established catalog or market prices of commercial items sold in substantial quantities to the general public, or (2) prices set by law or regulation will be subject to the requirements of 48 CFR parts 9903 and 9904, except for those contracts which are exempt as specified in 48 CFR, Subpart 9903.201-1.<br><br>(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR parts 9903 and 9904 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR, Subpart 9903.202. The Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision.<br><br>CAUTION: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not by virtue of such disclosure, be deemed to be a proper approved, or agreed to practice for pricing proposals or accumulating and reporting contract performance cost data. | 52.230-1 |

| FAR CERTIFICATION REQUIRED FOR PM SUBCONTRACTS EXCEEDING $500,000 | |
|---|---|
| TITLE AND TEXT | FAR CITATION |
| (c) Check the appropriate box below:<br><br>[ ] (1) Certificate of Concurrent Submission of Disclosure Statement.<br>The offeror hereby certifies that, as a part of the offer, copies of the disclosure Statement have been submitted as follows: (i) original and one copy to the cognizant Administrative Contracting Officer (ACO), and (ii)one copy to the cognizant contract auditor.<br><br>(Disclosure must be on Form No. CASB DS-1. Forms may be obtained from the cognizant ACO.)<br><br>Date of Disclosure Statement: ______________<br><br>Name and Address of Cognizant ACO where filed: ______________<br><br>The offeror further certifies that practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.<br><br>[ ] (2) Certificate of Previously Submitted Disclosure Statement. The offeror hereby certifies that disclosure Statement was filed as follows: Name and Address of Cognizant ACO where filed: ______________<br><br>The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable disclosure statement.<br><br>[ ] (3) Certificate of Monetary Exemption.<br>The offeror hereby certifies that the offeror together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated prime contracts and subcontracts subject to CAS totaling more than $10 million in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately. | 52.230-1 |

| FAR CERTIFICATION REQUIRED FOR PM SUBCONTRACTS EXCEEDING $500,000 | |
|---|---|
| TITLE AND TEXT | FAR CITATION |
| [ ](4) Certificate of Interim Exemption. The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with 48 CFR, Subpart 9903.202-1 the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a review certificate to the Contracting Officer, in the form specified under subparagraph (c)(1)or (c)(2) of Part I of this provision, as appropriate to verify submission of a completed Disclosure Statement. CAUTION: Offerors currently required to disclose because they were awarded a CAS covered prime contract or subcontract of $10 million or more in the current cost accounting period may not claim this exemption applies only in connection with proposals submitted before expiration of the 90 day period following the cost accounting period in which the monetary exemption was exceeded.<br><br>**II. Cost Accounting Standards-Exemption for Contracts of $500,000 or Less**<br><br>If this proposal is expected to result in the award of a contract of $500,000 or less, the offeror shall indicate whether the exemption below is claimed. Failure to check the box below shall mean that the resultant contract is subject to CAS requirements or that the offeror elects to comply with such requirements.<br><br>[ ] The offeror hereby claims and exemption from the CAS requirements under the provisions of 48 CFR, Subpart 9903.201-2(b).<br><br>**III. Cost Accounting Standards-Eligibility for Modified Contract Coverage**<br><br>If the offeror is eligible to use the modified provisions of 48 CFR, Subpart 9903.201(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.<br><br>[ ] The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR. Subpart 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because (1) during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $10 million in awards of CAS covered prime contracts and subcontracts and (ii) the sum of such awards equaled less than 10 percent of total sales during the cost accounting period. The offeror further certifies that if such status changes | 52.230-1 |

| FAR CERTIFICATION REQUIRED FOR PM SUBCONTRACTS EXCEEDING $500,000 | |
|---|---|
| TITLE AND TEXT | FAR CITATION |
| **IV. Additional Cost Accounting Standards Applicable to Existing Contracts**<br><br>The offeror shall indicate below whether award of the contemplated contract would, in accordance with subparagraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts. [ ] Yes [ ] No | 52.230-1 |